IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30246 |
| Bourbon Street LLC, | ) | Chapter 11 – Subchapter V |
| d/b/a La Cantina, et al. | ) | |
| | ) | |
| Debtors, Jointly Administered. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2023, I caused a copy of the Notice

of Hearing (DE #35) to be tendered to a third party mailing vendor, for service via US Mail,

postage prepaid, on August 7, 2023, to the following parties:

Alerus Financial, NA
PO Box 6001
Grand Forks, ND 58206-6001

Alerus Financial, N.A.
c/o Zimney Foster P.C.
Attn: John D. Schroeder
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201-6062

AmeriPride Services, an Aramark Company
868 3rd Street S
Suite 102
Waite Park, MN 56387-2320

Bourbon Street LLC
1730 13th Avenue N
Grand Forks, ND 58203-2317

Byzfunder Funding LLC
c/o Cogency Global, Inc., Registered Age
850 New Burton Road Suite 201
Dover, DE 19904-5786

Choice Financial Group
4501 23rd Avenue South
Fargo, ND 58104-8782

Choice Financial Group
Grand Forks North
1697 S 42nd Street
Grand Forks, ND 58201-3740

Choice Financial Group
c/o John M. Krings, Jr.
Kaler Doeling, PLLP
PO Box 9231
Fargo, ND 58106-9231

Cintas Corporation #2
6800 Cintas Boulevard
Christine West
Mason, OH 45040-9151

Coca Cola Bottling Company High Country
2150 Coca Cola Lane
Rapid City, SD 57702-9358

Cole Creek LLC
Attn: Jerome Gerszewski
5893 Cole Creek Drive
Grand Forks, ND 58201-3219

Corporation Service Company, As Represen
P.O. Box 2576
Springfield, IL 62708-2576

1

C T Corporation System, as representativ
Attn: SPRS
330 N Brand Blvd
Suite 700
Glendale, CA 91203-2336

Financial Pacific Leasing, Inc.
P.O. Box 4568
Federal Way, WA 98063-4568

Gannett Peak, LLC
28 Center Avenue N
Mayville, ND 58257-1141

Good Funding, LLC
5286 E Rural Ridge Circle
Anaheim, CA 92807-4647

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kapitus LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201-3873

Kapitus Servicing, LLC
2500 Wilson Boulevard
Suite 350
Arlington, VA 22201-3873

Legend Funding
800 Brickell Avenue
Suite 902
Miami, FL 33131-2966

L.I.S.T.E.N., Inc.
2100 South Washington Street
Grand Forks, ND 58201-6344

Mark Petri
28 Center Avenue N
PO Box 531
Mayville, ND 58257-0531

Micro Advance, LLC
8270 Woodland Center Blvd.
Tampa, FL 33614-2401

Midco
PO Box 5010
Sioux Falls, SD 57117-5010

NATIONAL FUNDING
ATTN ATTN ROBERT ZAHRADKA
9530 TOWNE CENTRE DR SUITE 120
SAN DIEGO CA 92121-1981

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Petri Enterprises, LLC
28 Center Avenue N
Mayville, ND 58257-1141

Registered Agents Inc.
7901 4th Street N
Suite 300
Saint Petersburg, FL 33702-4399

Rewards Network Establishment Services
540 W Madison Street
Suite 2400
Chicago, IL 60661-2562

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Rusty Steffan
1617 15th Ave NE
Grand Forks, ND 58201-9616

2

Sam's West, Inc.
c/o C T Corporation System
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201-3717


Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015
U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415-1320


Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624

U.S. Bank
P.O. Box 79408
Saint Louis, MO 63179

US Foods, Inc.
9399 West Higgins Road
Suite 500
Des Plaines, IL 60018-4992

Wyoming Flats LLC
PO Box 531
Mayville, ND 58257-0531


Respectfully submitted,

Dated: August 6, 2023        By:     /s/ Maurice B. VerStandig
                                     Maurice B. VerStandig, Esq.
                                     The Dakota Bankruptcy Firm
                                     1630 1st Avenue N
                                     Suite B PMB 24
                                     Fargo, North Dakota 58102-4246
                                     Phone: (701) 394-3215
                                     mac@dakotabankruptcy.com
                                     *Proposed Counsel for the Debtors*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2023, a copy of the foregoing was

served electronically upon filing via the ECF system.


/s/ Maurice B. VerStandig
Maurice B. VerStandig

3