**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

| | |
|---|---|
| **Bourbon Street LLC** | **Bankruptcy No. 23-30246** |
| **Dba La Cantina, et al** | |
| | **Chapter 11- Subchapter V** |
| **Debtors, Jointly Administered.** | |

---

**MOTION TO APPEAR BY TELEPHONE**

---

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her or an attorney for the U.S. Trustee to appear by telephone on Tuesday, August 15, 2023 at 10:00 a.m. on the second interim hearing for cash collateral, final hearing on the motion to maintain and administer gift cards, and final hearing on motion to alter payment structure for chief executive.

1.      The U.S. Trustee has no further objections to the second interim cash collateral relief and the motion to maintain and administer gift cards.   Through discussions with Debtor's counsel, the U.S. Trustee understands that the motion to alter payment structure will be withdrawn as moot, due to the approval of the pay in the cash collateral budget.

2.      Sarah J. Wencil has a telephonic hearing at 9:30 a.m. before the U.S. Bankruptcy Court for the District of Minnesota.   While she expects that hearing to be over by 10 am, the U.S. Trustee may have substitute counsel appear.

3.      Travel to Fargo, North Dakota would be unduly burdensome and expensive, particularly given the short notice of the hearing.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: August 10, 2023

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Bourbon Street LLC** | **Bankruptcy No. 23-30246** |
| **Dba La Cantina, et al** | |
| | **Chapter 11- Subchapter V** |
| **Debtors, Jointly Administered.** | |

---

### CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   August 10, 2023

/s/ Sarah J. Wencil
Sarah J. Wencil