UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, Jointly Administered | ) | |

MOTION TO APPEAR BY TELEPHONE

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-1 allowing him to appear by telephone Tuesday, August 15, 2023 at 10:00am on the second interim hearing for cash collateral, final hearing on the motion to maintain and administer gift cards, and final hearing on motion to alter payment structure for chief executive.

The Subchapter V Trustee has no objections to the second interim cash collateral relief and the motion to maintain and administer gift cards. Travel to Fargo, North Dakota would be unduly burdensome and expensive, particularly given the short notice of the hearing.

    WHEREFORE, Trustee requests that he be allowed to appear by telephone.

Dated: August 10, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor, Jointly Administered | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: August 10, 2023

/s/ Thomas Kapusta
Thomas Kapusta