IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30246 |
| BOURBON STREET LLC | ) | (Chapter 11) |
| d/b/a La Cantina, et al | ) | |
| | ) | |
| Debtors Jointly Administered. | ) | |

## MOTION TO APPEAR BY VIDEO CONFERENCE

JOHN D. SCHROEDER, attorney for Alerus Financial, N.A., respectively moves this Court to enter an Order under Local Rule 5001-2 allowing him to appear by video conference at the hearing scheduled for Tuesday, August 15, 2023 at 10:00 a.m. on the second interim hearing for cash collateral, final hearing on motion to maintain and administer gift cards and final hearing on motion to alter payment structure for chief executive..

John D. Schroeder is located in Grand Forks, North Dakota, and the video appearance will avoid increased fees for Alerus Financial, N.A. and will not prejudice opposing parties.

**WHEREFORE,** Counsel respectfully requests that she be allowed to appear by video conference.

Dated: August 11, 2023.

*/s/ John D. Schroeder*
**JOHN D. SCHROEDER, ND ID #07147**
For: Zimney Foster P.C.
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201
Phone: 701.772.8111  Fax: 701.772.7328
jschroeder@northdakotalaw.net
Attorneys for Alerus Financial, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30246 |
| BOURBON STREET LLC ) | (Chapter 11) |
| d/b/a La Cantina, et al ) | |
| ) | |
| Debtors Jointly Administered. ) | |

**DECLARATION OF SERVICE**

**KAREN SYRSTAD,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the August 11, 2023, she served the following:

1. **MOTION TO APPEAR BY VIDEO CONFERENCE**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and aby depositing said envelop in the United States mail in Grand Forks, North Dakota.

**Maurice VerStandig**
mac@mbvesq.com
**Attorney for Debtor**

**Robert B. Rashcke**
Assistant U.S. Trustee
USTPRegion12.SX.ECF@usdoj.gov

**Sarah J. Wencil**
sarah.j.wencil@usdoj.gov

Thomas Kapusta
tkapusta@aol.com

John M. Krings, Jr.
john@kaler-doeling.com
janae@kaler-doeling.com
**Attorney for Choice Financial Group**

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 11, 2023 at Grand Forks, North Dakota

*/s/ Karen Syrstad*
**KAREN SYRSTAD**