UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30246 |
| | ) | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | ) | |
| dba La Cantina, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Petri Enterprises, LLC, | ) | Bankruptcy No. 23-30247 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | ) | |
| dba Heros and Legends, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Bankruptcy No. 23-30248 |
| dba La Cantina, | ) | Chapter 11 – Subchapter V |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING
MOTION FOR JOINT ADMINISTRATION**

Debtors Bourbon Street LLC, Petri Enterprises, LLC and Gannett Peak, LLC filed a Motion for Joint Administration. Doc. 2. On August 2, 2023, the Court held a preliminary hearing on the motion. For the reasons stated on the record, the Court found that Debtors were affiliated, and that joint administration of Debtors' estates did not appear to create conflicts of interest or harm creditors. Based on the record, it was also apparent that joint administration will save time and expense. Accordingly, the Court granted the motion on an interim basis.

Since the hearing, the Court received no additional objections to the motion and no party objected to the motion at the August 15, 2023, hearing. Therefore,

**IT IS ORDERED** that Debtors' Motion for Joint Administration is granted.  <u>In re Bourbon Street LLC</u>, Bankr. No. 23-30246 is designated the lead case.  All documents must be filed in the lead case, except for proofs of claim.  Each Debtor must maintain its own claim register, and all proofs of claim must be filed in the appropriate case.   Unless ordered otherwise, Debtors must file individual plans of reorganization in each case, and they must file separate operating reports in each case.

All filings in the lead case may bear the caption shown above or an interested party may elect to use the following caption:

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30246 |
| | ) | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | ) | |
| dba La Cantina, et al. | ) | |
| | ) | |
| Debtors, Jointly Administered. | ) | |

Dated: August 15, 2023.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT