**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|     Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|     Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|     Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

    Please enter the appearance of Elizabeth M. Lally, of Spencer Fane LLP, as attorney for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC in the above-referenced case. Pursuant to Federal Rules of Bankruptcy Procedure 9010(b), 2002 and Local Rule 2002-1, the undersigned, on behalf of Spencer Fane LLP requests all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following via ECF notification:

    **Spencer Fane LLP**
    **C/O Elizbeth M. Lally**
    **13815 FNB Parkway, Suite 200**
    **Omaha, NE 68154**
    **Phone: 402-800-2299**
    **Fax: 402-965-8601**
    **Email:** elally@spencerfane.com

    PLEASE TAKE FURTHER NOTICE that pursuant to the foregoing Section 1109(b) of the Bankruptcy Code this request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also including, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before the Court with respect to this proceeding, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: August 22, 2023

Respectfully submitted,

SPENCER FANE LLP

*/s/ Elizabeth Lally*_____
Elizabeth Lally (admission to the United States District Court for the District of North Dakota granted 08/21/2023)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428
13815 FNB Parkway, Suite 200
Omaha, NE 68154

2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|     Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|     Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|     Debtor. | |

## CERTIFICATE OF SERVICE

I, Elizabeth M. Lally, a Partner at the law firm of Spencer Fane LLP, and being of legal age, hereby certify that on August 22, 2023, a true and correct copy of the *Notice of Appearance and Request For Notice* was electronically transmitted via CM/ECF.

Dated: August 22, 2023

                                               */s/ Elizabeth Lally*_____
                                               Elizabeth Lally