## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|                 Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|                 Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|                 Debtor. | |

## **MOTION TO APPEAR BY VIDEO CONFERENCE**

Elizabeth M. Lally, attorney for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC respectfully moves this Court to enter an Order pursuant to Local Rule 5001-2 allowing counsel to appear by video conference at the hearing scheduled for Monday, August 28, 2023, at 2:00 p.m. [ECF #35], the Final Hearing on Debtors' Motion for Leave Use Cash Collateral [ECF #5].

Ms. Lally is located in Omaha, Nebraska, and, as such, a video appearance will avoid increased fees and costs for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC and will not prejudice opposing parties.

**WHEREFORE,** Ms. Lally respectfully requests that she be allowed to appear by video conference on Monday, August 28, 2023, at 2:00 p.m.

Dated: August 22, 2023

                                                  Respectfully submitted,
                                                  SPENCER FANE LLP

                                                  */s/ Elizabeth Lally*_____
                                                Elizabeth Lally (admission to the United States
                                                District Court for the District of North Dakota
                                                granted 08/21/2023)
                                                Illinois Bar No. 6286664
                                                Indiana Bar No. 28278-49
                                                Iowa Bar No. AT0013010
                                                Nebraska Bar No. 26428
                                                13815 FNB Parkway, Suite 200
                                                Omaha, NE 68154

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
| Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
| Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Elizabeth M. Lally, a Partner at the law firm of Spencer Fane LLP, and being of legal age, hereby certify that on August 22, 2023, a true and correct copy of the *Motion to Appear Via Video Conference* was electronically transmitted via CM/ECF.

Dated: August 22, 2023

*/s/ Elizabeth Lally*_____
Elizabeth Lally

2