UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Bourbon Street LLC**  Bankruptcy No. 23-30246
 **Dba La Cantina, et al**

 Chapter 11- Subchapter V

**Debtors, Jointly Administered.**

---

## MOTION TO APPEAR BY TELEPHONE

---

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her or an attorney for the U.S. Trustee to appear by telephone on Monday, August 3, 2023 at 2:00 p.m. on the final hearing for cash collateral.

1. The U.S. Trustee does not object to the relief requested. If a hearing is held, the U.S. Trustee would like to attend to be apprised of any agreements with secured creditors.

2. Travel to Fargo, North Dakota would be unduly burdensome and expensive, particularly given the short notice of the hearing.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: August 24, 2023

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Bourbon Street LLC**<br> **Dba La Cantina, et al** | **Bankruptcy No. 23-30246** |
| | **Chapter 11- Subchapter V** |
| **Debtors, Jointly Administered.** | |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   August 24, 2023

/s/ Sarah J. Wencil
Sarah J. Wencil