UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| Debtor, | ) | Subchapter V |
| | ) | Jointly Administered |
| | ) | |
| Petri Enterprises, LLC, ) | | Case No. 23-30247 |
| Dba La Cantina, | ) | Chapter 11 |
| Dba Heros and Legends Sports Bar, | ) | Subchapter V |
| Dba Heros and Legends, | ) | Jointly Administered |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Case No. 23-30248 |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | Jointly Administered |
| Debtor, | ) | |

MOTION TO APPEAR BY VIDEO CONFEERENCE

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear by video conference at the hearing scheduled for Monday, August 28, 2023, at 2:00 p.m. [ECF#35], the Final Hearing on Debtors' Motion for Leave to use Cash Collateral [ECF#5].

    Travel to Fargo, North Dakota would be unduly burdensome and expensive, and will not prejudice any party.

    WHEREFORE, Trustee requests that he be allowed to appear by video conference.

Dated: August 24, 2023

Respectfully submitted,

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta, Subchapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715, email: tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| Debtor, | ) | Subchapter V |
| | ) | Jointly Administered |
| | ) | |
| Petri Enterprises, LLC, | ) | Case No. 23-30247 |
| Dba La cantina, | ) | Chapter 11 |
| Dba Heros and Legends Sports Bar, | ) | Subchapter V |
| Dba Heros and Legends, | ) | Jointly Administered |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Case No. 23-30248 |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | Jointly Administered |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  August 24, 2023

/s/ Thomas Kapusta
Thomas Kapusta