UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| Debtor, | ) | Subchapter V |
| | ) | Jointly Administered |
| | ) | |
| Petri Enterprises, LLC, | ) | Case No. 23-30247 |
| Dba La Cantina, | ) | Chapter 11 |
| Dba Heros and Legends Sports Bar, | ) | Subchapter V |
| Dba Heros and Legends, | ) | Jointly Administered |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Case No. 23-30248 |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | Jointly Administered |
| Debtor, | ) | |

MOTION TO APPEAR BY TELEPHONE OR VIDEO CONFEERENCE

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-1 and 5000-2 allowing him to appear by telephone or video conference at the status conference hearing scheduled for Tuesday, September 12, 2023, at 10:00 a.m.

    Travel to Fargo, North Dakota would be unduly burdensome and expensive, and will not prejudice any party.

    WHEREFORE, Trustee requests that he be allowed to appear by telephone or video conference.

Dated: September 11, 2023

Respectfully submitted,

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta, Subchapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715, email: tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| Debtor, | ) | Subchapter V |
| | ) | Jointly Administered |
| | ) | |
| Petri Enterprises, LLC, | ) | Case No. 23-30247 |
| Dba La cantina, | ) | Chapter 11 |
| Dba Heros and Legends Sports Bar, | ) | Subchapter V |
| Dba Heros and Legends, | ) | Jointly Administered |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Case No. 23-30248 |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | Jointly Administered |
| Debtor, | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: September 11, 2023

/s/ Thomas Kapusta
Thomas Kapusta