# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|         Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|         Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|         Debtor. | |

## MOTION TO APPEAR BY VIDEO CONFERENCE

    Elizabeth M. Lally, attorney for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC respectfully moves this Court to enter an Order pursuant to Local Rule 5001-2 allowing counsel to appear by video conference at the status hearing scheduled for Tuesday, September 12, 2023, at 10:00 a.m. CST. [ECF #15].

    Ms. Lally is located in Omaha, Nebraska, and, as such, a video appearance will avoid increased fees and costs for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC and will not prejudice opposing parties.

    **WHEREFORE,** Ms. Lally respectfully requests that she be allowed to appear by video conference on Tuesday, September 12, 2023, at 10:00 a.m. CST.

    Dated: September 11, 2023

                                            Respectfully submitted,
                                            SPENCER FANE LLP

                                            */s/ Elizabeth Lally*_____
                                            Elizabeth Lally (admission to the United States
                                            District Court for the District of North Dakota
                                            granted 08/21/2023)
                                            Illinois Bar No. 6286664
                                            Indiana Bar No. 28278-49
                                            Iowa Bar No. AT0013010
                                            Nebraska Bar No. 26428
                                            13815 FNB Parkway, Suite 200
                                            Omaha, NE 68154

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
| Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
| Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Elizabeth M. Lally, a Partner at the law firm of Spencer Fane LLP, and being of legal age, hereby certify that on September 11, 2023, a true and correct copy of the *Motion to Appear Via Video Conference* was electronically transmitted via CM/ECF.

Dated: September 11, 2023

*/s/ Elizabeth Lally*_____
Elizabeth Lally

2