| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 23-30246<br>District of North Dakota<br>Fargo<br>Tue Sep 12 07:08:37 CDT 2023 | Bourbon Street LLC<br>1730 13th Avenue N<br>Grand Forks, ND 58203-2317 | Choice Financial Group<br>4501 23rd Avenue South<br>Fargo, ND 58104-8782 |
| Cole Creek LLC<br>5893 Cole Creek Drive<br>Grand Forks, ND 58201-3219 | Gannett Peak, LLC<br>28 Center Avenue N<br>Mayville, ND 58257-1141 | Petri Enterprises, LLC<br>28 Center Avenue N<br>Mayville, ND 58257-1141 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | Byzfunder Funding LLC<br>c/o Cogency Global, Inc., Registered Age<br>850 New Burton Road Suite 201<br>Dover, DE 19904-5786 | Choice Financial Group<br>Grand Forks North 1697 S 42nd Street<br>Grand Forks, ND 58201-3740 |
| Choice Financial Group<br>c/o John M. Krings, Jr.<br>Kaler Doeling, PLLP<br>PO Box 9231<br>Fargo, ND 58106-9231 | Cintas Corporation #2<br>6800 Cintas Boulevard Christine West<br>Mason, OH 45040-9151 | Coca Cola Bottling Company High Country<br>2150 Coca Cola Lane<br>Rapid City, SD 57702-9358 |
| Cole Creek LLC<br>Attn: Jerome Gerszewski<br>5893 Cole Creek Drive<br>Grand Forks, ND 58201-3219 | Cole Creek LLC<br>c/o Michael L. Gust<br>ABST Law, P.C.<br>4132 30th Avenue South, Suite 100<br>Fargo, ND 58104-8407 | Corporation Service Company, As Represen<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | L.I.S.T.E.N., Inc.<br>2100 South Washington Street<br>Grand Forks, ND 58201-6344 | Mark Petri<br>28 Center Avenue N PO Box 531<br>Mayville, ND 58257-0531 |
| Midco<br>PO Box 5010<br>Sioux Falls, SD 57117-5010 | (p)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 |
| Rewards Network Establishment Services<br>540 W Madison Street Suite 2400<br>Chicago, IL 60661-2562 | Rusty Steffan<br>1617 15th Ave NE<br>Grand Forks, ND 58201-9616 | Sam's West, Inc.<br>c/o C T Corporation System<br>124 West Capitol Avenue Suite 1900<br>Little Rock, AR 72201-3717 |
| Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 | Spencer Fane LLP<br>C/O Elizbeth M. Lally<br>13815 FNB Parkway, Suite 200<br>Omaha, NE 68154-5219 | US Foods, Inc.<br>9399 West Higgins Road Suite 500<br>Des Plaines, IL 60018-4992 |
| Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109-0624 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

National Funding, Inc.
9530 Towne Centre Drive Suite 120
San Diego, CA 92121

(d)Quick Bridge Funding, LLC
410 Exchange Suite 150
Irvine, CA 92602

(d)Quick Bridge Funding, LLC
Robert Zahradka, Esq.
9530 Towne Centre Dr., Suite 120
San Diego, CA 92121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alerus Financial, N.A.

(u)Kapitus Servicing Inc., as Servicing Agent

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31