United States Bankruptcy Court
District of North Dakota

In re:   Case No. 23-30246-skh
Bourbon Street LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3   User: admin   Page 1 of 2
Date Rcvd: Sep 12, 2023   Form ID: pdf2some   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

**Recip ID**   **Recipient Name and Address**
db   + Bourbon Street LLC, 1730 13th Avenue N, Grand Forks, ND 58203-2317

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

**Name**   **Email Address**

Elizabeth Lally
    on behalf of Creditor Kapitus Servicing Inc.  as Servicing Agent for Kapitus, LLC elally@spencerfane.com

John D. Schroeder
    on behalf of Creditor Alerus Financial  NA jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net

John D. Schroeder
    on behalf of Creditor Alerus Financial  N.A. jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net

John M Krings, Jr.
    on behalf of Creditor Choice Financial Group john@kaler-doeling.com  janae@kaler-doeling.com

Maurice VerStandig
    on behalf of Interested Party Petri Enterprises  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf2some | Total Noticed: 1 |

Maurice VerStandig
    on behalf of Debtor Bourbon Street LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Bourbon Street LLC mac@mbvesq.com
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Petri Enterprises  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Plaintiff Gannett Peak  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Interested Party Gannett Peak  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Debtor Gannett Peak  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Cole Creek LLC mlgfilings@andersonbottrell.com  jernst@abstlaw.net

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com


TOTAL: 15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11 – Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
| Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
| Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter V |
| | Jointly Administered |
| Debtor. | |
| _____/ | |

## SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. Deadline to file a plan of reorganization under section 1189(b): **October 27, 2023**.

2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation: **October 31, 2023.**

3. Deadline for the holders of claims and interests to accept or reject the plan (submit ballots to plan proponent's attorney or other address on the ballot): **November 28, 2023**.

4. Deadline to file written objections to plan confirmation: **November 28, 2023**.

5. Deadline by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the plan: **November 28, 2023**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: **Friday, December 1, 2023**. If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7. Hearing on confirmation: <u>**Tuesday, December 5, 2023, at 10:00 a.m.**</u> in **Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated: September 12, 2023.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically September 12, 2023, to Electronic Mail Notice List for Case No. 23-30246.