UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11 – Subchapter V |
| Bourbon Street LLC | Jointly Administered |
| DBA La Cantina, | |
|         Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 – Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|         Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter V |
| | Jointly Administered |
|         Debtor. | |
| _____/ | |

## NOTICE OF TELEPHONIC HEARING

Notice is given that a telephonic hearing will be held on **Tuesday, October 17, 2023, at 2:00 PM** to consider and act upon the following matters:

**Debtors' Motion to Enter Into Lease Agreements with Insiders filed September 12, 2023. (Doc. 82)**

**U.S.Trustee's Limited Objection to Debtors' Motion to Enter Into Lease Agreements with Insiders filed September 26, 2023. (Doc. 88)**

**NOTE:** *The Court scheduled this hearing as a telephone conference. If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket. (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.) The docket number will serve as the exhibit number. The Court will consider each party's request to offer exhibits at the hearing. If a question of fact arises at the hearing the Court may continue the hearing and reschedule it as a video conference or an in-person conference. The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

Please use the following instructions for the phone conference:

**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

Dated:  September 27, 2023.	Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4932

By:	*/s/ Deb Toddie*
Deb Toddie, Deputy Clerk

Copy served electronically September 27, 2023, to Electronic Mail Notice List for Case No. 23-30246.