IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re: )
) Case No. 23-30246
Bourbon Street LLC, ) Chapter 11 – Subchapter V
d/b/a La Cantina, et al. )
)
Debtors, Jointly Administered. )

## DECLARATION OF MARK PETRI IN SUPPORT OF LEASE MOTION

1. My name is Mark Petri, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the sole member of Bourbon Street LLC ("Bourbon Street"), Petri Enterprises, LLC ("Petri Enterprises"), and Gannett Peak, LLC ("Gannett Peak") (collectively, the "Debtors").

3. I am also the sole member of Wyoming Flats, LLC.

4. I personally own the real property, and those improvements thereupon, commonly known as 24 Center Avenue North, Mayville, North Dakota 58257 (the "Mayville Property").

5. The Mayville Property is burdened by a deed of trust in favor of Alerus Financial, N.A., upon which I am obligated to make a monthly payment of $1,188.50.

6. Wyoming Flats, LLC owns the real property, and those improvements thereupon, commonly known as 115 W Fifth Street, Grafton, North Dakota 58237 (the "Grafton Property").

7. The Grafton Property is burdened by a deed of trust in favor of Alerus Financial, N.A., upon which Wyoming Flats, LLC is obligated to make a monthly payment of $1,717.94.

8. I have personally acquired a food truck (the "Food Truck") that I wish to lease to Bourbon Street, LLC; I am yet to take delivery of the Food Truck but have paid for the vehicle using my own, personal monies (ie, not those of any debtor in these cases) and believe the leasehold rate of $100.00 per month to be below the prevailing market rate for a new food truck.

9. Further declarant sayeth naught.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2023

*Mark Petri*

Mark Petri