**Fill in this information to identify the case:**

Debtor Name: **Bourbon Street LLC**

United States Bankruptcy Court for the: **District of North Dakota**

Case number: **23-30246**

☐ Check if this is an amended filing

---

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: **August 2023**                    Date report filed: **10/01/2023**
                                                             MM / DD / YYYY

Line of business: **Restaurant**            NAISC code: **7225**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Mark Petri**

Original signature of responsible party: *Mark Petri* (DocuSigned, B711ECA81D7C427...)

Printed name of responsible party: **Mark Petri**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Bourbon Street LLC                                      Case number 23-30246

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 20,900.85

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 80,384.03

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 90,515.41

22. **Net cash flow**    + $ -10,131.40

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 10,769.47

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name **Bourbon Street LLC**              Case number **23-30246**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                    $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?        20
27. What is the number of employees as of the date of this monthly report?    20

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** Copy lines 35-37 from the previous month's report. | | Column B **Actual** Copy lines 20-22 of this report. | | Column C **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 80,384.03 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 90,515.41 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -10,131.40 | = | $ _____ |

35. Total projected cash receipts for the next month:         $  90,000.00
36. Total projected cash disbursements for the next month:    − $  85,000.00
37. Total projected net cash flow for the next month:         = $   5,000.00

Debtor Name  Bourbon Street LLC                                     Case number 23-30246

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

BOURBON STREET LLC
2501 28TH AVE S
PO BOX 5265
GRAND FORKS ND 58206-5265

Statement Date: **08/31/2023**　　　　　　　　　　　　　　　　Account No.: ▇▇6989　Page: 1

## SMALL BUSINESS CHECKING SUMMARY

Type: REG　　Status: Closed

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 | | 28.65 |
| Debits | | 0.00 |
| Automatic Withdrawals | 1 | 28.65 |
| Ending Balance On 08/31/23 | | 0.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | TRF TO NEW ACCT 7698 AND CLOSE(FRAUD) | 28.65 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/23 was 28.65

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01/23 | .00 | | | | |

## OVERDRAFT FEE SUMMARY

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $30.00 |
| Total Returned Item Fees | $0.00 | $0.00 |
| Fees Refunded | $0.00 | $0.00 |
| Fees Waived | $0.00 | $30.00 |

This Statement Cycle Reflects Days

Continued　　30/49/1

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **08/31/2023**    Account No.: ███**6989** Page: **2**

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

**End Statement    30/49/2E**

DocuSign Envelope ID: 78A8435F-5AB0-4824-8F62-C28A04B8D9F9

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**First State Bank**
Today. Tomorrow. Together.

BOURBON STREET LLC
2501 28TH AVE S
PO BOX 5265
GRAND FORKS ND 58206-4601



**FINANCIAL SERVICES STATEMENT**

Statement Date: **08/31/2023**              Account No.:          7698  Page:  1

## SMALL BUSINESS CHECKING SUMMARY

Type : **REG    Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 | | 20,900.85 |
| Deposits | 23 | 12,990.98+ |
| Debits | 53 | 34,671.09 |
| Automatic Withdrawals | 43 | 55,096.15 |
| Automatic Deposits | 42 | 67,393.05+ |
| Card Activity | 5 | 743.57 |
| SERVICE CHARGE | | 4.60 |
| Ending Balance On 08/31/23 | | 10,769.47 |
| Average Balance (Ledger) | 11,276.36+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01/23 | Deposit | 2,477.00 | 08/14/23 | Deposit | 654.00 | 08/23/23 | Deposit | 269.00 |
| 08/02/23 | Deposit | 29.00 | 08/15/23 | Deposit | 521.00 | 08/24/23 | Deposit | 125.00 |
| 08/03/23 | Deposit | 341.00 | 08/16/23 | Deposit | 403.00 | 08/25/23 | Deposit | 345.00 |
| 08/04/23 | Deposit | 2,380.98 | 08/17/23 | Deposit | 607.00 | 08/28/23 | Deposit | 370.00 |
| 08/07/23 | Deposit | 934.00 | 08/18/23 | Deposit | 126.00 | 08/29/23 | Deposit | 486.00 |
| 08/08/23 | Deposit | 176.00 | 08/21/23 | Deposit | 105.00 | 08/30/23 | Deposit | 410.00 |
| 08/09/23 | Deposit | 325.00 | 08/21/23 | Deposit | 165.00 | 08/31/23 | Deposit | 161.00 |
| 08/09/23 | Deposit | 875.00 | 08/22/23 | Deposit | 706.00 | | | |

