**Fill in this information to identify the case:**

Debtor Name: Gannett Peak LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 23-30248

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: August 2023                                    Date report filed: 10/25/2023
                                                                         MM / DD / YYYY
Line of business: Restaurant                          NAISC code: 7225

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Mark Petri

Original signature of responsible party: /s/ Mark Petri

Printed name of responsible party: Mark Petri

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 1

Debtor Name  Gannett Peak LLC                    Case number 23-30248

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 24,976.60

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 44,751.73

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      – $ 56,833.48

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -12,081.75

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 12,894.85

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**        $ _____

    (Exhibit E)

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 2

Debtor Name **Gannett Peak LLC**                    Case number **23-30248**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                           $ _____

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                  15
27. What is the number of employees as of the date of this monthly report?     15

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $   0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $   0.00
30. How much have you paid this month in other professional fees?                                      $   0.00
31. How much have you paid in total other professional fees since filing the case?                     $   0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 44,751.73 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 56,833.48 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -12,081.75 | = | $ _____ |

35. Total projected cash receipts for the next month:                    $  50,000.00
36. Total projected cash disbursements for the next month:             − $  45,000.00
37. Total projected net cash flow for the next month:                  = $   5,000.00

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 3

Debtor Name **Gannett Peak LLC**                    Case number **23-30248**

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

DocuSign Envelope ID: C0776C5D-900E-4892-99B0-6AAB3C7A0A3D

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**First State Bank**
Today. Tomorrow. Together.

GANNETT PEAK LLC
(DBA) LA CANTINA
PO BOX 531
MAYVILLE ND 58257-0531



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023                                Account No.:  ████4804  Page:  1

## SMALL BUSINESS CHECKING SUMMARY

Type : **REG   Status : Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 | | 24,976.60 |
| Deposits | 25 | 3,570.26+ |
| Debits | 45 | 22,123.16 |
| Automatic Withdrawals | 32 | 33,952.30 |
| Automatic Deposits | 86 | 41,181.47+ |
| Card Activity | 4 | 755.02 |
| SERVICE CHARGE | | 3.00 |
| Ending Balance On 08/31/23 | | 12,894.85 |
| Average Balance (Ledger) | 18,130.21+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/02/23 | Deposit | 59.06 | 08/09/23 | Deposit | 78.70 | 08/18/23 | Deposit | 29.00 |
| 08/03/23 | Deposit | 47.16 | 08/10/23 | Deposit | 118.20 | 08/22/23 | Deposit | 190.30 |
| 08/03/23 | Deposit | 158.55 | 08/10/23 | Deposit | 155.10 | 08/22/23 | Deposit | 287.76 |
| 08/04/23 | Deposit | 9.36 | 08/11/23 | Deposit | 350.31 | 08/24/23 | Deposit | 5.96 |
| 08/04/23 | Deposit | 36.08 | 08/14/23 | Deposit | 15.88 | 08/28/23 | Deposit | 108.77 |
| 08/07/23 | Deposit | 45.10 | 08/14/23 | Deposit | 140.00 | 08/28/23 | Deposit | 223.00 |
| 08/07/23 | Deposit | 65.30 | 08/14/23 | Deposit | 609.72 | 08/29/23 | Deposit | 365.00 |
| 08/07/23 | Deposit | 131.18 | 08/16/23 | Deposit | 38.69 | | | |
| 08/08/23 | Deposit | 286.27 | 08/17/23 | Deposit | 15.81 | | | |

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | FROM OLD ACCT 6901(FRAUD) | 20.00 |
| 08/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 853.46 |
| 08/03/23 | GLOBAL PAYMENTS GLOBAL DEP | 206.61 |
| 08/03/23 | GLOBAL PAYMENTS GLOBAL DEP | 697.76 |
| 08/04/23 | STRIPE TRANSFER | 66.85 |
| 08/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 133.42 |
| 08/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 171.78 |
| 08/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 220.06 |
| 08/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 992.96 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 40.72 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 59.70 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 63.40 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 123.99 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 132.39 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 134.53 |
| 08/07/23 | STRIPE TRANSFER | 201.25 |

Continued                30/36/1

0629                SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**First State Bank**
Today. Tomorrow. Together.



