**Fill in this information to identify the case:**

Debtor Name: Petri Enterprises, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 23-30247

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | |
|---|---|
| Month: August 2023 | Date report filed: 10/25/2023 MM / DD / YYYY |
| Line of business: Restaurant | NAISC code: 7225 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Mark Petri

Original signature of responsible party: *Mark Petri* (DocuSigned)

Printed name of responsible party: Mark Petri

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Petri Enterprises, LLC                                   Case number 23-30247

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**   $ 16,315.41

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ 45,202.41

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   – $ 50,700.16

**22. Net cash flow**   + $ -5,497.75

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.   = $ 10,817.66

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**   $ _____

(Exhibit E)

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 2

Debtor Name **Petri Enterprises, LLC**            Case number **23-30247**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                     $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                             11
27. What is the number of employees as of the date of this monthly report?                                11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $   0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $   0.00
30. How much have you paid this month in other professional fees?                                         $   0.00
31. How much have you paid in total other professional fees since filing the case?                        $   0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 45,202.41 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 50,700.16 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ -5,497.75 | = | $ _____ |

35. Total projected cash receipts for the next month:                               $   50,000.00
36. Total projected cash disbursements for the next month:                        − $   45,000.00
37. Total projected net cash flow for the next month:                             = $    5,000.00

Official Form 425C            Monthly Operating Report for Small Business Under Chapter 11            page 3

Debtor Name **Petri Enterprises, LLC**　　　　　　　　　Case number **23-30247**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

**FINANCIAL SERVICES STATEMENT**

PETRI ENTERPRISES LLC
% MARK D PETRI
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **08/31/2023**                                    Account No.:         5275  Page:  1

## COMMERCIAL CHECKING SUMMARY

Type :  **REG   Status :  Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 |  | 16,315.41 |
| Deposits | 3 | 2,493.81+ |
| Debits | 34 | 17,470.02 |
| Automatic Withdrawals | 41 | 33,063.13 |
| Automatic Deposits | 67 | 42,708.60+ |
| Card Activity | 4 | 167.01 |
| Ending Balance On 08/31/23 |  | 10,817.66 |
| Average Balance (Ledger) | 13,668.03+ |  |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01/23 | Deposit | 1,650.00 | 08/15/23 | Deposit | 422.00 | 08/28/23 | Deposit | 421.81 |

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | FROM OLD ACCT 6701(FRAUD) | 20.00 |
| 08/01/23 | GLOBAL PAYMENTS GLOBAL DEP | 894.63 |
| 08/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 947.76 |
| 08/03/23 | GLOBAL PAYMENTS GLOBAL DEP | 476.97 |
| 08/03/23 | GLOBAL PAYMENTS GLOBAL DEP | 812.76 |
| 08/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 414.28 |
| 08/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 999.02 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 23.50 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 180.01 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 440.12 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 580.25 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 798.90 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 955.07 |
| 08/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,359.08 |
| 08/09/23 | GLOBAL PAYMENTS GLOBAL DEP | 749.51 |
| 08/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 326.23 |
| 08/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 682.05 |
| 08/11/23 | STRIPE TRANSFER | 234.19 |
| 08/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 520.90 |
| 08/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 693.14 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 456.70 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 555.49 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 773.39 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 829.47 |
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 877.74 |

