FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

BOURBON STREET LLC
2501 28TH AVE S
PO BOX 5265
GRAND FORKS ND 58206-4601

Statement Date: **09/29/2023**　　　　　　　Account No.: ▮▮▮7698 Page: **1**

## *SMALL BUSINESS CHECKING SUMMARY*

Type :　**REG**　Status :　Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/31/23 | | 10,769.47 |
| Deposits | 21 | 12,821.16+ |
| Debits | 42 | 28,151.29 |
| Automatic Withdrawals | 45 | 54,401.08 |
| Automatic Deposits | 41 | 64,582.57+ |
| Card Activity | 11 | 2,823.09 |
| SERVICE CHARGE | | 2.40 |
| Ending Balance On 09/29/23 | | 2,795.34 |
| **Average Balance (Ledger)** | **6,859.58+** | |

## *ALL CREDIT ACTIVITY*

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/01/23 | Deposit | 226.00 | 09/11/23 | Deposit | 185.00 | 09/21/23 | Deposit | 175.00 |
| 09/01/23 | Deposit | 899.00 | 09/11/23 | Deposit | 1,111.00 | 09/21/23 | Deposit | 500.00 |
| 09/05/23 | Deposit | 737.00 | 09/13/23 | Deposit | 227.00 | 09/25/23 | Deposit | 544.00 |
| 09/05/23 | Deposit | 1,466.00 | 09/14/23 | Deposit | 1,435.00 | 09/26/23 | Deposit | 1,200.00 |
| 09/05/23 | Deposit | 1,875.00 | 09/18/23 | Deposit | 21.00 | 09/27/23 | Deposit | 529.00 |
| 09/06/23 | Deposit | 783.00 | 09/18/23 | Deposit | 105.00 | 09/28/23 | Deposit | 194.00 |
| 09/07/23 | Deposit | 174.00 | 09/20/23 | Deposit | 375.16 | 09/29/23 | Deposit | 60.00 |

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | STRIPE TRANSFER | 37.59 |
| 09/01/23 | DOOR DASH XFER-MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 6633166 | 632.08 |
| 09/01/23 | SHIFT4 PYMT | 1,601.51 |
| 09/05/23 | SHIFT4 PYMT | 1,988.91 |
| 09/05/23 | SHIFT4 PYMT | 2,221.00 |
| 09/05/23 | SHIFT4 PYMT | 3,943.36 |
| 09/06/23 | SHIFT4 PYMT | 2,715.97 |
| 09/07/23 | STRIPE TRANSFER | 123.96 |
| 09/07/23 | SHIFT4 PYMT | 1,290.74 |
| 09/08/23 | STRIPE TRANSFER | 18.16 |
| 09/08/23 | DOOR DASH REPAY-MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 4783340 | 647.14 |
| 09/08/23 | SHIFT4 PYMT | 1,989.76 |
| 09/11/23 | STRIPE TRANSFER | 52.73 |
| 09/11/23 | SHIFT4 PYMT | 3,077.20 |
| 09/11/23 | SHIFT4 PYMT | 5,007.99 |
| 09/12/23 | SHIFT4 PYMT | 1,613.66 |

**Continued**　　　　30/357/1

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                      Account No.:            ▬7698 Page:  **2**

## ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---|
| 09/13/23 | STRIPE TRANSFER | 100.03 |
| 09/13/23 | SHIFT4 PYMT | 1,388.13 |
| 09/14/23 | STRIPE TRANSFER | 64.98 |
| 09/14/23 | SHIFT4 PYMT | 2,055.13 |
| 09/15/23 | DOOR DASH REPAY 9/15-MOBILE TRANSFER FROM CHK 3401TO CHK 7698 2060816 | 908.33 |
| 09/15/23 | SHIFT4 PYMT | 1,508.66 |
| 09/18/23 | STRIPE TRANSFER | 51.93 |
| 09/18/23 | SHIFT4 PYMT | 2,249.66 |
| 09/18/23 | SHIFT4 PYMT | 5,587.41 |
| 09/19/23 | STRIPE TRANSFER | 66.02 |
| 09/19/23 | SHIFT4 PYMT | 1,996.00 |
| 09/20/23 | SHIFT4 PYMT | 1,290.65 |
| 09/21/23 | SHIFT4 PYMT | 1,945.61 |
| 09/22/23 | DOOR DASH REPAY 9/22/23-MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 9569385 | 824.62 |
| 09/22/23 | SHIFT4 PYMT | 1,735.40 |
| 09/25/23 | STRIPE TRANSFER | 25.66 |
| 09/25/23 | SHIFT4 PYMT | 1,986.12 |
| 09/25/23 | SHIFT4 PYMT | 6,027.35 |
| 09/26/23 | SHIFT4 PYMT | 2,118.64 |
| 09/27/23 | STRIPE TRANSFER | 123.22 |
| 09/27/23 | SHIFT4 PYMT | 1,446.24 |
| 09/28/23 | SHIFT4 PYMT | 1,324.00 |
| 09/29/23 | STRIPE TRANSFER | 13.78 |
| 09/29/23 | MOBILE TRANSFER FROM CHK 3401 TO CHK 7698 5989891 | 794.67 |
| 09/29/23 | SHIFT4 PYMT | 1,988.57 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | MCKINNON COMPANY BILLING | 174.85 |
| 09/01/23 | ND DHS-CSD ND3800001 | 219.70 |
| 09/01/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230831 161 | 267.68 |
| 09/01/23 | SOUTHERN GLAZER' FINTECHEFT | 350.62 |
| 09/01/23 | IRS USATAXPYMT | 2,885.61 |
| 09/05/23 | 7302 MCD PUR FACEBK P9S99SX4D2 MENLO PARK US | 400.00 |
| 09/05/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230904 161 | 166.40 |
| 09/05/23 | REPUBLIC NATIONA FINTECHEFT | 207.57 |
| 09/05/23 | MIDCONTINENT WEB_PAY | 467.49 |
| 09/05/23 | SHIFT4 FEES | 2,015.40 |
| 09/05/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230901 161 | 3,437.34 |

**Continued**    30/357/2

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                    Account No.:          ███**7698** Page:  **3**

### *ELECTRONIC DEBITS (cont.)*

| Date | Description | Amount |
|---|---|---|
| 09/05/23 | NDTAX TAX PYMT | 4,700.27 |
| 09/06/23 | DAKOTA SALES INC DAK SALES | 145.50 |
| 09/07/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 47.06 |
| 09/07/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230906 161 | 3,755.46 |
| 09/08/23 | 7302 MCD PUR FACEBK ZJ5QBSK4D2 MENLO PARK US | 70.49 |
| 09/08/23 | SOUTHERN GLAZER' FINTECHEFT | 259.89 |
| 09/08/23 | MCKINNON COMPANY BILLING | 601.53 |
| 09/11/23 | 7302 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 09/11/23 | 7302 MCD PUR FACEBK WD9W8ST4D2 MENLO PARK US | 65.85 |
| 09/11/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 545.78 |
| 09/11/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230908 161 | 3,595.85 |
| 09/12/23 | DAKOTA SALES INC DAK SALES | 517.80 |
| 09/13/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 545.78 |
| 09/13/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230912 161 | 51.51 |
| 09/14/23 | DAKOTA SALES INC DAK SALES | 197.30 |
| 09/14/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230913 161 | 4,103.85 |
| 09/15/23 | MCKINNON COMPANY BILLING | 37.00 |
| 09/15/23 | ND DHS-CSD ND3800001 | 109.85 |
| 09/15/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230914 161 | 209.44 |
| 09/15/23 | SOUTHERN GLAZER' FINTECHEFT | 524.37 |
| 09/15/23 | IRS USATAXPYMT | 2,748.84 |
| 09/18/23 | REPUBLIC NATIONA FINTECHEFT | 232.99 |
| 09/18/23 | JOHNSON BROTHERS PAYMENT | 598.46 |
| 09/18/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230915 161 | 3,561.60 |
| 09/19/23 | DAKOTA SALES INC DAK SALES | 321.40 |
| 09/19/23 | COKE HIGH COUNTR COKE HIGH | 1,347.06 |
| 09/20/23 | 7302 MCD PUR THE CITY OF GRAND FORK GRAND FORKS US | 140.00 |
| 09/20/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230919 161 | 233.50 |
| 09/21/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 208.10 |
| 09/21/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230920 161 | 4,260.85 |
| 09/22/23 | MCKINNON COMPANY BILLING | 204.15 |
| 09/22/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230921 161 | 235.25 |
| 09/22/23 | SOUTHERN GLAZER' FINTECHEFT | 343.76 |
| 09/25/23 | 7302 MCD PUR SKYTALE DIGITAL TUCSON US | 340.08 |
| 09/25/23 | 7302 MCD PUR FACEBK 86RDWTB4D2 MENLO PARK US | 400.00 |

