FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

GANNETT PEAK LLC
(DBA) LA CANTINA
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **09/29/2023**                       Account No.:        4804  Page: 1

## SMALL BUSINESS CHECKING SUMMARY               Type: **REG   Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/31/23 | | 12,894.85 |
| Deposits | 17 | 2,796.37+ |
| Debits | 43 | 22,374.19 |
| Automatic Withdrawals | 31 | 36,839.25 |
| Automatic Deposits | 76 | 45,188.98+ |
| Card Activity | 5 | 415.08 |
| SERVICE CHARGE | | 2.60 |
| Ending Balance On 09/29/23 | | 1,249.08 |
| **Average Balance (Ledger)** | 5,997.70+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/01/23 | Deposit | 168.38 | 09/15/23 | Deposit | 196.54 | 09/22/23 | Deposit | 10.42 |
| 09/06/23 | Deposit | 264.36 | 09/19/23 | Deposit | 10.46 | 09/22/23 | Deposit | 91.61 |
| 09/08/23 | Deposit | 208.30 | 09/19/23 | Deposit | 80.52 | 09/27/23 | Deposit | 136.45 |
| 09/12/23 | Deposit | 345.00 | 09/19/23 | Deposit | 154.60 | 09/27/23 | Deposit | 153.00 |
| 09/14/23 | Deposit | 100.92 | 09/19/23 | Deposit | 185.41 | 09/28/23 | Deposit | 325.12 |
| 09/14/23 | Deposit | 193.06 | 09/20/23 | Deposit | 172.22 | | | |

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | STRIPE TRANSFER | 213.66 |
| 09/01/23 | GLOBAL PAYMENTS GLOBAL DEP | 654.66 |
| 09/01/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,396.07 |
| 09/05/23 | STRIPE TRANSFER | 235.66 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 240.08 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 246.82 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 342.48 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 536.82 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 560.89 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 898.86 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,331.91 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,413.09 |
| 09/06/23 | STRIPE TRANSFER | 136.61 |
| 09/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 191.42 |
| 09/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 257.30 |
| 09/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 245.66 |
| 09/07/23 | STRIPE TRANSFER | 304.94 |
| 09/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 550.57 |
| 09/08/23 | STRIPE TRANSFER | 20.09 |

Continued                    30/220/1

FIRST STATE BANK  
2500 32ND AVE. S  
GRAND FORKS, ND 58201  
Tel: (701) 746-7766

Statement Date: **09/29/2023**                                      Account No.:         ▉4804  Page:  2

## ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 09/08/23 | GLOBAL PAYMENTS GLOBAL DEP | 50.00 |
| 09/08/23 | GLOBAL PAYMENTS GLOBAL DEP | 579.35 |
| 09/08/23 | GLOBAL PAYMENTS GLOBAL DEP | 880.09 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 570.09 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 932.46 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 959.87 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,334.54 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,346.92 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,522.71 |
| 09/12/23 | STRIPE TRANSFER | 38.12 |
| 09/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 23.06 |
| 09/13/23 | STRIPE TRANSFER | 208.14 |
| 09/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,019.18 |
| 09/14/23 | STRIPE TRANSFER | 72.68 |
| 09/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 252.95 |
| 09/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 754.94 |
| 09/15/23 | STRIPE TRANSFER | 97.78 |
| 09/15/23 | GLOBAL PAYMENTS GLOBAL DEP | 162.45 |
| 09/15/23 | GLOBAL PAYMENTS GLOBAL DEP | 738.17 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 40.06 |
| 09/18/23 | STRIPE TRANSFER | 50.47 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 91.48 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 151.38 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 214.62 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 371.59 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 388.73 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 497.72 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 897.55 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,036.86 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,455.58 |
| 09/19/23 | STRIPE TRANSFER | 75.55 |
| 09/20/23 | STRIPE TRANSFER | 256.25 |
| 09/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 723.68 |
| 09/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,223.97 |
| 09/21/23 | STRIPE TRANSFER | 129.24 |
| 09/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 154.20 |
| 09/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,069.80 |
| 09/22/23 | STRIPE TRANSFER | 14.56 |
| 09/22/23 | GLOBAL PAYMENTS GLOBAL DEP | 641.69 |
| 09/22/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,343.89 |
| 09/25/23 | STRIPE TRANSFER | 43.74 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 900.37 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 946.15 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 996.75 |

