FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

PETRI ENTERPRISES LLC
% MARK D PETRI
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **09/29/2023**                    Account No.:     ███**5275** Page:  **1**

## COMMERCIAL CHECKING SUMMARY                    Type :   **REG  Status :   Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/31/23 | | 10,817.66 |
| Deposits | 2 | 2,038.12 + |
| Debits | 31 | 17,001.93 |
| Automatic Withdrawals | 42 | 36,357.02 |
| Automatic Deposits | 76 | 47,844.17 + |
| Card Activity | 4 | 266.54 |
| Ending Balance On 09/29/23 | | 7,074.46 |
| **Average Balance (Ledger)** | **9,833.84 +** | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/05/23 | Deposit | 1,650.00 | 09/26/23 | Deposit | 388.12 | | | |

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | STRIPE TRANSFER | 53.63 |
| 09/01/23 | GLOBAL PAYMENTS GLOBAL DEP | 926.14 |
| 09/05/23 | STRIPE TRANSFER | 161.94 |
| 09/05/23 | AMERICAN EXPRESS SETTLEMENT | 181.49 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 644.44 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 798.56 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 895.28 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,089.85 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,118.59 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,549.14 |
| 09/06/23 | STRIPE TRANSFER | 60.28 |
| 09/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 327.71 |
| 09/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 339.90 |
| 09/07/23 | STRIPE TRANSFER | 255.39 |
| 09/07/23 | GLOBAL PAYMENTS GLOBAL DEP | 373.38 |
| 09/08/23 | AMERICAN EXPRESS SETTLEMENT | 58.46 |
| 09/08/23 | STRIPE TRANSFER | 150.65 |
| 09/08/23 | GLOBAL PAYMENTS GLOBAL DEP | 358.92 |
| 09/08/23 | GLOBAL PAYMENTS GLOBAL DEP | 876.66 |
| 09/08/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,232.14 |
| 09/11/23 | STRIPE TRANSFER | 41.10 |
| 09/11/23 | BERGSETH DELIVERY | 60.00 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 568.01 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 652.45 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 965.70 |

**Continued**        **30/216/1**

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                                  Account No.:          ████**5275** Page:  **2**

## *ALL CREDIT ACTIVITY (cont.)*

| Date | Description | Amount |
|------|-------------|-------:|
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,334.18 |
| 09/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,007.48 |
| 09/12/23 | STRIPE TRANSFER | 33.60 |
| 09/12/23 | GLOBAL PAYMENTS GLOBAL DEP | 683.23 |
| 09/13/23 | AMERICAN EXPRESS SETTLEMENT | 131.46 |
| 09/13/23 | STRIPE TRANSFER | 185.58 |
| 09/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 662.80 |
| 09/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 777.41 |
| 09/14/23 | STRIPE TRANSFER | 143.97 |
| 09/14/23 | GLOBAL PAYMENTS GLOBAL DEP | 437.90 |
| 09/15/23 | STRIPE TRANSFER | 49.23 |
| 09/15/23 | GLOBAL PAYMENTS GLOBAL DEP | 323.29 |
| 09/15/23 | GLOBAL PAYMENTS GLOBAL DEP | 562.15 |
| 09/15/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,014.98 |
| 09/18/23 | STRIPE TRANSFER | 298.86 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 585.38 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,011.97 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,397.21 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,507.33 |
| 09/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,543.56 |
| 09/19/23 | STRIPE TRANSFER | 213.51 |
| 09/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,247.09 |
| 09/20/23 | AMERICAN EXPRESS SETTLEMENT | 139.97 |
| 09/20/23 | STRIPE TRANSFER | 280.60 |
| 09/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 524.32 |
| 09/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 666.58 |
| 09/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 113.27 |
| 09/21/23 | AMERICAN EXPRESS SETTLEMENT | 123.35 |
| 09/21/23 | STRIPE TRANSFER | 149.64 |
| 09/21/23 | GLOBAL PAYMENTS GLOBAL DEP | 263.28 |
| 09/22/23 | STRIPE TRANSFER | 212.49 |
| 09/22/23 | GLOBAL PAYMENTS GLOBAL DEP | 892.09 |
| 09/25/23 | AMERICAN EXPRESS SETTLEMENT | 29.03 |
| 09/25/23 | STRIPE TRANSFER | 90.08 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 246.85 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 623.07 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 957.71 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,042.53 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,090.07 |
| 09/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,150.71 |
| 09/26/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,307.79 |
| 09/27/23 | STRIPE TRANSFER | 268.82 |
| 09/27/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,226.31 |
| 09/28/23 | STRIPE TRANSFER | 35.90 |