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | FROM OLD ACCT 6989(FRAUD) | 28.65 |
| 08/01/23 | SHIFT4 PYMT | 1,463.40 |
| 08/02/23 | SHIFT4 PYMT | 2,723.58 |
| 08/03/23 | SHIFT4 PYMT | 2,726.64 |
| 08/04/23 | SHIFT4 PYMT | 1,090.12 |
| 08/07/23 | SHIFT4 PYMT | 2,083.74 |
| 08/07/23 | SHIFT4 PYMT | 4,743.84 |
| 08/08/23 | SHIFT4 PYMT | 1,308.48 |
| 08/09/23 | SHIFT4 PYMT | 1,815.88 |
| 08/10/23 | SHIFT4 PYMT | 1,660.19 |
| 08/11/23 | STRIPE TRANSFER | 246.07 |
| 08/11/23 | MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 7449033 | 922.35 |
| 08/11/23 | SHIFT4 PYMT | 1,578.48 |
| 08/14/23 | SHIFT4 PYMT | 1,929.92 |
| 08/14/23 | SHIFT4 PYMT | 4,511.25 |
| 08/15/23 | SHIFT4 PYMT | 1,291.42 |
| 08/16/23 | STRIPE TRANSFER | 71.64 |

Continued            30/397/1

0629                SEE REVERSE SIDE FOR IMPORTANT INFORMATION



**FIRST STATE BANK**
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023                              Account No.:          7698  Page: 2

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---|
| 08/16/23 | SHIFT4 PYMT | 2,575.71 |
| 08/17/23 | STRIPE TRANSFER | 50.90 |
| 08/17/23 | SHIFT4 PYMT | 1,988.38 |
| 08/18/23 | STRIPE TRANSFER | 50.76 |
| 08/18/23 | MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 1023735 | 825.52 |
| 08/18/23 | SHIFT4 PYMT | 1,705.38 |
| 08/21/23 | STRIPE TRANSFER | 91.38 |
| 08/21/23 | SHIFT4 PYMT | 2,167.99 |
| 08/21/23 | SHIFT4 PYMT | 5,870.00 |
| 08/22/23 | STRIPE TRANSFER | 23.97 |
| 08/22/23 | SHIFT4 PYMT | 2,141.15 |
| 08/23/23 | STRIPE TRANSFER | 101.42 |
| 08/23/23 | SHIFT4 PYMT | 1,934.56 |
| 08/24/23 | STRIPE TRANSFER | 25.02 |
| 08/24/23 | SHIFT4 PYMT | 2,117.64 |
| 08/25/23 | STRIPE TRANSFER | 17.58 |
| 08/25/23 | MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 5317524 | 877.37 |
| 08/25/23 | SHIFT4 PYMT | 1,567.07 |
| 08/28/23 | SOUTHERN GLAZER' FINTECHEFT | 24.00 |
| 08/28/23 | SHIFT4 PYMT | 2,035.96 |
| 08/28/23 | SHIFT4 PYMT | 5,314.86 |
| 08/29/23 | STRIPE TRANSFER | 25.60 |
| 08/30/23 | STRIPE TRANSFER | 146.53 |
| 08/31/23 | SHIFT4 PYMT | 1,448.27 |
| 08/31/23 | SHIFT4 RLSD FUNDS | 4,070.38 |

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | NDTAX TAX PYMT | 442.00 |
| 08/01/23 | NDTAX TAX PYMT | 5,010.67 |
| 08/02/23 | SHIFT4 FEES | 1,866.92 |
| 08/03/23 | DAKOTA SALES INC DAK SALES | 215.15 |
| 08/03/23 | JOB SERVICE ND UI TAX PMT | 877.38 |
| 08/04/23 | ND DHS-CSD ND3800001 | 109.85 |
| 08/04/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230803 161 | 3,547.50 |
| 08/07/23 | MCKINNON COMPANY BILLING | 393.90 |
| 08/07/23 | DAKOTA SALES INC DAK SALES | 440.40 |
| 08/07/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230804 161 | 3,679.72 |
| 08/08/23 | DAKOTA SALES INC DAK SALES | 435.80 |
| 08/08/23 | MIDCONTINENT WEB_PAY | 452.49 |
| 08/09/23 | COKE HIGH COUNTR COKE HIGH | 1,193.70 |

Continued            30/397/2

0629                    SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766





**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023                              Account No.:         7698  Page: 3