Member FDIC

## FINANCIAL SERVICES STATEMENT

Statement Date: 08/31/2023                                    Account No.: ▮▮▮▮4804  Page: 2

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 207.09 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 263.21 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 364.90 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 592.53 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 878.63 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 923.07 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 942.56 |
| 08/08/23 | STRIPE TRANSFER | 32.63 |
| 08/09/23 | STRIPE TRANSFER | 244.83 |
| 08/09/23 | GLOBAL PAYMENTS GLOBAL DEP | 497.57 |
| 08/09/23 | GLOBAL PAYMENTS GLOBAL DEP | 962.15 |
| 08/10/23 | STRIPE TRANSFER | 45.50 |
| 08/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 436.55 |
| 08/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 545.24 |
| 08/11/23 | STRIPE TRANSFER | 117.97 |
| 08/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 216.49 |
| 08/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 263.19 |
| 08/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 567.35 |
| 08/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 913.62 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 14.55 |
| 08/14/23 | STRIPE TRANSFER | 16.66 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 82.72 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 206.53 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 230.74 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 258.56 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 268.97 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 662.16 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 804.93 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 865.05 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 904.22 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,191.80 |
| 08/15/23 | STRIPE TRANSFER | 49.68 |
| 08/16/23 | STRIPE TRANSFER | 288.23 |
| 08/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 823.62 |
| 08/17/23 | STRIPE TRANSFER | 60.58 |
| 08/17/23 | GLOBAL PAYMENTS GLOBAL DEP | 239.61 |
| 08/17/23 | GLOBAL PAYMENTS GLOBAL DEP | 666.52 |
| 08/18/23 | STRIPE TRANSFER | 118.88 |
| 08/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 495.70 |
| 08/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,000.44 |
| 08/21/23 | STRIPE TRANSFER | 101.29 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 557.85 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 873.30 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 905.90 |

Continued                    30/36/2

0629                         SEE REVERSE SIDE FOR IMPORTANT INFORMATION



FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023                    Account No.: ████4804  Page: 3

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---|
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,200.94 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,554.27 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,718.83 |
| 08/22/23 | STRIPE TRANSFER | 37.27 |
| 08/23/23 | STRIPE TRANSFER | 137.05 |
| 08/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 550.72 |
| 08/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 768.63 |
| 08/24/23 | STRIPE TRANSFER | 164.63 |
| 08/24/23 | GLOBAL PAYMENTS GLOBAL DEP | 221.85 |
| 08/24/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,147.92 |
| 08/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 352.42 |
| 08/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,495.66 |
| 08/28/23 | STRIPE TRANSFER | 199.80 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 206.96 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 285.36 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 396.20 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 811.56 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 923.50 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,138.15 |
| 08/29/23 | STRIPE TRANSFER | 70.07 |
| 08/30/23 | STRIPE TRANSFER | 70.45 |
| 08/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 374.51 |
| 08/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 583.09 |
| 08/31/23 | STRIPE TRANSFER | 86.23 |
| 08/31/23 | GLOBAL PAYMENTS GLOBAL DEP | 148.28 |
| 08/31/23 | GLOBAL PAYMENTS GLOBAL DEP | 714.67 |

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | JOB SERVICE ND UI TAX PMT | 45.32 |
| 08/01/23 | NDTAX TAX PYMT | 344.00 |
| 08/01/23 | NDTAX TAX PYMT | 3,527.13 |
| 08/02/23 | GLOBAL PAYMENTS GLOBAL STL | 971.76 |
| 08/04/23 | DAKOTA SALES INC DAK SALES | 139.10 |
| 08/04/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230803 161 | 1,860.12 |
| 08/07/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230804 161 | 2,239.18 |
| 08/08/23 | MNLMARKETING PURCHASE | 229.00 |
| 08/09/23 | AFLAC INSURANCE | 67.92 |
| 08/09/23 | AFLAC INSURANCE | 101.88 |
| 08/09/23 | COKE HIGH COUNTR COKE HIGH | 879.24 |
| 08/09/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230808 161 | 3,082.98 |

Continued                                      30/36/3

0629                     SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023                                   Account No.: 4804  Page: 4

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 08/10/23 | REPUBLIC NATIONA FINTECHEFT | 626.63 |
| 08/10/23 | SOUTHERN GLAZER' FINTECHEFT | 1,018.47 |
| 08/11/23 | DAKOTA SALES INC DAK SALES | 124.40 |
| 08/14/23 | 4110 PUR HUGOS 3 GRAND FORKS ND | 13.28 |
| 08/14/23 | 4110 MCD PUR ECOLAB INC SAINT PAUL US | 367.79 |
| 08/14/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230811 161 | 2,261.20 |
| 08/16/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230815 161 | 3,011.08 |
| 08/17/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230816 161 | 268.11 |
| 08/17/23 | SOUTHERN GLAZER' FINTECHEFT | 278.46 |
| 08/18/23 | COKE HIGH COUNTR COKE HIGH | 167.01 |
| 08/18/23 | STATE AUTO - INB VENDOR PMT | 262.79 |
| 08/18/23 | IRS USATAXPYMT | 1,857.52 |
| 08/21/23 | 4110 MCD PUR LIGHTSPEED RETAIL INC. 8669321801 US | 314.00 |
| 08/21/23 | MCKINNON COMPANY BILLING | 140.86 |
| 08/21/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230818 161 | 1,873.41 |
| 08/22/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230821 161 | 40.30 |
| 08/23/23 | 4110 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 08/23/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230822 161 | 2,199.44 |
| 08/25/23 | DAKOTA SALES INC DAK SALES | 196.00 |
| 08/28/23 | LEASE REPAY - ALLERUS-MOBILE TRANSFER FROM CHK 4804 TO CHK 0801 3089937 | 1,717.94 |
| 08/28/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230825 161 | 1,108.19 |
| 08/30/23 | AFLAC INSURANCE | 67.92 |
| 08/30/23 | MIDCONTINENT WEB_PAY | 670.71 |
| 08/30/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230829 161 | 2,574.23 |

### CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/09/23 |  | 417.00 | 08/01/23 | 1010* | 208.86 | 08/15/23 | 1053 | 300.29 |
| 08/10/23 |  | 8.00 | 08/01/23 | 1014* | 261.98 | 08/14/23 | 1054 | 697.88 |
| 08/24/23 |  | 500.00 | 08/03/23 | 1016* | 179.43 | 08/23/23 | 1055 | 222.07 |
| 08/01/23 | 1003 | 405.56 | 08/15/23 | 1018* | 120.82 | 08/16/23 | 1056 | 79.00 |
| 08/01/23 | 1005* | 121.61 | 08/11/23 | 1019 | 841.67 | 08/15/23 | 1057 | 511.88 |
| 08/03/23 | 1006 | 297.97 | 08/23/23 | 1020 | 1,240.28 | 08/15/23 | 1058 | 308.43 |
| 08/01/23 | 1007 | 71.14 | 08/11/23 | 1051* | 367.25 | 08/15/23 | 1059 | 123.35 |
| 08/03/23 | 1008 | 1,423.37 | 08/15/23 | 1052 | 114.89 | 08/14/23 | 1060 | 946.20 |

Continued   30/36/4



0629                        SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DocuSign Envelope ID: C0776C5D-900E-4892-99B0-6AAB3C7A0A3D

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



First State Bank
Today. Tomorrow. Together.



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023      Account No.: ####4804  Page: 5

## CHECKS AND OTHER DEBITS (cont.)

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/15/23 | 1062 | 470.78 | 08/29/23 | 1071 | 550.76 | 08/28/23 | 1078 | 415.00 |
| 08/16/23 | 1064* | 1,423.36 | 08/25/23 | 1072 | 731.00 | 08/29/23 | 1079 | 286.00 |
| 08/22/23 | 1065 | 150.96 | 08/29/23 | 1073 | 188.27 | 08/29/23 | 1080 | 1,423.00 |
| 08/28/23 | 1066 | 391.00 | 08/29/23 | 1074 | 316.00 | 08/28/23 | 1081 | 269.67 |
| 08/31/23 | 1067 | 50.46 | 08/28/23 | 1075 | 457.47 | 08/31/23 | 1082 | 280.82 |
| 08/29/23 | 1069* | 76.22 | 08/14/23 | 1076 | 2,131.15 | 08/28/23 | 1084* | 1,842.00 |
| 08/30/23 | 1070 | 193.31 | 08/29/23 | 1077 | 582.00 | 08/30/23 | 1087* | 125.00 |

| Date | Description | Amount |
|---|---|---|
| 08/31/23 | SERVICE CHARGE | 3.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/23 was 24,976.60

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01/23 | 20,011.00 | 08/11/23 | 19,789.96 | 08/23/23 | 17,816.78 |
| 08/02/23 | 19,951.76 | 08/14/23 | 19,644.95 | 08/24/23 | 18,857.14 |
| 08/03/23 | 19,161.07 | 08/15/23 | 17,744.19 | 08/25/23 | 19,778.22 |
| 08/04/23 | 18,792.36 | 08/16/23 | 14,381.29 | 08/28/23 | 17,870.25 |
| 08/07/23 | 21,722.73 | 08/17/23 | 14,817.24 | 08/29/23 | 14,883.07 |
| 08/08/23 | 21,812.63 | 08/18/23 | 15,173.94 | 08/30/23 | 12,279.95 |
| 08/09/23 | 19,046.86 | 08/21/23 | 19,758.05 | 08/31/23 | 12,894.85 |
| 08/10/23 | 18,694.35 | 08/22/23 | 20,082.12 | | |

## ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|---|---|---|---|
| 08/31/23 | PER CHECK CHARGE | | 3.00 |
| | TOTAL SERVICE CHARGE : | | 3.00 |



**This Statement Cycle Reflects 31 Days**

Continued      30/36/5

0629      SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: **08/31/2023**

Account No.: ████4804  Page: 6

| Direct Inquiries About Electronic Entries To: |
|---|
| Phone: (701) 746-7766 |