Continued                30/22/1



FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023

Account No.: 5275   Page: 2

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 08/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,293.10 |
| 08/15/23 | STRIPE TRANSFER | 100.64 |
| 08/15/23 | GLOBAL PAYMENTS GLOBAL DEP | 426.54 |
| 08/16/23 | STRIPE TRANSFER | 197.69 |
| 08/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,018.91 |
| 08/17/23 | STRIPE TRANSFER | 167.90 |
| 08/17/23 | GLOBAL PAYMENTS GLOBAL DEP | 565.06 |
| 08/17/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,434.10 |
| 08/18/23 | STRIPE TRANSFER | 30.54 |
| 08/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 592.55 |
| 08/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 989.31 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 345.43 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 699.49 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 720.87 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 860.06 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,033.22 |
| 08/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,219.12 |
| 08/22/23 | STRIPE TRANSFER | 60.21 |
| 08/22/23 | GLOBAL PAYMENTS GLOBAL DEP | 887.27 |
| 08/23/23 | STRIPE TRANSFER | 285.79 |
| 08/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 807.55 |
| 08/24/23 | STRIPE TRANSFER | 111.95 |
| 08/24/23 | GLOBAL PAYMENTS GLOBAL DEP | 717.85 |
| 08/24/23 | GLOBAL PAYMENTS GLOBAL DEP | 736.90 |
| 08/25/23 | STRIPE TRANSFER | 58.56 |
| 08/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 391.06 |
| 08/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 799.39 |
| 08/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,587.32 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 496.73 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 731.09 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 936.21 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,335.53 |
| 08/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,801.91 |
| 08/29/23 | STRIPE TRANSFER | 93.74 |
| 08/29/23 | GLOBAL PAYMENTS GLOBAL DEP | 917.40 |
| 08/30/23 | AMERICAN EXPRESS SETTLEMENT | 106.04 |
| 08/30/23 | STRIPE TRANSFER | 356.51 |
| 08/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 461.93 |
| 08/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 716.28 |
| 08/31/23 | STRIPE TRANSFER | 44.30 |
| 08/31/23 | GLOBAL PAYMENTS GLOBAL DEP | 99.43 |
| 08/31/23 | GLOBAL PAYMENTS GLOBAL DEP | 871.96 |



Continued     30/22/2

0629     SEE REVERSE SIDE FOR IMPORTANT INFORMATION

DocuSign Envelope ID: C0776C5D-900E-4892-99B0-6AAB3C7A0A3D

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023                              Account No.: ████5275  Page: 3

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---:|
| 08/01/23 | JOB SERVICE ND UI TAX PMT | 43.92 |
| 08/01/23 | NDTAX TAX PYMT | 248.00 |
| 08/01/23 | NDTAX TAX PYMT | 3,502.76 |
| 08/02/23 | GLOBAL PAYMENTS GLOBAL STL | 926.90 |
| 08/04/23 | ND DHS-CSD ND3800001 | 153.24 |
| 08/04/23 | BEVERAGEWHOLESAL CASH CON | 164.20 |
| 08/04/23 | BERGSETH DELIVERY | 355.20 |
| 08/04/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230803 161 | 1,973.71 |
| 08/07/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230804 172 | 450.70 |
| 08/07/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230804 161 | 1,742.89 |
| 08/09/23 | AFLAC INSURANCE | 169.72 |
| 08/09/23 | AFLAC INSURANCE | 212.15 |
| 08/09/23 | COKE HIGH COUNTR COKE HIGH | 406.11 |
| 08/10/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230809 161 | 1,839.47 |
| 08/11/23 | BERGSETH DELIVERY | 19.00 |
| 08/11/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230810 161 | 57.23 |
| 08/11/23 | BEVERAGEWHOLESAL CASH CON | 143.25 |
| 08/14/23 | 3859 PUR WM SUPERCENTER 5806 GRAND FORKS ND | 18.21 |
| 08/14/23 | 3859 MCD PUR ADT SECURITY 402257051 WWW.ADT.COM US | 81.67 |
| 08/14/23 | REPUBLIC NATIONA FINTECHEFT | 143.73 |
| 08/14/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230811 172 | 192.55 |
| 08/14/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230811 161 | 2,180.20 |
| 08/17/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230816 161 | 1,562.82 |
| 08/17/23 | XCEL ENERGY-MN XCELENERGY | 1,730.09 |
| 08/18/23 | ND DHS-CSD ND3800001 | 153.24 |
| 08/18/23 | BERGSETH DELIVERY | 301.70 |
| 08/18/23 | IRS USATAXPYMT | 1,857.52 |
| 08/21/23 | 3859 PUR HUGOS 3 GRAND FORKS US | 7.18 |
| 08/21/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230818 172 | 425.90 |
| 08/21/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230818 161 | 2,132.76 |
| 08/22/23 | MIDWEST FAMILY PREMIUM | 319.98 |
| 08/23/23 | 3859 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 08/24/23 | GLOBAL PAYMENTS GLOBAL CBK | 60.07 |
| 08/24/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230823 161 | 1,699.97 |