**Continued**        **30/357/3**

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                              Account No.:           **7698** Page:  **4**

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 09/25/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230922 161 | 2,527.00 |
| 09/26/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230925 161 | 34.87 |
| 09/26/23 | SOUTHERN GLAZER' FINTECHEFT | 340.47 |
| 09/26/23 | DAKOTA SALES INC DAK SALES | 390.30 |
| 09/27/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230926 161 | 97.90 |
| 09/28/23 | DAKOTA SALES INC DAK SALES | 371.10 |
| 09/28/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230927 161 | 4,428.07 |
| 09/29/23 | MCKINNON COMPANY BILLING | 85.00 |
| 09/29/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230928 161 | 207.11 |
| 09/29/23 | IRS USATAXPYMT | 2,829.12 |

### CHECKS AND OTHER DEBITS

**\* indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/18/23 | 1011 | 150.00 | 09/19/23 | 10004 | 15.24 | 09/22/23 | 10019 | 505.84 |
| 09/19/23 | 1012 | 455.07 | 09/08/23 | 10005 | 487.58 | 09/26/23 | 10020 | 250.11 |
| 09/08/23 | 1013 | 450.00 | 09/11/23 | 10006 | 1,153.42 | 09/26/23 | 10021 | 626.46 |
| 09/11/23 | 1014 | 1,032.00 | 09/11/23 | 10007 | 173.87 | 09/22/23 | 10023* | 645.00 |
| 09/11/23 | 1015 | 3,308.50 | 09/15/23 | 10008 | 251.19 | 09/25/23 | 10024 | 1,146.00 |
| 09/21/23 | 1016 | 3,308.50 | 09/20/23 | 10009 | 1,172.00 | 09/26/23 | 10025 | 135.81 |
| 09/19/23 | 1073* | 11.43 | 09/12/23 | 10010 | 111.34 | 09/26/23 | 10026 | 313.00 |
| 09/05/23 | 1077* | 1,842.00 | 09/11/23 | 10011 | 1,921.00 | 09/29/23 | 10028* | 129.93 |
| 09/01/23 | 1079* | 261.00 | 09/11/23 | 10012 | 59.69 | 09/25/23 | 10029 | 1,921.15 |
| 09/07/23 | 1080 | 945.00 | 09/11/23 | 10013 | 116.37 | 09/26/23 | 10030 | 123.18 |
| 09/01/23 | 1087* | 48.03 | 09/11/23 | 10015* | 314.16 | 09/25/23 | 10032* | 285.00 |
| 09/08/23 | 10001* | 598.00 | 09/11/23 | 10016 | 279.00 | 09/25/23 | 10033 | 551.00 |
| 09/27/23 | 10002 | 193.41 | 09/11/23 | 10017 | 216.93 | 09/26/23 | 10034 | 256.08 |
| 09/26/23 | 10003 | 646.00 | 09/11/23 | 10018 | 920.00 | 09/25/23 | 10035 | 822.00 |

| Date | Description | Amount |
|---|---|---|
| 09/29/23 | SERVICE CHARGE | 2.40 |