**Continued**                              30/220/2

FIRST STATE BANK  
2500 32ND AVE. S  
GRAND FORKS, ND 58201  
Tel: (701) 746-7766  

Statement Date: **09/29/2023**   Account No.: ▮▮▮▮4804  Page: 3

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,369.02 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,106.30 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,928.59 |
| 09/26/23 | STRIPE TRANSFER | 89.04 |
| 09/27/23 | STRIPE TRANSFER | 188.29 |
| 09/27/23 | GLOBAL PAYMENTS GLOBAL DEP | 469.11 |
| 09/27/23 | GLOBAL PAYMENTS GLOBAL DEP | 515.29 |
| 09/28/23 | STRIPE TRANSFER | 125.51 |
| 09/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 320.13 |
| 09/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 804.12 |
| 09/29/23 | STRIPE TRANSFER | 159.97 |
| 09/29/23 | GLOBAL PAYMENTS GLOBAL DEP | 534.39 |
| 09/29/23 | GLOBAL PAYMENTS GLOBAL DEP | 542.25 |

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---:|
| 09/01/23 | REPUBLIC NATIONA FINTECHEFT | 598.14 |
| 09/01/23 | IRS USATAXPYMT | 2,331.59 |
| 09/05/23 | 4110 PUR HUGOS 3 GRAND FORKS US | 7.18 |
| 09/05/23 | MCKINNON COMPANY BILLING | 164.31 |
| 09/05/23 | MNLMARKETING PURCHASE | 229.00 |
| 09/05/23 | JOHNSON BROTHERS PAYMENT | 512.43 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL STL | 980.32 |
| 09/05/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230901 161 | 2,239.90 |
| 09/05/23 | NDTAX TAX PYMT | 3,329.39 |
| 09/06/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230905 161 | 3,297.08 |
| 09/07/23 | 4110 PUR WAL WAL-MART SUPER 250563 GRAND FORKS ND | 14.46 |
| 09/07/23 | SOUTHERN GLAZER' FINTECHEFT | 749.43 |
| 09/08/23 | REPUBLIC NATIONA FINTECHEFT | 30.00 |
| 09/08/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230907 161 | 69.45 |
| 09/08/23 | DAKOTA SALES INC DAK SALES | 239.45 |
| 09/11/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230908 161 | 2,270.20 |
| 09/13/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230912 161 | 2,535.51 |
| 09/14/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230913 161 | 122.12 |
| 09/15/23 | DAKOTA SALES INC DAK SALES | 87.40 |
| 09/15/23 | IRS USATAXPYMT | 2,431.07 |
| 09/18/23 | MCKINNON COMPANY BILLING | 86.19 |