**Continued**        **30/216/2**

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**　　　　　　　　　　　　　　　　　Account No.:　　　█████5275 Page:  3

## ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---|
| 09/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 430.05 |
| 09/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 449.80 |
| 09/28/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,009.57 |
| 09/29/23 | AMERICAN EXPRESS SETTLEMENT | 22.22 |
| 09/29/23 | STRIPE TRANSFER | 143.26 |
| 09/29/23 | GLOBAL PAYMENTS GLOBAL DEP | 368.09 |
| 09/29/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,094.74 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/01/23 | BEVERAGEWHOLESAL CASH CON | 126.10 |
| 09/01/23 | ND DHS-CSD ND3800001 | 153.24 |
| 09/01/23 | BERGSETH DELIVERY | 237.30 |
| 09/01/23 | IRS USATAXPYMT | 2,191.69 |
| 09/05/23 | 3859 MCD PUR ADT SECURITY 402257051 WWW.ADT.COM US | 81.67 |
| 09/05/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230901 171 | 92.70 |
| 09/05/23 | MIDCONTINENT WEB_PAY | 445.15 |
| 09/05/23 | GLOBAL PAYMENTS GLOBAL STL | 1,071.33 |
| 09/05/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230901 161 | 1,807.71 |
| 09/05/23 | NDTAX TAX PYMT | 3,117.65 |
| 09/07/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230906 161 | 2,440.71 |
| 09/08/23 | BEVERAGEWHOLESAL CASH CON | 221.10 |
| 09/08/23 | BERGSETH DELIVERY | 470.80 |
| 09/11/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230908 172 | 258.00 |
| 09/11/23 | REPUBLIC NATIONA FINTECHEFT | 275.88 |
| 09/11/23 | JOHNSON BROTHERS PAYMENT | 348.97 |
| 09/11/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230908 161 | 2,145.55 |
| 09/12/23 | JOHNSON BROTHERS PAYMENT | 103.61 |
| 09/12/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230911 161 | 269.85 |
| 09/14/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230913 161 | 1,854.48 |
| 09/15/23 | BEVERAGEWHOLESAL CASH CON | 83.05 |
| 09/15/23 | ND DHS-CSD ND3800001 | 153.24 |
| 09/15/23 | BERGSETH DELIVERY | 197.50 |
| 09/15/23 | IRS USATAXPYMT | 2,235.29 |
| 09/18/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230915 171 | 670.45 |

**Continued**　　　　**30/216/3**

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                                  Account No.:          ▉5275  Page:  4

## ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 09/18/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230915 161 | 2,426.75 |
| 09/19/23 | 3859 MCD PUR HAPPY HARRYS BOTTLE SH GRAND FORKS US | 102.65 |
| 09/19/23 | COKE HIGH COUNTR COKE HIGH | 946.86 |
| 09/21/23 | MIDWEST FAMILY PREMIUM | 319.98 |
| 09/21/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230920 161 | 1,841.80 |
| 09/22/23 | BEVERAGEWHOLESAL CASH CON | 170.45 |
| 09/22/23 | BERGSETH DELIVERY | 460.90 |
| 09/25/23 | 3859 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 09/25/23 | SOUTHERN GLAZER' FINTECHEFT | 142.34 |
| 09/25/23 | REPUBLIC NATIONA FINTECHEFT | 203.31 |
| 09/25/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230922 171 | 492.35 |
| 09/25/23 | JOHNSON BROTHERS PAYMENT | 960.52 |
| 09/25/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230922 161 | 1,490.92 |
| 09/26/23 | 3859 PUR HUGOS 3 GRAND FORKS ND | 22.27 |
| 09/26/23 | SOUTHERN GLAZER' FINTECHEFT | 235.91 |
| 09/28/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230927 161 | 2,276.81 |
| 09/29/23 | BEVERAGEWHOLESAL CASH CON | 100.55 |
| 09/29/23 | ND DHS-CSD ND3800001 | 153.24 |
| 09/29/23 | MIDCONTINENT WEB_PAY | 460.31 |
| 09/29/23 | BERGSETH DELIVERY | 536.80 |
| 09/29/23 | IRS USATAXPYMT | 2,165.87 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/25/23 | 1029 | 445.07 | 09/12/23 | 10007 | 123.50 | 09/25/23 | 10018 | 463.00 |
| 09/01/23 | 1072* | 179.06 | 09/18/23 | 10008 | 321.00 | 09/25/23 | 10019 | 1,015.00 |
| 09/01/23 | 1075* | 322.00 | 09/19/23 | 10009 | 198.92 | 09/26/23 | 10020 | 333.00 |
| 09/12/23 | 1078* | 479.50 | 09/11/23 | 10010 | 396.69 | 09/27/23 | 10021 | 460.00 |
| 09/12/23 | 10000* | 730.62 | 09/11/23 | 10011 | 1,845.00 | 09/26/23 | 10022 | 256.18 |
| 09/12/23 | 10001 | 88.44 | 09/11/23 | 10012 | 107.12 | 09/25/23 | 10023 | 479.51 |
| 09/11/23 | 10002 | 744.13 | 09/11/23 | 10013 | 340.00 | 09/25/23 | 10024 | 380.00 |
| 09/11/23 | 10003 | 708.00 | 09/25/23 | 10014 | 994.65 | 09/22/23 | 10025 | 1,845.00 |
| 09/25/23 | 10004 | 386.76 | 09/25/23 | 10015 | 88.09 | 09/25/23 | 10026 | 288.00 |
| 09/11/23 | 10005 | 1,237.69 | 09/25/23 | 10016 | 760.00 | | | |
| 09/13/23 | 10006 | 470.00 | 09/25/23 | 10017 | 516.00 | | | |

**Continued**       **30/216/4**

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **09/29/2023**                                         Account No.:        ████5275  Page:  5

### *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 08/31/23 was 10,817.66

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01/23 | 8,588.04 | 09/13/23 | 9,392.45 | 09/22/23 | 11,266.15 |
| 09/05/23 | 11,061.12 | 09/14/23 | 8,119.84 | 09/25/23 | 7,330.73 |
| 09/06/23 | 11,789.01 | 09/15/23 | 7,400.41 | 09/26/23 | 8,179.28 |
| 09/07/23 | 9,977.07 | 09/18/23 | 11,326.52 | 09/27/23 | 9,214.41 |
| 09/08/23 | 11,962.00 | 09/19/23 | 12,538.69 | 09/28/23 | 8,862.92 |
| 09/11/23 | 9,183.89 | 09/20/23 | 14,150.16 | 09/29/23 | 7,074.46 |
| 09/12/23 | 8,105.20 | 09/21/23 | 12,637.92 | | |

**This Statement Cycle Reflects 29 Days**

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

**Continued**        **30/216/5**

# First State Bank
*Today. Tomorrow. Together.*

**PETRI ENTERPRISES LLC**

| | | | |
|---|---|---|---|
| Account No. : | ████5275 | Bank : | 629 |
| Stmt. Date : | 09/29/2023 | Images : | 33 |
| | | Page : | 6 |