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 08/10/23 | DAKOTA SALES INC DAK SALES | 124.55 |
| 08/10/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230809 161 | 3,814.00 |
| 08/11/23 | 7302 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 08/11/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230810 161 | 193.49 |
| 08/11/23 | MCKINNON COMPANY BILLING | 294.50 |
| 08/14/23 | 7302 MCD PUR ECOLAB INC SAINT PAUL US | 304.54 |
| 08/14/23 | JOHNSON BROTHERS PAYMENT | 40.00 |
| 08/14/23 | REPUBLIC NATIONA FINTECHEFT | 188.22 |
| 08/14/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230811 161 | 3,692.89 |
| 08/15/23 | DAKOTA SALES INC DAK SALES | 352.10 |
| 08/17/23 | SHIFT4 SHIFT4 | 11.00 |
| 08/17/23 | DAKOTA SALES INC DAK SALES | 114.65 |
| 08/17/23 | XCEL ENERGY-MN XCELENERGY | 2,329.97 |
| 08/17/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230816 161 | 4,482.99 |
| 08/18/23 | MCKINNON COMPANY BILLING | 104.15 |
| 08/18/23 | COKE HIGH COUNTR COKE HIGH | 196.27 |
| 08/18/23 | GRINNELL MUTUAL AGENT CASH | 294.32 |
| 08/18/23 | IRS USATAXPYMT | 2,971.64 |
| 08/21/23 | REPUBLIC NATIONA FINTECHEFT | 109.08 |
| 08/21/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230818 161 | 3,050.80 |
| 08/22/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 208.10 |
| 08/22/23 | DAKOTA SALES INC DAK SALES | 699.65 |
| 08/23/23 | 7302 MCD PUR FACEBK VK3VTRX4D2 MENLO PARK US | 169.32 |
| 08/23/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230822 161 | 135.39 |
| 08/24/23 | DAKOTA SALES INC DAK SALES | 136.80 |
| 08/24/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230823 161 | 4,553.51 |
| 08/25/23 | SOUTHERN GLAZER' FINTECHEFT | 363.95 |
| 08/25/23 | MCKINNON COMPANY BILLING | 619.25 |
| 08/28/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 1.66 |
| 08/28/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230825 161 | 3,264.28 |
| 08/29/23 | DAKOTA SALES INC DAK SALES | 659.65 |
| 08/30/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230829 161 | 11.92 |
| 08/30/23 | JOHNSON BROTHERS PAYMENT | 220.58 |
| 08/31/23 | DAKOTA SALES INC DAK SALES | 277.55 |
| 08/31/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230830 161 | 3,123.52 |

Continued                       30/397/3

DocuSign Envelope ID: 78A8435F-5AB0-4824-8F62-C28A04B8D9F9



**FIRST STATE BANK**
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

**First State Bank**
Today. Tomorrow. Together.



**FINANCIAL SERVICES STATEMENT**

Statement Date: **08/31/2023**    Account No.: ▮▮▮▮7698    Page: **4**

### CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/10/23 |  | 8.00 | 08/10/23 | 1047 | 387.47 | 08/14/23 | 1067 | 168.99 |
| 08/02/23 | 1004 | 6,617.00 | 08/14/23 | 1048 | 234.17 | 08/14/23 | 1068 | 1,023.27 |
| 08/02/23 | 1005 | 1,032.00 | 08/15/23 | 1049 | 292.09 | 08/25/23 | 1069 | 567.00 |
| 08/17/23 | 1006 | 352.00 | 08/31/23 | 1050 | 270.00 | 08/29/23 | 1071* | 215.00 |
| 08/15/23 | 1008* | 200.41 | 08/14/23 | 1051 | 350.13 | 08/28/23 | 1072 | 559.00 |
| 08/16/23 | 1009 | 2,000.00 | 08/14/23 | 1052 | 1,921.15 | 08/25/23 | 1074* | 750.00 |
| 08/04/23 | 1027* | 280.94 | 08/15/23 | 1053 | 144.76 | 08/28/23 | 1075 | 979.00 |
| 08/02/23 | 1029* | 297.56 | 08/11/23 | 1054 | 575.49 | 08/22/23 | 1076 | 1,842.15 |
| 08/01/23 | 1030 | 131.59 | 08/15/23 | 1057* | 272.01 | 08/28/23 | 1078* | 83.11 |
| 08/01/23 | 1031 | 601.37 | 08/14/23 | 1058 | 637.03 | 08/30/23 | 1081* | 187.07 |
| 08/10/23 | 1033* | 12.70 | 08/14/23 | 1059 | 79.60 | 08/28/23 | 1082 | 1,921.00 |
| 08/22/23 | 1034 | 131.20 | 08/29/23 | 1060 | 125.25 | 08/28/23 | 1083 | 40.63 |
| 08/02/23 | 1035 | 263.92 | 08/11/23 | 1061 | 407.90 | 08/28/23 | 1084 | 102.51 |
| 08/14/23 | 1036 | 328.45 | 08/14/23 | 1062 | 1,330.36 | 08/28/23 | 1085 | 300.00 |
| 08/01/23 | 1038* | 213.10 | 08/15/23 | 1063 | 144.13 | 08/28/23 | 1086 | 803.00 |
| 08/02/23 | 1039 | 1,022.84 | 08/15/23 | 1064 | 292.06 | 08/28/23 | 1088* | 1,041.00 |
| 08/01/23 | 1040 | 36.82 | 08/24/23 | 1065 | 1,286.61 | 08/30/23 | 10708* | 244.00 |
| 08/04/23 | 1046* | 1,508.37 | 08/14/23 | 1066 | 55.88 |  |  |  |