Continued    30/36/6

0629    SEE REVERSE SIDE FOR IMPORTANT INFORMATION





**First State Bank**

GANNETT PEAK LLC
Account No. : ####4804
Stmt. Date : 08/31/2023

Bank : 629
Images : 70
Page : 9

## IMAGE STATEMENT

| Check | Amount | Seq | Date | Status |
|---|---|---|---|---|
| 1018 | 120.82 | 80301660 | 08/15/23 | Paid |
| 1019 | 841.67 | 80000780 | 08/11/23 | Paid |
| 1020 | 1,240.28 | 80100210 | 08/23/23 | Paid |
| 1051 | 367.25 | 21600090 | 08/11/23 | Paid |
| 1052 | 114.89 | 80102090 | 08/15/23 | Paid |
| 1053 | 300.29 | 80100370 | 08/15/23 | Paid |
| 1054 | 697.88 | 80100320 | 08/14/23 | Paid |
| 1055 | 222.07 | 80201050 | 08/23/23 | Paid |
| 1056 | 79.00 | 80201100 | 08/16/23 | Paid |
| 1057 | 511.88 | 80100390 | 08/15/23 | Paid |
| 1058 | 308.43 | 80301070 | 08/15/23 | Paid |
| 1059 | 123.35 | 80102080 | 08/15/23 | Paid |
| 1060 | 946.20 | 80001320 | 08/14/23 | Paid |
| 1062 | 470.78 | 80100380 | 08/15/23 | Paid |
| 1064 | 1,423.36 | 80000500 | 08/16/23 | Paid |
| 1065 | 150.96 | 80000370 | 08/22/23 | Paid |
| 1066 | 391.00 | 80000220 | 08/28/23 | Paid |
| 1067 | 50.46 | 80000170 | 08/31/23 | Paid |

Continued     30/36/9

DocuSign Envelope ID: C0776C5D-900E-4892-99B0-6AAB3C7A0A3D

**First State Bank**

**GANNETT PEAK LLC**
Account No.: ####4804
Stmt. Date: 08/31/2023

Bank: 629
Images: 70
Page: 10

# IMAGE STATEMENT

| Check | Payee | Amount | SEQ | Date | Status |
|---|---|---|---|---|---|
| 1069 | Jodie Lyman | 76.22 | 80101750 | 08/29/23 | Paid |
| 1070 | Michael Mathison | 193.31 | 80101380 | 08/30/23 | Paid |
| 1071 | Kaysha Norquay | 550.76 | 80000890 | 08/29/23 | Paid |
| 1072 | Misty Ouellette | 731.00 | 21500070 | 08/25/23 | Paid |
| 1073 | Danielle Roseman | 188.27 | 80101740 | 08/29/23 | Paid |
| 1074 | James Two Bears | 316.00 | 80000210 | 08/29/23 | Paid |
| 1075 | Hanna Pariseau | 457.47 | 80200220 | 08/28/23 | Paid |
| 1076 | Mark Petri | 2,131.15 | 22700170 | 08/14/23 | Paid |
| 1077 | Eve Jackson | 582.00 | 80100180 | 08/29/23 | Paid |
| 1078 | Levi Jensen | 415.00 | 80100170 | 08/28/23 | Paid |
| 1079 | Justin Garcia | 286.00 | 80100190 | 08/29/23 | Paid |
| 1080 | Amanda Driscoll | 1,423.00 | 80000520 | 08/29/23 | Paid |
| 1081 | Deion Dominques | 269.67 | 80102440 | 08/28/23 | Paid |
| 1082 | Jessica Daley | 280.82 | 80101250 | 08/31/23 | Paid |
| 1084 | Mark Petri | 1,842.00 | 20000360 | 08/28/23 | Paid |
| 1087 | Morgan Pinky | 125.00 | 80000250 | 08/30/23 | Paid |

**End Statement   30/36/10E**

DocuSign Envelope ID: C0776C5D-900E-4892-99B0-6AAB3C7A0A3D

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

GANNETT PEAK LLC
DBA LA CANTINA
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **08/31/2023**　　　　　　　　　　　　　　　　Account No.:　　　　**6901** Page:　**1**

## SMALL BUSINESS CHECKING SUMMARY

Type :　REG　Status :　Closed

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 |  | 20.00 |
| Debits |  | 0.00 |
| Automatic Withdrawals | 1 | 20.00 |
| Ending Balance On 08/31/23 |  | 0.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | TRF TO NEW ACCT 4804 AND CLOSE (FRAUD) | 20.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/23 was 20.00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01/23 | .00 |  |  |  |  |

**This Statement Cycle Reflects 1 Days**

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

End Statement　　30/330/1E