Continued                   30/22/3

0629                       SEE REVERSE SIDE FOR IMPORTANT INFORMATION



FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

**FINANCIAL SERVICES STATEMENT**

Statement Date: **08/31/2023**                                   Account No.:          5275  Page:   4

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 08/25/23 | BEVERAGEWHOLESAL CASH CON | 112.50 |
| 08/25/23 | BERGSETH DELIVERY | 338.20 |
| 08/28/23 | LEASE REPAY - ALLERUS MAYVILLE-MOBILE TRANSFER FROM CHK 5275 TO CHK 0801 5313365 | 1,188.50 |
| 08/28/23 | SOUTHERN GLAZER' FINTECHEFT | 246.31 |
| 08/28/23 | REPUBLIC NATIONA FINTECHEFT | 449.96 |
| 08/28/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230825 172 | 518.65 |
| 08/28/23 | JOHNSON BROTHERS PAYMENT | 555.47 |
| 08/28/23 | SECURA INSURANCE PAYMENT | 889.00 |
| 08/28/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230825 161 | 1,618.25 |
| 08/30/23 | AFLAC INSURANCE | 169.72 |
| 08/31/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230830 161 | 1,807.59 |

### CHECKS AND OTHER DEBITS
\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/10/23 |  | 8.00 | 08/14/23 | 1053 | 859.83 | 08/28/23 | 1065 | 88.01 |
| 08/10/23 |  | 187.42 | 08/14/23 | 1054 | 882.34 | 08/28/23 | 1066 | 840.00 |
| 08/01/23 | 1002 | 636.23 | 08/14/23 | 1055 | 109.86 | 08/28/23 | 1067 | 670.00 |
| 08/01/23 | 1003 | 131.49 | 08/18/23 | 1056 | 177.87 | 08/29/23 | 1068 | 527.50 |
| 08/03/23 | 1009* | 251.83 | 08/14/23 | 1057 | 955.07 | 08/28/23 | 1069 | 1,102.00 |
| 08/21/23 | 1010 | 287.68 | 08/23/23 | 1058 | 312.29 | 08/30/23 | 1070 | 291.00 |
| 08/03/23 | 1012* | 150.00 | 08/14/23 | 1059 | 491.40 | 08/25/23 | 1071 | 565.00 |
| 08/04/23 | 1014* | 144.00 | 08/22/23 | 1060 | 214.72 | 08/28/23 | 1073* | 479.51 |
| 08/15/23 | 1027* | 77.44 | 08/14/23 | 1061 | 396.16 | 08/28/23 | 1074 | 516.60 |
| 08/16/23 | 1028 | 479.51 | 08/16/23 | 1062 | 286.76 | 08/28/23 | 1076* | 1,842.00 |
| 08/15/23 | 1051* | 787.61 | 08/14/23 | 1063 | 2,131.15 |  |  |  |
| 08/15/23 | 1052 | 87.61 | 08/28/23 | 1064 | 502.13 |  |  |  |

### DAILY BALANCE SUMMARY



Beginning Ledger Balance on 07/31/23 was 16,315.41

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01/23 | 14,317.64 | 08/14/23 | 12,500.08 | 08/24/23 | 13,908.36 |
| 08/02/23 | 14,338.50 | 08/15/23 | 12,496.60 | 08/25/23 | 15,728.99 |
| 08/03/23 | 15,226.40 | 08/16/23 | 12,946.93 | 08/28/23 | 9,945.88 |
| 08/04/23 | 13,849.35 | 08/17/23 | 11,821.08 | 08/29/23 | 10,429.52 |
| 08/07/23 | 15,992.69 | 08/18/23 | 10,943.15 | 08/30/23 | 11,609.56 |
| 08/09/23 | 15,954.22 | 08/21/23 | 12,967.82 | 08/31/23 | 10,817.66 |
| 08/10/23 | 14,927.61 | 08/22/23 | 13,380.60 |  |  |
| 08/11/23 | 16,156.36 | 08/23/23 | 14,101.70 |  |  |