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                    Account No.:            ▇7698 Page:  **5**

### *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 08/31/23 was 10,769.47

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/01/23 | 9,958.16 | 09/13/23 | 7,109.12 | 09/22/23 | 3,872.64 |
| 09/05/23 | 8,952.96 | 09/14/23 | 6,363.08 | 09/25/23 | 4,463.54 |
| 09/06/23 | 12,306.43 | 09/15/23 | 4,899.38 | 09/26/23 | 4,665.90 |
| 09/07/23 | 9,147.61 | 09/18/23 | 8,371.33 | 09/27/23 | 6,473.05 |
| 09/08/23 | 9,335.18 | 09/19/23 | 8,283.15 | 09/28/23 | 3,191.88 |
| 09/11/23 | 5,006.73 | 09/20/23 | 8,403.46 | 09/29/23 | 2,795.34 |
| 09/12/23 | 5,991.25 | 09/21/23 | 3,246.62 | | |

### *ITEMIZED SERVICE CHARGE*

| Date | Description | Status | Amount |
|------|-------------|--------|--------|
| 09/29/23 | PER CHECK CHARGE | | 2.40 |
| | **TOTAL SERVICE CHARGE :** | | **2.40** |

**This Statement Cycle Reflects 29 Days**

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

**Continued**        **30/357/5**

**First State Bank**
Today. Tomorrow. Together.

BOURBON STREET LLC

| | |
|---|---|
| Account No. : | 7698 |
| Stmt. Date : | 09/29/2023 |

| | |
|---|---|
| Bank : | 629 |
| Images : | 63 |
| Page : | 6 |

## IMAGE STATEMENT

**DDA Credit**
FIRST STATE BANK
Amount: 226.00
Account Number: 42187698
Tran Code: 042
Date: 9/1/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 226.00 SEQ: 20600350
CK:   DT: 09/01/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 899.00
Account Number: 42187698
Tran Code: 042
Date: 9/1/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 899.00 SEQ: 22100380
CK:   DT: 09/01/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 737.00
Account Number: 42187698
Tran Code: 042
Date: 9/5/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 737.00 SEQ: 23200800
CK:   DT: 09/05/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 1466.00
Account Number: 42187698
Tran Code: 042
Date: 9/5/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 1,466.00 SEQ: 21000380
CK:   DT: 09/05/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 1875.00
Account Number: 42187698
Tran Code: 042
Date: 9/5/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 1,875.00 SEQ: 23601670
CK:   DT: 09/05/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 783.00
Account Number: 42187698
Tran Code: 042
Date: 9/6/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 783.00 SEQ: 20800400
CK:   DT: 09/06/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 174.00
Account Number: 42187698
Tran Code: 042
Date: 9/7/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 174.00 SEQ: 21100120
CK:   DT: 09/07/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 185.00
Account Number: 42187698
Tran Code: 042
Date: 9/11/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 185.00 SEQ: 20000130
CK:   DT: 09/11/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 1111.00
Account Number: 42187698
Tran Code: 042
Date: 9/11/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 1,111.00 SEQ: 21400360
CK:   DT: 09/11/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 227.00
Account Number: 42187698
Tran Code: 042
Date: 9/13/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 227.00 SEQ: 20600120
CK:   DT: 09/13/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 1435.00
Account Number: 42187698
Tran Code: 042
Date: 9/14/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 1,435.00 SEQ: 21000130
CK:   DT: 09/14/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 21.00
Account Number: 42187698
Tran Code: 042
Date: 9/18/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 21.00 SEQ: 21300050
CK:   DT: 09/18/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 105.00
Account Number: 42187698
Tran Code: 042
Date: 9/18/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 105.00 SEQ: 20000350
CK:   DT: 09/18/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 375.16
Account Number: 42187698
Tran Code: 042
Date: 9/20/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 375.16 SEQ: 21000230
CK:   DT: 09/20/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 175.00
Account Number: 42187698
Tran Code: 042
Date: 9/21/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 175.00 SEQ: 21100080
CK:   DT: 09/21/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 500.00
Account Number: 42187698
Tran Code: 042
Date: 9/21/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 500.00 SEQ: 23100190
CK:   DT: 09/21/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 544.00
Account Number: 42187698
Tran Code: 042
Date: 9/25/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 544.00 SEQ: 21000390
CK:   DT: 09/25/23  ST: Deposit