Continued   30/220/3

FIRST STATE BANK  
2500 32ND AVE. S  
GRAND FORKS, ND 58201  
Tel: (701) 746-7766  

Statement Date: **09/29/2023**  Account No.: ▮4804  Page: 4

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---:|
| 09/18/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230915 161 | 1,937.97 |
| 09/19/23 | STATE AUTO - INB VENDOR PMT | 262.57 |
| 09/19/23 | COKE HIGH COUNTR COKE HIGH | 734.32 |
| 09/20/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230919 161 | 3,090.33 |
| 09/21/23 | 4110 MCD PUR LIGHTSPEED RETAIL INC. 8669321801 US | 314.00 |
| 09/21/23 | SOUTHERN GLAZER' FINTECHEFT | 729.10 |
| 09/22/23 | DAKOTA SALES INC DAK SALES | 172.05 |
| 09/25/23 | 4110 PUR HUGOS 3 GRAND FORKS ND | 19.49 |
| 09/25/23 | 4110 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 09/25/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230922 161 | 1,783.46 |
| 09/26/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230925 161 | 328.64 |
| 09/27/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230926 161 | 2,494.45 |
| 09/29/23 | DAKOTA SALES INC DAK SALES | 164.70 |
| 09/29/23 | REPUBLIC NATIONA FINTECHEFT | 465.70 |
| 09/29/23 | IRS USATAXPYMT | 2,372.98 |

### CHECKS AND OTHER DEBITS

*\* indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 09/07/23 |  | 537.00 | 09/11/23 | 10008 | 904.38 | 09/26/23 | 10023 | 159.59 |
| 09/20/23 |  | 537.00 | 09/08/23 | 10009 | 1,117.72 | 09/25/23 | 10024 | 765.00 |
| 09/07/23 | 1068 | 76.00 | 09/12/23 | 10010 | 126.33 | 09/25/23 | 10025 | 995.00 |
| 09/05/23 | 1083* | 720.00 | 09/12/23 | 10011 | 172.91 | 09/26/23 | 10026 | 101.41 |
| 09/08/23 | 1085* | 80.00 | 09/11/23 | 10012 | 433.02 | 09/26/23 | 10027 | 184.17 |
| 09/01/23 | 1086 | 658.18 | 09/08/23 | 10013 | 338.52 | 09/25/23 | 10028 | 638.00 |
| 09/20/23 | 1089* | 1,863.39 | 09/11/23 | 10014 | 230.81 | 09/22/23 | 10029 | 312.62 |
| 09/11/23 | 10000* | 281.15 | 09/11/23 | 10015 | 160.04 | 09/25/23 | 10030 | 378.00 |
| 09/11/23 | 10001 | 723.92 | 09/18/23 | 10016 | 1,845.00 | 09/25/23 | 10031 | 510.60 |
| 09/19/23 | 10002 | 98.91 | 09/12/23 | 10017 | 177.04 | 09/26/23 | 10032 | 1,845.00 |
| 09/15/23 | 10003 | 350.33 | 09/11/23 | 10018 | 221.63 | 09/26/23 | 10033 | 230.00 |
| 09/11/23 | 10004 | 96.04 | 09/25/23 | 10019 | 284.00 | 09/26/23 | 10034 | 247.00 |
| 09/11/23 | 10005 | 160.28 | 09/25/23 | 10020 | 457.00 | 09/28/23 | 10035 | 130.92 |
| 09/13/23 | 10006 | 1,423.37 | 09/26/23 | 10021 | 279.00 |  |  |  |
| 09/12/23 | 10007 | 100.55 | 09/28/23 | 10022 | 1,423.36 |  |  |  |

| Date | Description | Amount |
|---|---|---:|
| 09/29/23 | SERVICE CHARGE | 2.60 |

Continued    30/220/4

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                                              Account No.:          4804  Page:  5

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 08/31/23 was 12,894.85

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01/23 | 11,739.71 | 09/13/23 | 4,786.28 | 09/22/23 | 3,915.51 |
| 09/05/23 | 9,363.79 | 09/14/23 | 6,038.71 | 09/25/23 | 7,315.93 |
| 09/06/23 | 6,916.40 | 09/15/23 | 4,364.85 | 09/26/23 | 4,030.16 |
| 09/07/23 | 6,640.68 | 09/18/23 | 5,691.73 | 09/27/23 | 2,997.85 |
| 09/08/23 | 6,503.37 | 09/19/23 | 5,102.47 | 09/28/23 | 3,018.45 |
| 09/11/23 | 7,688.49 | 09/20/23 | 1,987.87 | 09/29/23 | 1,249.08 |
| 09/12/23 | 7,494.78 | 09/21/23 | 2,298.01 | | |