## IMAGE STATEMENT



AMT: 1,650.00 SEQ: 23800210
CK:  DT: 09/05/23  ST: Deposit



AMT: 388.12 SEQ: 22600160
CK:  DT: 09/26/23  ST: Deposit



AMT: 445.07 SEQ: 21800140
CK: 1029 DT: 09/25/23 ST: Paid



AMT: 179.06 SEQ: 80100520
CK: 1072  DT: 09/01/23  ST: Paid



AMT: 322.00 SEQ: 80100400
CK: 1075  DT: 09/01/23  ST: Paid



AMT: 479.50 SEQ: 80300380
CK: 1078  DT: 09/12/23  ST: Paid



AMT: 730.62 SEQ: 80301140
CK: 10000  DT: 09/12/23  ST: Paid



AMT: 88.44 SEQ: 80301120
CK: 10001  DT: 09/12/23  ST: Paid



AMT: 744.13 SEQ: 80101200
CK: 10002  DT: 09/11/23  ST: Paid



AMT: 708.00 SEQ: 80101090
CK: 10003  DT: 09/11/23  ST: Paid



AMT: 386.76 SEQ: 80001270
CK: 10004  DT: 09/25/23  ST: Paid



AMT: 1,237.69 SEQ: 80201160
CK: 10005  DT: 09/11/23  ST: Paid



AMT: 470.00 SEQ: 80000760
CK: 10006  DT: 09/13/23  ST: Paid

AMT: 123.50 SEQ: 80100470
CK: 10007  DT: 09/12/23  ST: Paid



AMT: 321.00 SEQ: 20900050
CK: 10008  DT: 09/18/23  ST: Paid



AMT: 198.92 SEQ: 80101050
CK: 10009  DT: 09/19/23  ST: Paid

AMT: 396.69 SEQ: 80201170
CK: 10010  DT: 09/11/23  ST: Paid



AMT: 1,845.00 SEQ: 20000330
CK: 10011  DT: 09/11/23  ST: Paid

**Continued      30/216/6**

 **First State Bank**
*Today. Tomorrow. Together.*

**PETRI ENTERPRISES LLC**

| | |
|---|---|
| Account No. : | ■■■■5275 |
| Stmt. Date : | 09/29/2023 |

| | |
|---|---|
| Bank : | 629 |
| Images : | 33 |
| Page : | 7 |

## IMAGE STATEMENT



AMT: 107.12 SEQ: 80102330
CK: 10012  DT: 09/11/23  ST: Paid



AMT: 340.00 SEQ: 80100510
CK: 10013  DT: 09/11/23  ST: Paid



AMT: 994.65 SEQ: 80201920
CK: 10014  DT: 09/25/23  ST: Paid



AMT: 88.09 SEQ: 80201880
CK: 10015  DT: 09/25/23  ST: Paid



AMT: 760.00 SEQ: 80101020
CK: 10016  DT: 09/25/23  ST: Paid



AMT: 516.00 SEQ: 80101200
CK: 10017  DT: 09/25/23  ST: Paid



AMT: 463.00 SEQ: 80001280
CK: 10018  DT: 09/25/23  ST: Paid



AMT: 1,015.00 SEQ: 80201910
CK: 10019  DT: 09/25/23  ST: Paid



AMT: 333.00 SEQ: 80001110
CK: 10020  DT: 09/26/23  ST: Paid



AMT: 460.00 SEQ: 80100180
CK: 10021  DT: 09/27/23  ST: Paid



AMT: 256.18 SEQ: 80100890
CK: 10022  DT: 09/26/23  ST: Paid



AMT: 479.51 SEQ: 80201180
CK: 10023  DT: 09/25/23  ST: Paid



AMT: 380.00 SEQ: 80201890
CK: 10024  DT: 09/25/23  ST: Paid



AMT: 1,845.00 SEQ: 20900250
CK: 10025  DT: 09/22/23  ST: Paid



AMT: 288.00 SEQ: 80100510
CK: 10026  DT: 09/25/23  ST: Paid

**End Statement    30/216/7E**