| Date | Description | Amount |
|---|---|---|
| 08/31/23 | SERVICE CHARGE | 4.60 |

### DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/23 was 20,900.85

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01/23 | 18,434.35 | 08/11/23 | 14,281.21 | 08/23/23 | 13,913.64 |
| 08/02/23 | 10,086.69 | 08/14/23 | 11,021.70 | 08/24/23 | 10,204.38 |
| 08/03/23 | 12,061.80 | 08/15/23 | 11,136.56 | 08/25/23 | 10,711.20 |
| 08/04/23 | 10,086.24 | 08/16/23 | 12,186.91 | 08/28/23 | 9,360.83 |
| 08/07/23 | 13,333.80 | 08/17/23 | 7,542.58 | 08/29/23 | 8,872.53 |
| 08/08/23 | 13,929.99 | 08/18/23 | 6,683.86 | 08/30/23 | 8,765.49 |
| 08/09/23 | 15,752.17 | 08/21/23 | 11,923.35 | 08/31/23 | 10,769.47 |
| 08/10/23 | 13,065.64 | 08/22/23 | 11,913.37 |  |  |



Continued    30/397/4

0629    SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DocuSign Envelope ID: 78A8435F-5AB0-4824-8F62-C28A04B8D9F9

**FIRST STATE BANK**
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

**First State Bank**
Today. Tomorrow. Together.

**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023          Account No.: 7698    Page: 5

### ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|---|---|---|---|
| 08/31/23 | PER CHECK CHARGE | | 4.60 |
| | **TOTAL SERVICE CHARGE :** | | **4.60** |

This Statement Cycle Reflects 31 Days

Direct Inquiries About Electronic Entries To:
Phone: (701) 746-7766



Continued          30/397/5

0629          SEE REVERSE SIDE FOR IMPORTANT INFORMATION

First State Bank

BOURBON STREET LLC
Account No.: ####7698
Stmt. Date: 08/31/2023

Bank: 629
Images: 76
Page: 6

# IMAGE STATEMENT



| | | |
|---|---|---|
| AMT: 2,477.00 SEQ: 22600060 CK: DT: 08/01/23 ST: Deposit | AMT: 29.00 SEQ: 21200100 CK: DT: 08/02/23 ST: Deposit | AMT: 341.00 SEQ: 20700190 CK: DT: 08/03/23 ST: Deposit |
| AMT: 2,380.98 SEQ: 21700020 CK: DT: 08/04/23 ST: Deposit | AMT: 934.00 SEQ: 21900200 CK: DT: 08/07/23 ST: Deposit | AMT: 176.00 SEQ: 21400230 CK: DT: 08/08/23 ST: Deposit |
| AMT: 325.00 SEQ: 21100120 CK: DT: 08/09/23 ST: Deposit | AMT: 875.00 SEQ: 21700080 CK: DT: 08/09/23 ST: Deposit | AMT: 654.00 SEQ: 21200200 CK: DT: 08/14/23 ST: Deposit |
| AMT: 521.00 SEQ: 21100020 CK: DT: 08/15/23 ST: Deposit | AMT: 403.00 SEQ: 20900210 CK: DT: 08/16/23 ST: Deposit | AMT: 607.00 SEQ: 21100570 CK: DT: 08/17/23 ST: Deposit |
| AMT: 126.00 SEQ: 21001270 CK: DT: 08/18/23 ST: Deposit | AMT: 105.00 SEQ: 20900120 CK: DT: 08/21/23 ST: Deposit | AMT: 165.00 SEQ: 20000380 CK: DT: 08/21/23 ST: Deposit |
| AMT: 706.00 SEQ: 20800170 CK: DT: 08/22/23 ST: Deposit | AMT: 269.00 SEQ: 21100040 CK: DT: 08/23/23 ST: Deposit | AMT: 125.00 SEQ: 21100020 CK: DT: 08/24/23 ST: Deposit |