Continued                  30/22/4

0629                SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766



**FINANCIAL SERVICES STATEMENT**

Statement Date: 08/31/2023

Account No.: 5275    Page: 5

**DAILY BALANCE SUMMARY (cont.)**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

This Statement Cycle Reflects 31 Days

Direct Inquiries About Electronic Entries To:
Phone: (701) 746-7766



Continued    30/22/5

0629    SEE REVERSE SIDE FOR IMPORTANT INFORMATION

**First State Bank**

PETRI ENTERPRISES LLC
Account No.: ####5275
Stmt. Date: 08/31/2023

Bank: 629
Images: 37
Page: 6

## IMAGE STATEMENT

**DDA Credit** — FIRST STATE BANK
Amount: 1650.00
Account Number: 1171527S
Tran Code: 042
Date: 8/1/2023
Customer Name: Petri Enterprises Llc

AMT: 1,650.00  SEQ: 22600040
CK:    DT: 08/01/23  ST: Deposit

**DDA Credit** — FIRST STATE BANK
Amount: 422.00
Account Number: 1171527S
Tran Code: 042
Date: 8/15/2023
Customer Name: Petri Enterprises Llc

AMT: 422.00  SEQ: 23800020
CK:    DT: 08/15/23  ST: Deposit

**DDA Credit** — FIRST STATE BANK
Amount: 421.81
Account Number: 1171527S
Tran Code: 042
Date: 8/28/2023
Customer Name: Petri Enterprises Llc

AMT: 421.81  SEQ: 21800140
CK:    DT: 08/28/23  ST: Deposit

MISCELLANEOUS DEBIT — 8-10-23 — Petri Enterprises — 2 Boxes of Checks — 11715275 — 017 — $8.00

AMT: 8.00  SEQ: 22800360
CK:    DT: 08/10/23  ST: Paid

MISCELLANEOUS DEBIT — 8/10/23 — Petri Enterprises — Debit plus Cashiers check fee — 11715275 — 017 — $187.42