**DDA Credit**
FIRST STATE BANK
Amount: 1200.00
Account Number: 42187698
Tran Code: 042
Date: 9/26/2023
Customer Name: Bourbon Street Llc
Comment:

AMT: 1,200.00 SEQ: 22200140
CK:   DT: 09/26/23  ST: Deposit

**Continued**    30/357/6



**First State Bank**
Today, Tomorrow, Together.

BOURBON STREET LLC
Account No. :  ████7698
Stmt. Date :  09/29/2023

Bank :  629
Images :  63
Page :  7

## IMAGE STATEMENT

| DDA Credit | DDA Credit | DDA Credit |
|---|---|---|
| FIRST STATE BANK | FIRST STATE BANK | FIRST STATE BANK |
| Amount: 529.00 | Amount: 194.00 | Amount: 60.00 |
| Account Number: 42187698 | Account Number: 42187698 | Account Number: 42187698 |
| Tran Code: 042 | Tran Code: 042 | Tran Code: 042 |
| Date: 9/27/2023 | Date: 9/28/2023 | Date: 9/29/2023 |
| Customer Name: Bourbon Street Llc | Customer Name: Bourbon Street Llc | Customer Name: Bourbon Street Llc |
| Comment: | Comment: | Comment: |

AMT: 529.00 SEQ: 20900060
CK:   DT: 09/27/23  ST: Deposit

AMT: 194.00 SEQ: 20500260
CK:   DT: 09/28/23  ST: Deposit

AMT: 60.00 SEQ: 20300450
CK:   DT: 09/29/23  ST: Deposit

AMT: 150.00 SEQ: 80202270
CK: 1011  DT: 09/18/23  ST: Paid

AMT: 455.07 SEQ: 80300490
CK: 1012  DT: 09/19/23  ST: Paid

AMT: 450.00 SEQ: 80000110
CK: 1013  DT: 09/08/23  ST: Paid

AMT: 1,032.00 SEQ: 80100310
CK: 1014  DT: 09/11/23  ST: Paid

AMT: 3,308.50 SEQ: 80100300
CK: 1015  DT: 09/11/23  ST: Paid

AMT: 3,308.50 SEQ: 80100350
CK: 1016  DT: 09/21/23  ST: Paid

AMT: 11.43 SEQ: 80100960
CK: 1073  DT: 09/19/23  ST: Paid

AMT: 1,842.00 SEQ: 23200780
CK: 1077  DT: 09/05/23  ST: Paid

AMT: 261.00 SEQ: 80201060
CK: 1079  DT: 09/01/23  ST: Paid

AMT: 945.00 SEQ: 80201600
CK: 1080  DT: 09/07/23  ST: Paid

AMT: 48.03 SEQ: 80101930
CK: 1087  DT: 09/01/23  ST: Paid



AMT: 598.00 SEQ: 23200030
CK: 10001  DT: 09/08/23  ST: Paid



AMT: 193.41 SEQ: 80000370
CK: 10002  DT: 09/27/23  ST: Paid



AMT: 646.00 SEQ: 80301140
CK: 10003  DT: 09/26/23  ST: Paid

AMT: 15.24 SEQ: 80100970
CK: 10004  DT: 09/19/23  ST: Paid

**First State Bank**
Today. Tomorrow. Together.

BOURBON STREET LLC

| | |
|---|---|