## ITEMIZED SERVICE CHARGE

| Date | Description | Status | Amount |
|---|---|---|---|
| 09/29/23 | PER CHECK CHARGE | | 2.60 |
| | **TOTAL SERVICE CHARGE :** | | **2.60** |

This Statement Cycle Reflects 29 Days

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

Continued                  30/220/5

**First State Bank**
Today, Tomorrow, Together.

GANNETT PEAK LLC
Account No. : ****4804
Stmt. Date : 09/29/2023

Bank : 629
Images : 60
Page : 6

## IMAGE STATEMENT


AMT: 168.38 SEQ: 21000060
CK:   DT: 09/01/23  ST: Deposit

AMT: 264.36 SEQ: 21300180
CK:   DT: 09/06/23  ST: Deposit

AMT: 208.30 SEQ: 20600130
CK:   DT: 09/08/23  ST: Deposit


AMT: 345.00 SEQ: 23400150
CK:   DT: 09/12/23  ST: Deposit


AMT: 100.92 SEQ: 21000150
CK:   DT: 09/14/23  ST: Deposit


AMT: 193.06 SEQ: 21000160
CK:   DT: 09/14/23  ST: Deposit


AMT: 196.54 SEQ: 24000050
CK:   DT: 09/15/23  ST: Deposit


AMT: 10.46 SEQ: 23600090
CK:   DT: 09/19/23  ST: Deposit


AMT: 80.52 SEQ: 23600070
CK:   DT: 09/19/23  ST: Deposit


AMT: 154.60 SEQ: 23600050
CK:   DT: 09/19/23  ST: Deposit


AMT: 185.41 SEQ: 23600110
CK:   DT: 09/19/23  ST: Deposit


AMT: 172.22 SEQ: 20500060
CK:   DT: 09/20/23  ST: Deposit


AMT: 10.42 SEQ: 23800040
CK:   DT: 09/22/23  ST: Deposit


AMT: 91.61 SEQ: 23800060
CK:   DT: 09/22/23  ST: Deposit


AMT: 136.45 SEQ: 23000240
CK:   DT: 09/27/23  ST: Deposit

AMT: 153.00 SEQ: 23000260
CK:   DT: 09/27/23  ST: Deposit


AMT: 325.12 SEQ: 23500020
CK:   DT: 09/28/23  ST: Deposit


AMT: 537.00 SEQ: 22900080
CK:   DT: 09/07/23  ST: Paid



**First State Bank**
Today, Tomorrow, Together.

GANNETT PEAK LLC
Account No. : ████4804
Stmt. Date : 09/29/2023

Bank : 629
Images : 60
Page : 7

## IMAGE STATEMENT



AMT: 537.00 SEQ: 20500090
CK:   DT: 09/20/23  ST: Paid



AMT: 76.00 SEQ: 80100190
CK: 1068  DT: 09/07/23  ST: Paid



AMT: 720.00 SEQ: 80100250
CK: 1083  DT: 09/05/23  ST: Paid



AMT: 80.00 SEQ: 80102450
CK: 1085  DT: 09/08/23  ST: Paid



AMT: 658.18 SEQ: 80101260
CK: 1086  DT: 09/01/23  ST: Paid



AMT: 1,863.39 SEQ: 80100400
CK: 1089  DT: 09/20/23  ST: Paid



AMT: 281.15 SEQ: 80000270
CK: 10000  DT: 09/11/23  ST: Paid



AMT: 723.92 SEQ: 80100220
CK: 10001  DT: 09/11/23  ST: Paid



AMT: 98.91 SEQ: 80001070
CK: 10002  DT: 09/19/23  ST: Paid



AMT: 350.33 SEQ: 80102520
CK: 10003  DT: 09/15/23  ST: Paid



AMT: 96.04 SEQ: 80200590