Continued 30/397/6

**First State Bank**

BOURBON STREET LLC
Account No. : ####7698
Stmt. Date : 08/31/2023

Bank : 629
Images : 76
Page : 7

## IMAGE STATEMENT

AMT: 345.00  SEQ: 20700310
CK:    DT: 08/25/23  ST: Deposit

AMT: 370.00  SEQ: 21400140
CK:    DT: 08/28/23  ST: Deposit

AMT: 486.00  SEQ: 21400150
CK:    DT: 08/29/23  ST: Deposit

AMT: 410.00  SEQ: 21000020
CK:    DT: 08/30/23  ST: Deposit

AMT: 161.00  SEQ: 21100140
CK:    DT: 08/31/23  ST: Deposit

AMT: 8.00  SEQ: 22800420
CK:    DT: 08/10/23  ST: Paid

AMT: 6,617.00  SEQ: 80100170
CK: 1004  DT: 08/02/23  ST: Paid

AMT: 1,032.00  SEQ: 80100180
CK: 1005  DT: 08/02/23  ST: Paid

AMT: 352.00  SEQ: 80100190
CK: 1006  DT: 08/17/23  ST: Paid

AMT: 200.41  SEQ: 80301650
CK: 1008  DT: 08/15/23  ST: Paid

AMT: 2,000.00  SEQ: 80100320
CK: 1009  DT: 08/16/23  ST: Paid

AMT: 280.94  SEQ: 80102460
CK: 1027  DT: 08/04/23  ST: Paid

AMT: 297.56  SEQ: 80000390
CK: 1029  DT: 08/02/23  ST: Paid

AMT: 131.59  SEQ: 80202130
CK: 1030  DT: 08/01/23  ST: Paid

AMT: 601.37  SEQ: 80301630
CK: 1031  DT: 08/01/23  ST: Paid

AMT: 12.70  SEQ: 80100760
CK: 1033  DT: 08/10/23  ST: Paid

AMT: 131.20  SEQ: 80200500
CK: 1034  DT: 08/22/23  ST: Paid

AMT: 263.92  SEQ: 80200100
CK: 1035  DT: 08/02/23  ST: Paid

Continued      30/397/7

**First State Bank**

BOURBON STREET LLC
Account No.: ######7698
Stmt. Date: 08/31/2023

Bank: 629
Images: 76
Page: 8

## IMAGE STATEMENT

| Check | Amount | Seq | Date | Status | Payee |
|---|---|---|---|---|---|
| 1036 | 328.45 | 80000490 | 08/14/23 | Paid | Desarae Bruce |
| 1038 | 213.10 | 80300490 | 08/01/23 | Paid | Hunter Lee |
| 1039 | 1,022.84 | 80201650 | 08/02/23 | Paid | Parker Monroe |
| 1040 | 36.82 | 80202040 | 08/01/23 | Paid | Dylan Nelson |
| 1046 | 1,508.37 | 80100240 | 08/04/23 | Paid | Chive |
| 1047 | 387.47 | 80101930 | 08/10/23 | Paid | Southern Glazers |
| 1048 | 234.17 | 80102350 | 08/14/23 | Paid | Johnson Bros |
| 1049 | 292.09 | 80302250 | 08/15/23 | Paid | Landon Petron |
| 1050 | 270.00 | 80100670 | 08/31/23 | Paid | Draft Pros |
| 1051 | 350.13 | 80201700 | 08/14/23 | Paid | Ramsey Petron |
| 1052 | 1,921.15 | 80001350 | 08/14/23 | Paid | Nicole Nelson |
| 1053 | 144.76 | 80202270 | 08/15/23 | Paid | Dylan Nelson |
| 1054 | 575.49 | 21600250 | 08/11/23 | Paid | Cassandra Bernal |
| 1057 | 272.01 | 80300130 | 08/15/23 | Paid | Deion Dominguez |
| 1058 | 637.03 | 80300100 | 08/14/23 | Paid | Jorey Yebra |
| 1059 | 79.60 | 80100800 | 08/14/23 | Paid | Cassandra Fincher |
| 1060 | 125.25 | 80201160 | 08/29/23 | Paid | Marissa Flores |
| 1061 | 407.90 | 23600090 | 08/11/23 | Paid | Kayla Gust |

Continued  30/397/8