AMT: 187.42  SEQ: 23700060
CK:    DT: 08/10/23  ST: Paid

Check 1002 — Simon Barker — $636.23 — 7-28-2023 — Memo: Payroll 7/28/23

AMT: 636.23  SEQ: 80301440
CK: 1002  DT: 08/01/23  ST: Paid

Check 1003 — Julie Bigay — $131.49 — 7-28-2023 — Memo: Payroll 7/28/23

AMT: 131.49  SEQ: 80301420
CK: 1003  DT: 08/01/23  ST: Paid

Check 1009 — Abigail Holter — $251.83 — 7/29/2023 — Memo: Payroll 7/29/23

AMT: 251.83  SEQ: 80200350
CK: 1009  DT: 08/03/23  ST: Paid

Check 1010 — Harbin Maw — $287.68 — 7/28/2023 — Memo: Payroll 7/28/23

AMT: 287.68  SEQ: 80100710
CK: 1010  DT: 08/21/23  ST: Paid

Check 1012 — Kayla Uhtzel — $150.00 — 7/28/2023 — Memo: Payroll 7/28/23

AMT: 150.00  SEQ: 80100450
CK: 1012  DT: 08/03/23  ST: Paid

Check 1014 — Kayla Uhtzel — $144.00 — 8-2-2023 — Memo: Payroll 7/29

AMT: 144.00  SEQ: 80100500
CK: 1014  DT: 08/04/23  ST: Paid

Check 1027 — Cody Heath — $77.44 — 9-9-2023 — Memo: Stipend 2623604

AMT: 77.44  SEQ: 80301670
CK: 1027  DT: 08/15/23  ST: Paid

Check 1028 — Nicole Nelson — $479.51 — 8-15-2023 — Memo: Payroll 8-11-23

AMT: 479.51  SEQ: 80300300
CK: 1028  DT: 08/16/23  ST: Paid

Check 1051 — Simon Barker — $787.61 — 8-11-2023 — Memo: Payroll 8/11/23

AMT: 787.61  SEQ: 80302110
CK: 1051  DT: 08/15/23  ST: Paid

Check 1052 — Julie Bigay — $87.61 — 8-11-2023 — Memo: Payroll 8/11/23

AMT: 87.61  SEQ: 80302070
CK: 1052  DT: 08/15/23  ST: Paid

Check 1053 — John Cooley — $859.83 — 8-11-2023 — Memo: Payroll 8-11-23

AMT: 859.83  SEQ: 80101480
CK: 1053  DT: 08/14/23  ST: Paid

Check 1054 — Kate Ellison — $882.34 — 8-11-2023 — Memo: Payroll 8-11-23

AMT: 882.34  SEQ: 80101460
CK: 1054  DT: 08/14/23  ST: Paid

Check 1055 — Thomas Enerson — $109.86 — 8-11-2023 — Memo: Payroll 8-11-23

AMT: 109.86  SEQ: 80101580
CK: 1055  DT: 08/14/23  ST: Paid

**First State Bank**

PETRI ENTERPRISES LLC
Account No.: XXXX5275
Stmt. Date: 08/31/2023

Bank: 629
Images: 37
Page: 7

## IMAGE STATEMENT

| AMT | SEQ | CK | DT | ST |
|---|---|---|---|---|
| 177.87 | 80000490 | 1056 | 08/18/23 | Paid |
| 955.07 | 80202410 | 1057 | 08/14/23 | Paid |
| 312.29 | 80200270 | 1058 | 08/23/23 | Paid |
| 491.40 | 22600030 | 1059 | 08/14/23 | Paid |
| 214.72 | 80100760 | 1060 | 08/22/23 | Paid |
| 396.16 | 80202430 | 1061 | 08/14/23 | Paid |
| 286.76 | 80100660 | 1062 | 08/16/23 | Paid |
| 2,131.15 | 22700180 | 1063 | 08/14/23 | Paid |
| 502.13 | 80200910 | 1064 | 08/28/23 | Paid |
| 88.01 | 80200900 | 1065 | 08/28/23 | Paid |
| 840.00 | 80100820 | 1066 | 08/28/23 | Paid |
| 670.00 | 80100860 | 1067 | 08/28/23 | Paid |
| 527.50 | 80202340 | 1068 | 08/29/23 | Paid |
| 1,102.00 | 80200880 | 1069 | 08/28/23 | Paid |
| 291.00 | 80102430 | 1070 | 08/30/23 | Paid |
| 565.00 | 22500110 | 1071 | 08/25/23 | Paid |
| 479.51 | 80200210 | 1073 | 08/28/23 | Paid |
| 516.60 | 80200890 | 1074 | 08/28/23 | Paid |

Continued            30/22/7

**First State Bank**

PETRI ENTERPRISES LLC
Account No. : ▮▮▮▮5275
Stmt. Date : 08/31/2023

Bank : 629
Images : 37
Page : 8

## IMAGE STATEMENT

PETRI ENTERPRISES, LLC
PO BOX 531
MAYVILLE, ND 58257

1076
77-530/913
8-24 20 23

PAY TO THE ORDER OF  Mark Petri     $ 1,842.00
One thousand eight hundred forty-two dollars and 00/100  DOLLARS

First State Bank
Grand Forks, ND 58201

MEMO Payroll 8-25-23

AMT: 1,842.00 SEQ: 20000370
CK: 1076  DT: 08/28/23  ST: Paid

End Statement    30/22/8E

DocuSign Envelope ID: C0776C5D-900E-4892-99B0-6AAB3C7A0A3D

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

PETRI ENTERPRISES LLC
MARK D PETRI
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **08/31/2023**  Account No.: ▇▇▇▇**6701** Page: **1**

## COMMERCIAL CHECKING SUMMARY

Type : REG   Status : Closed

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/23 | | 20.00 |
| Debits | | 0.00 |
| Automatic Withdrawals | 1 | 20.00 |
| Ending Balance On 08/31/23 | | 0.00 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 08/01/23 | TRF TO NEW ACCT 5275 AND CLOSE(FRAUD) | 20.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/23 was 20.00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/01/23 | .00 | | | | |

**This Statement Cycle Reflects 1 Days**

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

End Statement   30/579/1E