| Account No. : | ▉7698 |
| Stmt. Date : | 09/29/2023 |

| | |
|---|---|
| Bank : | 629 |
| Images : | 63 |
| Page : | 8 |

## IMAGE STATEMENT






AMT: 487.58 SEQ: 23200470
CK: 10005  DT: 09/08/23  ST: Paid

AMT: 1,153.42 SEQ: 80100290
CK: 10006  DT: 09/11/23  ST: Paid

AMT: 173.87 SEQ: 80201450
CK: 10007  DT: 09/11/23  ST: Paid





AMT: 251.19 SEQ: 80200090
CK: 10008  DT: 09/15/23  ST: Paid

AMT: 1,172.00 SEQ: 80000750
CK: 10009  DT: 09/20/23  ST: Paid

AMT: 111.34 SEQ: 80201770
CK: 10010  DT: 09/12/23  ST: Paid





AMT: 1,921.00 SEQ: 80000990
CK: 10011  DT: 09/11/23  ST: Paid

AMT: 59.69 SEQ: 80100640
CK: 10012  DT: 09/11/23  ST: Paid

AMT: 116.37 SEQ: 80100650
CK: 10013  DT: 09/11/23  ST: Paid





AMT: 314.16 SEQ: 80201420
CK: 10015  DT: 09/11/23  ST: Paid

AMT: 279.00 SEQ: 80201410
CK: 10016  DT: 09/11/23  ST: Paid

AMT: 216.93 SEQ: 80102350
CK: 10017  DT: 09/11/23  ST: Paid





AMT: 920.00 SEQ: 80102320
CK: 10018  DT: 09/11/23  ST: Paid

AMT: 505.84 SEQ: 20900130
CK: 10019  DT: 09/22/23  ST: Paid

AMT: 250.11 SEQ: 80301130
CK: 10020  DT: 09/26/23  ST: Paid





AMT: 626.46 SEQ: 80301150
CK: 10021  DT: 09/26/23  ST: Paid

AMT: 645.00 SEQ: 23800260
CK: 10023  DT: 09/22/23  ST: Paid

AMT: 1,146.00 SEQ: 80100290
CK: 10024  DT: 09/25/23  ST: Paid



**First State Bank**
Today, Tomorrow, Together.

BOURBON STREET LLC

| | |
|---|---|
| **Account No. :** | ■■■■7698 |
| **Stmt. Date :** | 09/29/2023 |

| | |
|---|---|
| **Bank :** | 629 |
| **Images :** | 63 |
| **Page :** | 9 |

## IMAGE STATEMENT



AMT: 135.81 SEQ: 80300570
CK: 10025  DT: 09/26/23  ST: Paid



AMT: 313.00 SEQ: 80300730
CK: 10026  DT: 09/26/23  ST: Paid



AMT: 129.93 SEQ: 80200120
CK: 10028  DT: 09/29/23  ST: Paid



AMT: 1,921.15 SEQ: 80001060
CK: 10029  DT: 09/25/23  ST: Paid



AMT: 123.18 SEQ: 80100850
CK: 10030  DT: 09/26/23  ST: Paid



AMT: 285.00 SEQ: 80202200
CK: 10032  DT: 09/25/23  ST: Paid



AMT: 551.00 SEQ: 80201140
CK: 10033  DT: 09/25/23  ST: Paid



AMT: 256.08 SEQ: 80201390
CK: 10034  DT: 09/26/23  ST: Paid



AMT: 822.00 SEQ: 80102480
CK: 10035  DT: 09/25/23  ST: Paid