CK: 10004  DT: 09/11/23  ST: Paid



AMT: 160.28 SEQ: 80200770
CK: 10005  DT: 09/11/23  ST: Paid



AMT: 1,423.37 SEQ: 80000370
CK: 10006  DT: 09/13/23  ST: Paid



AMT: 100.55 SEQ: 80300350
CK: 10007  DT: 09/12/23  ST: Paid



AMT: 904.38 SEQ: 20000180
CK: 10008  DT: 09/11/23  ST: Paid



AMT: 1,117.72 SEQ: 21300180
CK: 10009  DT: 09/08/23  ST: Paid



AMT: 126.33 SEQ: 80102060
CK: 10010  DT: 09/12/23  ST: Paid



AMT: 172.91 SEQ: 80102080
CK: 10011  DT: 09/12/23  ST: Paid

**First State Bank**
Today, Tomorrow, Together.

GANNETT PEAK LLC
Account No. : ████4804
Stmt. Date : 09/29/2023

Bank : 629
Images : 60
Page : 8

## IMAGE STATEMENT


AMT: 433.02 SEQ: 80000910
CK: 10012  DT: 09/11/23  ST: Paid


AMT: 338.52 SEQ: 20600160
CK: 10013  DT: 09/08/23  ST: Paid


AMT: 230.81 SEQ: 80201480
CK: 10014  DT: 09/11/23  ST: Paid


AMT: 160.04 SEQ: 80200730
CK: 10015  DT: 09/11/23  ST: Paid


AMT: 1,845.00 SEQ: 23700110
CK: 10016  DT: 09/18/23  ST: Paid


AMT: 177.04 SEQ: 80102090
CK: 10017  DT: 09/12/23  ST: Paid


AMT: 221.63 SEQ: 80000340
CK: 10018  DT: 09/11/23  ST: Paid


AMT: 284.00 SEQ: 80000280
CK: 10019  DT: 09/25/23  ST: Paid


AMT: 457.00 SEQ: 80100220
CK: 10020  DT: 09/25/23  ST: Paid


AMT: 279.00 SEQ: 80202060
CK: 10021  DT: 09/26/23  ST: Paid


AMT: 1,423.36 SEQ: 80000410
CK: 10022  DT: 09/28/23  ST: Paid


AMT: 159.59 SEQ: 80300690
CK: 10023  DT: 09/26/23  ST: Paid


AMT: 765.00 SEQ: 80100210
CK: 10024  DT: 09/25/23  ST: Paid


AMT: 995.00 SEQ: 80100200
CK: 10025  DT: 09/25/23  ST: Paid


AMT: 101.41 SEQ: 80101990
CK: 10026  DT: 09/26/23  ST: Paid


AMT: 184.17 SEQ: 80101980
CK: 10027  DT: 09/26/23  ST: Paid


AMT: 638.00 SEQ: 80001120
CK: 10028  DT: 09/25/23  ST: Paid


AMT: 312.62 SEQ: 80300190
CK: 10029  DT: 09/22/23  ST: Paid

Continued                    30/220/8



**GANNETT PEAK LLC**
Account No. : ▓▓▓▓4804
Stmt. Date : 09/29/2023

Bank : 629
Images : 60
Page : 9

## IMAGE STATEMENT



AMT: 378.00 SEQ: 80201200
CK: 10030  DT: 09/25/23  ST: Paid



AMT: 510.60 SEQ: 80201190
CK: 10031  DT: 09/25/23  ST: Paid



AMT: 1,845.00 SEQ: 22600050
CK: 10032  DT: 09/26/23  ST: Paid



AMT: 230.00 SEQ: 80102030
CK: 10033  DT: 09/26/23  ST: Paid



AMT: 247.00 SEQ: 80000300
CK: 10034  DT: 09/26/23  ST: Paid



AMT: 130.92 SEQ: 80200310
CK: 10035  DT: 09/28/23  ST: Paid

End Statement    30/220/9E