| | January 2024 | February 2024 | March 2024 |
|---|---|---|---|
| Sales | $54,261.00 | $51,525.00 | $56,498.00 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $56,111.00 | $53,375.00 | $58,348.00 |
| | | | |
| Rent | $1,850.00 | $1,850.00 | $1,850.00 |
| General Payroll | $16,000.00 | $16,000.00 | $16,000.00 |
| Chief Executive Pay | $5,000.00 | $5,000.00 | $5,000.00 |
| Food | $16,564.00 | $16,564.00 | $16,564.00 |
| Buns | $200.00 | $200.00 | $200.00 |
| Store | $800.00 | $800.00 | $800.00 |
| Coca Cola Products | $500.00 | $500.00 | $500.00 |
| Electrical | $1,900.00 | $1,900.00 | $1,900.00 |
| Gas | $800.00 | $800.00 | $800.00 |
| Water and Trash | $790.00 | $790.00 | $790.00 |
| Cable | $460.00 | $460.00 | $460.00 |
| Rags | $480.00 | $480.00 | $480.00 |
| Beer | $3,000.00 | $3,000.00 | $3,000.00 |
| Liquor | $3,000.00 | $3,000.00 | $3,000.00 |
| Pest Control | $120.00 | $120.00 | $120.00 |
| Credit Card Processing | $1,200.00 | $1,200.00 | $1,200.00 |
| Dish | $160.00 | $160.00 | $160.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $100.00 | $100.00 | $100.00 |
| Insurance | $842.00 | $842.00 | $842.00 |
| Total Expenses | $54,080.00 | $54,080.00 | $54,080.00 |
| | | | |
| Net Income | $2,031.00 | ($705.00) | $4,268.00 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $1,281.00 | ($1,455.00) | $3,518.00 |

| | April 2024 | May 2024 | June 2024 |
|---|---|---|---|
| Sales | $60,184.00 | $60,133.00 | $49,618.00 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $62,034.00 | $61,983.00 | $51,468.00 |
| | | | |
| Rent | $1,850.00 | $1,850.00 | $1,850.00 |
| General Payroll | $16,000.00 | $16,000.00 | $16,000.00 |
| Chief Executive Pay | $5,000.00 | $5,000.00 | $5,000.00 |
| Food | $16,564.00 | $16,564.00 | $16,564.00 |
| Buns | $200.00 | $200.00 | $200.00 |
| Store | $800.00 | $800.00 | $800.00 |
| Coca Cola Products | $500.00 | $500.00 | $500.00 |
| Electrical | $1,900.00 | $1,900.00 | $1,900.00 |
| Gas | $800.00 | $800.00 | $800.00 |
| Water and Trash | $790.00 | $790.00 | $790.00 |
| Cable | $460.00 | $460.00 | $460.00 |
| Rags | $480.00 | $480.00 | $480.00 |
| Beer | $3,000.00 | $3,000.00 | $3,000.00 |
| Liquor | $3,000.00 | $3,000.00 | $3,000.00 |
| Pest Control | $120.00 | $120.00 | $120.00 |
| Credit Card Processing | $1,200.00 | $1,200.00 | $1,200.00 |
| Dish | $160.00 | $160.00 | $160.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $100.00 | $100.00 | $100.00 |
| Insurance | $842.00 | $842.00 | $842.00 |
| Total Expenses | $54,080.00 | $54,080.00 | $54,080.00 |
| | | | |
| Net Income | $7,954.00 | $7,903.00 | ($2,612.00) |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $7,204.00 | $7,153.00 | ($3,362.00) |

| | July 2024 | August 2024 | September 2024 |
|---|---|---|---|
| Sales | $44,224.00 | $49,305.00 | $54,493.00 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $46,074.00 | $51,155.00 | $56,343.00 |
| | | | |
| Rent | $1,850.00 | $1,850.00 | $1,850.00 |
| General Payroll | $16,000.00 | $16,000.00 | $16,000.00 |
| Chief Executive Pay | $5,000.00 | $5,000.00 | $5,000.00 |
| Food | $16,564.00 | $16,564.00 | $16,564.00 |
| Buns | $200.00 | $200.00 | $200.00 |
| Store | $800.00 | $800.00 | $800.00 |
| Coca Cola Products | $500.00 | $500.00 | $500.00 |
| Electrical | $1,900.00 | $1,900.00 | $1,900.00 |
| Gas | $800.00 | $800.00 | $800.00 |
| Water and Trash | $790.00 | $790.00 | $790.00 |
| Cable | $460.00 | $460.00 | $460.00 |
| Rags | $480.00 | $480.00 | $480.00 |
| Beer | $3,000.00 | $3,000.00 | $3,000.00 |
| Liquor | $3,000.00 | $3,000.00 | $3,000.00 |
| Pest Control | $120.00 | $120.00 | $120.00 |
| Credit Card Processing | $1,200.00 | $1,200.00 | $1,200.00 |
| Dish | $160.00 | $160.00 | $160.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $100.00 | $100.00 | $100.00 |
| Insurance | $842.00 | $842.00 | $842.00 |
| Total Expenses | $54,080.00 | $54,080.00 | $54,080.00 |
| | | | |
| Net Income | ($8,006.00) | ($2,925.00) | $2,263.00 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($8,756.00) | ($3,675.00) | $1,513.00 |

| | October 2024 | November 2024 | December 2024 |
|---|---|---|---|
| Sales | $56,487.00 | $52,027.00 | $54,390.00 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $58,337.00 | $53,877.00 | $56,240.00 |
| | | | |
| Rent | $1,850.00 | $1,850.00 | $1,850.00 |
| General Payroll | $16,000.00 | $16,000.00 | $16,000.00 |
| Chief Executive Pay | $5,000.00 | $5,000.00 | $5,000.00 |
| Food | $16,564.00 | $16,564.00 | $16,564.00 |
| Buns | $200.00 | $200.00 | $200.00 |
| Store | $800.00 | $800.00 | $800.00 |
| Coca Cola Products | $500.00 | $500.00 | $500.00 |
| Electrical | $1,900.00 | $1,900.00 | $1,900.00 |
| Gas | $800.00 | $800.00 | $800.00 |
| Water and Trash | $790.00 | $790.00 | $790.00 |
| Cable | $460.00 | $460.00 | $460.00 |
| Rags | $480.00 | $480.00 | $480.00 |
| Beer | $3,000.00 | $3,000.00 | $3,000.00 |
| Liquor | $3,000.00 | $3,000.00 | $3,000.00 |
| Pest Control | $120.00 | $120.00 | $120.00 |
| Credit Card Processing | $1,200.00 | $1,200.00 | $1,200.00 |
| Dish | $160.00 | $160.00 | $160.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $100.00 | $100.00 | $100.00 |
| Insurance | $842.00 | $842.00 | $842.00 |
| Total Expenses | $54,080.00 | $54,080.00 | $54,080.00 |
| | | | |
| Net Income | $4,257.00 | ($203.00) | $2,160.00 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $3,507.00 | ($953.00) | $1,410.00 |

| | January 2025 | February 2025 | March 2025 |
|---|---|---|---|
| Sales | $55,888.83 | $53,070.75 | $58,192.94 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $57,738.83 | $54,920.75 | $60,042.94 |
| | | | |
| Rent | $1,905.50 | $1,905.50 | $1,905.50 |
| General Payroll | $16,480.00 | $16,480.00 | $16,480.00 |
| Chief Executive Pay | $5,150.00 | $5,150.00 | $5,150.00 |
| Food | $17,060.92 | $17,060.92 | $17,060.92 |
| Buns | $206.00 | $206.00 | $206.00 |
| Store | $824.00 | $824.00 | $824.00 |
| Coca Cola Products | $515.00 | $515.00 | $515.00 |
| Electrical | $1,957.00 | $1,957.00 | $1,957.00 |
| Gas | $824.00 | $824.00 | $824.00 |
| Water and Trash | $813.70 | $813.70 | $813.70 |
| Cable | $473.80 | $473.80 | $473.80 |
| Rags | $494.40 | $494.40 | $494.40 |
| Beer | $3,090.00 | $3,090.00 | $3,090.00 |
| Liquor | $3,090.00 | $3,090.00 | $3,090.00 |
| Pest Control | $123.60 | $123.60 | $123.60 |
| Credit Card Processing | $1,236.00 | $1,236.00 | $1,236.00 |
| Dish | $164.80 | $164.80 | $164.80 |
| Point of Sale System | $323.42 | $323.42 | $323.42 |
| Advertising | $103.00 | $103.00 | $103.00 |
| Insurance | $867.26 | $867.26 | $867.26 |
| Total Expenses | $55,702.40 | $55,702.40 | $55,702.40 |
| | | | |
| Net Income | $2,036.43 | ($781.65) | $4,340.54 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $1,286.43 | ($1,531.65) | $3,590.54 |

|  | April 2025 | May 2025 | June 2025 | July 2025 |
|---|---|---|---|---|
| Sales | $61,989.52 | $61,936.99 | $51,106.54 | $45,550.72 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $63,839.52 | $63,786.99 | $52,956.54 | $47,400.72 |
|  |  |  |  |  |
| Rent | $1,905.50 | $1,905.50 | $1,905.50 | $1,905.50 |
| General Payroll | $16,480.00 | $16,480.00 | $16,480.00 | $16,480.00 |
| Chief Executive Pay | $5,150.00 | $5,150.00 | $5,150.00 | $5,150.00 |
| Food | $17,060.92 | $17,060.92 | $17,060.92 | $17,060.92 |
| Buns | $206.00 | $206.00 | $206.00 | $206.00 |
| Store | $824.00 | $824.00 | $824.00 | $824.00 |
| Coca Cola Products | $515.00 | $515.00 | $515.00 | $515.00 |
| Electrical | $1,957.00 | $1,957.00 | $1,957.00 | $1,957.00 |
| Gas | $824.00 | $824.00 | $824.00 | $824.00 |
| Water and Trash | $813.70 | $813.70 | $813.70 | $813.70 |
| Cable | $473.80 | $473.80 | $473.80 | $473.80 |
| Rags | $494.40 | $494.40 | $494.40 | $494.40 |
| Beer | $3,090.00 | $3,090.00 | $3,090.00 | $3,090.00 |
| Liquor | $3,090.00 | $3,090.00 | $3,090.00 | $3,090.00 |
| Pest Control | $123.60 | $123.60 | $123.60 | $123.60 |
| Credit Card Processing | $1,236.00 | $1,236.00 | $1,236.00 | $1,236.00 |
| Dish | $164.80 | $164.80 | $164.80 | $164.80 |
| Point of Sale System | $323.42 | $323.42 | $323.42 | $323.42 |
| Advertising | $103.00 | $103.00 | $103.00 | $103.00 |
| Insurance | $867.26 | $867.26 | $867.26 | $867.26 |
| Total Expenses | $55,702.40 | $55,702.40 | $55,702.40 | $55,702.40 |
|  |  |  |  |  |
| Net Income | $8,137.12 | $8,084.59 | ($2,745.86) | ($8,301.68) |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $7,387.12 | $7,334.59 | ($3,495.86) | ($9,051.68) |

|  | August 2025 | September 2025 | October 2025 |
|---|---|---|---|
| Sales | $50,784.15 | $56,127.79 | $58,181.61 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $52,634.15 | $57,977.79 | $60,031.61 |
|  |  |  |  |
| Rent | $1,905.50 | $1,905.50 | $1,905.50 |
| General Payroll | $16,480.00 | $16,480.00 | $16,480.00 |
| Chief Executive Pay | $5,150.00 | $5,150.00 | $5,150.00 |
| Food | $17,060.92 | $17,060.92 | $17,060.92 |
| Buns | $206.00 | $206.00 | $206.00 |
| Store | $824.00 | $824.00 | $824.00 |
| Coca Cola Products | $515.00 | $515.00 | $515.00 |
| Electrical | $1,957.00 | $1,957.00 | $1,957.00 |
| Gas | $824.00 | $824.00 | $824.00 |
| Water and Trash | $813.70 | $813.70 | $813.70 |
| Cable | $473.80 | $473.80 | $473.80 |
| Rags | $494.40 | $494.40 | $494.40 |
| Beer | $3,090.00 | $3,090.00 | $3,090.00 |
| Liquor | $3,090.00 | $3,090.00 | $3,090.00 |
| Pest Control | $123.60 | $123.60 | $123.60 |
| Credit Card Processing | $1,236.00 | $1,236.00 | $1,236.00 |
| Dish | $164.80 | $164.80 | $164.80 |
| Point of Sale System | $323.42 | $323.42 | $323.42 |
| Advertising | $103.00 | $103.00 | $103.00 |
| Insurance | $867.26 | $867.26 | $867.26 |
| Total Expenses | $55,702.40 | $55,702.40 | $55,702.40 |
|  |  |  |  |
| Net Income | ($3,068.25) | $2,275.39 | $4,329.21 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($3,818.25) | $1,525.39 | $3,579.21 |

| | November 2025 | December 2025 | January 2026 |
|---|---|---|---|
| Sales | $53,587.81 | $56,021.70 | $57,565.49 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $55,437.81 | $57,871.70 | $59,415.49 |
| | | | |
| Rent | $1,905.50 | $1,905.50 | $1,962.67 |
| General Payroll | $16,480.00 | $16,480.00 | $16,974.40 |
| Chief Executive Pay | $5,150.00 | $5,150.00 | $5,304.50 |
| Food | $17,060.92 | $17,060.92 | $17,572.75 |
| Buns | $206.00 | $206.00 | $212.18 |
| Store | $824.00 | $824.00 | $848.72 |
| Coca Cola Products | $515.00 | $515.00 | $530.45 |
| Electrical | $1,957.00 | $1,957.00 | $2,015.71 |
| Gas | $824.00 | $824.00 | $848.72 |
| Water and Trash | $813.70 | $813.70 | $838.11 |
| Cable | $473.80 | $473.80 | $488.01 |
| Rags | $494.40 | $494.40 | $509.23 |
| Beer | $3,090.00 | $3,090.00 | $3,182.70 |
| Liquor | $3,090.00 | $3,090.00 | $3,182.70 |
| Pest Control | $123.60 | $123.60 | $127.31 |
| Credit Card Processing | $1,236.00 | $1,236.00 | $1,273.08 |
| Dish | $164.80 | $164.80 | $169.74 |
| Point of Sale System | $323.42 | $323.42 | $333.12 |
| Advertising | $103.00 | $103.00 | $106.09 |
| Insurance | $867.26 | $867.26 | $893.28 |
| Total Expenses | $55,702.40 | $55,702.40 | $57,373.47 |
| | | | |
| Net Income | ($264.59) | $2,169.30 | $2,042.02 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($1,014.59) | $1,419.30 | $1,292.02 |

| | February 2026 | February 20262 | March 2026 | April 2026 |
|---|---|---|---|---|
| Sales | $54,662.87 | $59,938.73 | $63,849.21 | $63,795.10 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $56,512.87 | $61,788.73 | $65,699.21 | $65,645.10 |
| | | | | |
| Rent | $1,962.67 | $1,962.67 | $1,962.67 | $1,962.67 |
| General Payroll | $16,974.40 | $16,974.40 | $16,974.40 | $16,974.40 |
| Chief Executive Pay | $5,304.50 | $5,304.50 | $5,304.50 | $5,304.50 |
| Food | $17,572.75 | $17,572.75 | $17,572.75 | $17,572.75 |
| Buns | $212.18 | $212.18 | $212.18 | $212.18 |
| Store | $848.72 | $848.72 | $848.72 | $848.72 |
| Coca Cola Products | $530.45 | $530.45 | $530.45 | $530.45 |
| Electrical | $2,015.71 | $2,015.71 | $2,015.71 | $2,015.71 |
| Gas | $848.72 | $848.72 | $848.72 | $848.72 |
| Water and Trash | $838.11 | $838.11 | $838.11 | $838.11 |
| Cable | $488.01 | $488.01 | $488.01 | $488.01 |
| Rags | $509.23 | $509.23 | $509.23 | $509.23 |
| Beer | $3,182.70 | $3,182.70 | $3,182.70 | $3,182.70 |
| Liquor | $3,182.70 | $3,182.70 | $3,182.70 | $3,182.70 |
| Pest Control | $127.31 | $127.31 | $127.31 | $127.31 |
| Credit Card Processing | $1,273.08 | $1,273.08 | $1,273.08 | $1,273.08 |
| Dish | $169.74 | $169.74 | $169.74 | $169.74 |
| Point of Sale System | $333.12 | $333.12 | $333.12 | $333.12 |
| Advertising | $106.09 | $106.09 | $106.09 | $106.09 |
| Insurance | $893.28 | $893.28 | $893.28 | $893.28 |
| Total Expenses | $57,373.47 | $57,373.47 | $57,373.47 | $57,373.47 |
| | | | | |
| Net Income | ($860.60) | $4,415.26 | $8,325.73 | $8,271.63 |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($1,610.60) | $3,665.26 | $7,575.73 | $7,521.63 |

| | May 2026 | June 2026 | July 2026 | August 2026 |
|---|---|---|---|---|
| Sales | $52,639.74 | $46,917.24 | $52,307.67 | $57,811.62 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $54,489.74 | $48,767.24 | $54,157.67 | $59,661.62 |
| | | | | |
| Rent | $1,962.67 | $1,962.67 | $1,962.67 | $1,962.67 |
| General Payroll | $16,974.40 | $16,974.40 | $16,974.40 | $16,974.40 |
| Chief Executive Pay | $5,304.50 | $5,304.50 | $5,304.50 | $5,304.50 |
| Food | $17,572.75 | $17,572.75 | $17,572.75 | $17,572.75 |
| Buns | $212.18 | $212.18 | $212.18 | $212.18 |
| Store | $848.72 | $848.72 | $848.72 | $848.72 |
| Coca Cola Products | $530.45 | $530.45 | $530.45 | $530.45 |
| Electrical | $2,015.71 | $2,015.71 | $2,015.71 | $2,015.71 |
| Gas | $848.72 | $848.72 | $848.72 | $848.72 |
| Water and Trash | $838.11 | $838.11 | $838.11 | $838.11 |
| Cable | $488.01 | $488.01 | $488.01 | $488.01 |
| Rags | $509.23 | $509.23 | $509.23 | $509.23 |
| Beer | $3,182.70 | $3,182.70 | $3,182.70 | $3,182.70 |
| Liquor | $3,182.70 | $3,182.70 | $3,182.70 | $3,182.70 |
| Pest Control | $127.31 | $127.31 | $127.31 | $127.31 |
| Credit Card Processing | $1,273.08 | $1,273.08 | $1,273.08 | $1,273.08 |
| Dish | $169.74 | $169.74 | $169.74 | $169.74 |
| Point of Sale System | $333.12 | $333.12 | $333.12 | $333.12 |
| Advertising | $106.09 | $106.09 | $106.09 | $106.09 |
| Insurance | $893.28 | $893.28 | $893.28 | $893.28 |
| Total Expenses | $57,373.47 | $57,373.47 | $57,373.47 | $57,373.47 |
| | | | | |
| Net Income | ($2,883.74) | ($8,606.23) | ($3,215.80) | $2,288.15 |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($3,633.74) | ($9,356.23) | ($3,965.80) | $1,538.15 |

| | September 2026 | October 2026 | November 2026 |
|---|---|---|---|
| Sales | $59,927.06 | $55,195.44 | $57,702.35 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $61,777.06 | $57,045.44 | $59,552.35 |
| | | | |
| Rent | $1,962.67 | $1,962.67 | $1,962.67 |
| General Payroll | $16,974.40 | $16,974.40 | $16,974.40 |
| Chief Executive Pay | $5,304.50 | $5,304.50 | $5,304.50 |
| Food | $17,572.75 | $17,572.75 | $17,572.75 |
| Buns | $212.18 | $212.18 | $212.18 |
| Store | $848.72 | $848.72 | $848.72 |
| Coca Cola Products | $530.45 | $530.45 | $530.45 |
| Electrical | $2,015.71 | $2,015.71 | $2,015.71 |
| Gas | $848.72 | $848.72 | $848.72 |
| Water and Trash | $838.11 | $838.11 | $838.11 |
| Cable | $488.01 | $488.01 | $488.01 |
| Rags | $509.23 | $509.23 | $509.23 |
| Beer | $3,182.70 | $3,182.70 | $3,182.70 |
| Liquor | $3,182.70 | $3,182.70 | $3,182.70 |
| Pest Control | $127.31 | $127.31 | $127.31 |
| Credit Card Processing | $1,273.08 | $1,273.08 | $1,273.08 |
| Dish | $169.74 | $169.74 | $169.74 |
| Point of Sale System | $333.12 | $333.12 | $333.12 |
| Advertising | $106.09 | $106.09 | $106.09 |
| Insurance | $893.28 | $893.28 | $893.28 |
| Total Expenses | $57,373.47 | $57,373.47 | $57,373.47 |
| | | | |
| Net Income | $4,403.59 | ($328.03) | $2,178.88 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $3,653.59 | ($1,078.03) | $1,428.88 |

| | December 2026 | January 2027 | February 2027 |
|---|---|---|---|
| Sales | $59,292.46 | $56,302.76 | $61,736.89 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $61,142.46 | $58,152.76 | $63,586.89 |
| | | | |
| Rent | $2,021.54 | $2,021.54 | $2,021.54 |
| General Payroll | $17,483.63 | $17,483.63 | $17,483.63 |
| Chief Executive Pay | $5,463.64 | $5,463.64 | $5,463.64 |
| Food | $18,099.93 | $18,099.93 | $18,099.93 |
| Buns | $218.55 | $218.55 | $218.55 |
| Store | $874.18 | $874.18 | $874.18 |
| Coca Cola Products | $546.36 | $546.36 | $546.36 |
| Electrical | $2,076.18 | $2,076.18 | $2,076.18 |
| Gas | $874.18 | $874.18 | $874.18 |
| Water and Trash | $863.25 | $863.25 | $863.25 |
| Cable | $502.65 | $502.65 | $502.65 |
| Rags | $524.51 | $524.51 | $524.51 |
| Beer | $3,278.18 | $3,278.18 | $3,278.18 |
| Liquor | $3,278.18 | $3,278.18 | $3,278.18 |
| Pest Control | $131.13 | $131.13 | $131.13 |
| Credit Card Processing | $1,311.27 | $1,311.27 | $1,311.27 |
| Dish | $174.84 | $174.84 | $174.84 |
| Point of Sale System | $343.12 | $343.12 | $343.12 |
| Advertising | $109.27 | $109.27 | $109.27 |
| Insurance | $920.08 | $920.08 | $920.08 |
| Total Expenses | $59,094.68 | $59,094.68 | $59,094.68 |
| | | | |
| Net Income | $2,047.78 | ($941.92) | $4,492.21 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $1,297.78 | ($1,691.92) | $3,742.21 |

| | March 2027 | April 2027 | May 2027 | June 2027 |
|---|---|---|---|---|
| Sales | $65,764.68 | $65,708.95 | $54,218.93 | $48,324.76 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $67,614.68 | $67,558.95 | $56,068.93 | $50,174.76 |
| | | | | |
| Rent | $2,021.54 | $2,021.54 | $2,021.54 | $2,021.54 |
| General Payroll | $17,483.63 | $17,483.63 | $17,483.63 | $17,483.63 |
| Chief Executive Pay | $5,463.64 | $5,463.64 | $5,463.64 | $5,463.64 |
| Food | $18,099.93 | $18,099.93 | $18,099.93 | $18,099.93 |
| Buns | $218.55 | $218.55 | $218.55 | $218.55 |
| Store | $874.18 | $874.18 | $874.18 | $874.18 |
| Coca Cola Products | $546.36 | $546.36 | $546.36 | $546.36 |
| Electrical | $2,076.18 | $2,076.18 | $2,076.18 | $2,076.18 |
| Gas | $874.18 | $874.18 | $874.18 | $874.18 |
| Water and Trash | $863.25 | $863.25 | $863.25 | $863.25 |
| Cable | $502.65 | $502.65 | $502.65 | $502.65 |
| Rags | $524.51 | $524.51 | $524.51 | $524.51 |
| Beer | $3,278.18 | $3,278.18 | $3,278.18 | $3,278.18 |
| Liquor | $3,278.18 | $3,278.18 | $3,278.18 | $3,278.18 |
| Pest Control | $131.13 | $131.13 | $131.13 | $131.13 |
| Credit Card Processing | $1,311.27 | $1,311.27 | $1,311.27 | $1,311.27 |
| Dish | $174.84 | $174.84 | $174.84 | $174.84 |
| Point of Sale System | $343.12 | $343.12 | $343.12 | $343.12 |
| Advertising | $109.27 | $109.27 | $109.27 | $109.27 |
| Insurance | $920.08 | $920.08 | $920.08 | $920.08 |
| Total Expenses | $59,094.68 | $59,094.68 | $59,094.68 | $59,094.68 |
| | | | | |
| Net Income | $8,520.01 | $8,464.28 | ($3,025.75) | ($8,919.92) |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $7,770.01 | $7,714.28 | ($3,775.75) | ($9,669.92) |

| | July 2027 | August 2027 | September 2027 | October 2027 |
|---|---|---|---|---|
| Sales | $53,876.90 | $59,545.97 | $61,724.87 | $56,851.31 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $55,726.90 | $61,395.97 | $63,574.87 | $58,701.31 |
| | | | | |
| Rent | $2,021.54 | $2,021.54 | $2,021.54 | $2,021.54 |
| General Payroll | $17,483.63 | $17,483.63 | $17,483.63 | $17,483.63 |
| Chief Executive Pay | $5,463.64 | $5,463.64 | $5,463.64 | $5,463.64 |
| Food | $18,099.93 | $18,099.93 | $18,099.93 | $18,099.93 |
| Buns | $218.55 | $218.55 | $218.55 | $218.55 |
| Store | $874.18 | $874.18 | $874.18 | $874.18 |
| Coca Cola Products | $546.36 | $546.36 | $546.36 | $546.36 |
| Electrical | $2,076.18 | $2,076.18 | $2,076.18 | $2,076.18 |
| Gas | $874.18 | $874.18 | $874.18 | $874.18 |
| Water and Trash | $863.25 | $863.25 | $863.25 | $863.25 |
| Cable | $502.65 | $502.65 | $502.65 | $502.65 |
| Rags | $524.51 | $524.51 | $524.51 | $524.51 |
| Beer | $3,278.18 | $3,278.18 | $3,278.18 | $3,278.18 |
| Liquor | $3,278.18 | $3,278.18 | $3,278.18 | $3,278.18 |
| Pest Control | $131.13 | $131.13 | $131.13 | $131.13 |
| Credit Card Processing | $1,311.27 | $1,311.27 | $1,311.27 | $1,311.27 |
| Dish | $174.84 | $174.84 | $174.84 | $174.84 |
| Point of Sale System | $343.12 | $343.12 | $343.12 | $343.12 |
| Advertising | $109.27 | $109.27 | $109.27 | $109.27 |
| Insurance | $920.08 | $920.08 | $920.08 | $920.08 |
| Total Expenses | $59,094.68 | $59,094.68 | $59,094.68 | $59,094.68 |
| | | | | |
| Net Income | ($3,367.77) | $2,301.30 | $4,480.19 | ($393.37) |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($4,117.77) | $1,551.30 | $3,730.19 | ($1,143.37) |

| | November 2027 | December 2027 | Januayr 2028 |
|---|---|---|---|
| Sales | $59,433.42 | $61,071.23 | $57,991.84 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $61,283.42 | $62,921.23 | $59,841.84 |
| | | | |
| Rent | $2,021.54 | $2,082.19 | $2,082.19 |
| General Payroll | $17,483.63 | $18,008.14 | $18,008.14 |
| Chief Executive Pay | $5,463.64 | $5,627.54 | $5,627.54 |
| Food | $18,099.93 | $18,642.93 | $18,642.93 |
| Buns | $218.55 | $225.10 | $225.10 |
| Store | $874.18 | $900.41 | $900.41 |
| Coca Cola Products | $546.36 | $562.75 | $562.75 |
| Electrical | $2,076.18 | $2,138.47 | $2,138.47 |
| Gas | $874.18 | $900.41 | $900.41 |
| Water and Trash | $863.25 | $889.15 | $889.15 |
| Cable | $502.65 | $517.73 | $517.73 |
| Rags | $524.51 | $540.24 | $540.24 |
| Beer | $3,278.18 | $3,376.53 | $3,376.53 |
| Liquor | $3,278.18 | $3,376.53 | $3,376.53 |
| Pest Control | $131.13 | $135.06 | $135.06 |
| Credit Card Processing | $1,311.27 | $1,350.61 | $1,350.61 |
| Dish | $174.84 | $180.08 | $180.08 |
| Point of Sale System | $343.12 | $353.41 | $353.41 |
| Advertising | $109.27 | $112.55 | $112.55 |
| Insurance | $920.08 | $947.68 | $947.68 |
| Total Expenses | $59,094.68 | $60,867.52 | $60,867.52 |
| | | | |
| Net Income | $2,188.75 | $2,053.72 | ($1,025.68) |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $1,438.75 | $1,303.72 | ($1,775.68) |

| | February 2028 | March 2028 | April 2028 | May 2028 |
|---|---|---|---|---|
| Sales | $63,589.00 | $67,737.62 | $67,680.22 | $55,845.50 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $65,439.00 | $69,587.62 | $69,530.22 | $57,695.50 |
| | | | | |
| Rent | $2,082.19 | $2,082.19 | $2,082.19 | $2,082.19 |
| General Payroll | $18,008.14 | $18,008.14 | $18,008.14 | $18,008.14 |
| Chief Executive Pay | $5,627.54 | $5,627.54 | $5,627.54 | $5,627.54 |
| Food | $18,642.93 | $18,642.93 | $18,642.93 | $18,642.93 |
| Buns | $225.10 | $225.10 | $225.10 | $225.10 |
| Store | $900.41 | $900.41 | $900.41 | $900.41 |
| Coca Cola Products | $562.75 | $562.75 | $562.75 | $562.75 |
| Electrical | $2,138.47 | $2,138.47 | $2,138.47 | $2,138.47 |
| Gas | $900.41 | $900.41 | $900.41 | $900.41 |
| Water and Trash | $889.15 | $889.15 | $889.15 | $889.15 |
| Cable | $517.73 | $517.73 | $517.73 | $517.73 |
| Rags | $540.24 | $540.24 | $540.24 | $540.24 |
| Beer | $3,376.53 | $3,376.53 | $3,376.53 | $3,376.53 |
| Liquor | $3,376.53 | $3,376.53 | $3,376.53 | $3,376.53 |
| Pest Control | $135.06 | $135.06 | $135.06 | $135.06 |
| Credit Card Processing | $1,350.61 | $1,350.61 | $1,350.61 | $1,350.61 |
| Dish | $180.08 | $180.08 | $180.08 | $180.08 |
| Point of Sale System | $353.41 | $353.41 | $353.41 | $353.41 |
| Advertising | $112.55 | $112.55 | $112.55 | $112.55 |
| Insurance | $947.68 | $947.68 | $947.68 | $947.68 |
| Total Expenses | $60,867.52 | $60,867.52 | $60,867.52 | $60,867.52 |
| | | | | |
| Net Income | $4,571.48 | $8,720.11 | $8,662.70 | ($3,172.02) |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $3,821.48 | $7,970.11 | $7,912.70 | ($3,922.02) |

| | June 2028 | July 2028 | August 2028 | September 2028 |
|---|---|---|---|---|
| Sales | $49,774.50 | $55,493.21 | $61,332.35 | $63,576.62 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $51,624.50 | $57,343.21 | $63,182.35 | $65,426.62 |
| | | | | |
| Rent | $2,082.19 | $2,082.19 | $2,082.19 | $2,082.19 |
| General Payroll | $18,008.14 | $18,008.14 | $18,008.14 | $18,008.14 |
| Chief Executive Pay | $5,627.54 | $5,627.54 | $5,627.54 | $5,627.54 |
| Food | $18,642.93 | $18,642.93 | $18,642.93 | $18,642.93 |
| Buns | $225.10 | $225.10 | $225.10 | $225.10 |
| Store | $900.41 | $900.41 | $900.41 | $900.41 |
| Coca Cola Products | $562.75 | $562.75 | $562.75 | $562.75 |
| Electrical | $2,138.47 | $2,138.47 | $2,138.47 | $2,138.47 |
| Gas | $900.41 | $900.41 | $900.41 | $900.41 |
| Water and Trash | $889.15 | $889.15 | $889.15 | $889.15 |
| Cable | $517.73 | $517.73 | $517.73 | $517.73 |
| Rags | $540.24 | $540.24 | $540.24 | $540.24 |
| Beer | $3,376.53 | $3,376.53 | $3,376.53 | $3,376.53 |
| Liquor | $3,376.53 | $3,376.53 | $3,376.53 | $3,376.53 |
| Pest Control | $135.06 | $135.06 | $135.06 | $135.06 |
| Credit Card Processing | $1,350.61 | $1,350.61 | $1,350.61 | $1,350.61 |
| Dish | $180.08 | $180.08 | $180.08 | $180.08 |
| Point of Sale System | $353.41 | $353.41 | $353.41 | $353.41 |
| Advertising | $112.55 | $112.55 | $112.55 | $112.55 |
| Insurance | $947.68 | $947.68 | $947.68 | $947.68 |
| Total Expenses | $60,867.52 | $60,867.52 | $60,867.52 | $60,867.52 |
| | | | | |
| Net Income | ($9,243.01) | ($3,524.30) | $2,314.84 | $4,559.10 |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($9,993.01) | ($4,274.30) | $1,564.84 | $3,809.10 |

| | October 2028 | November 2028 | December 2028 | January 2029 |
|---|---|---|---|---|
| Sales | $58,556.85 | $61,216.42 | $62,903.37 | $59,731.60 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $60,406.85 | $63,066.42 | $64,753.37 | $61,581.60 |
| | | | | |
| Rent | $2,082.19 | $2,082.19 | $2,144.66 | $2,144.66 |
| General Payroll | $18,008.14 | $18,008.14 | $18,548.39 | $18,548.39 |
| Chief Executive Pay | $5,627.54 | $5,627.54 | $5,796.37 | $5,796.37 |
| Food | $18,642.93 | $18,642.93 | $19,202.22 | $19,202.22 |
| Buns | $225.10 | $225.10 | $231.85 | $231.85 |
| Store | $900.41 | $900.41 | $927.42 | $927.42 |
| Coca Cola Products | $562.75 | $562.75 | $579.64 | $579.64 |
| Electrical | $2,138.47 | $2,138.47 | $2,202.62 | $2,202.62 |
| Gas | $900.41 | $900.41 | $927.42 | $927.42 |
| Water and Trash | $889.15 | $889.15 | $915.83 | $915.83 |
| Cable | $517.73 | $517.73 | $533.27 | $533.27 |
| Rags | $540.24 | $540.24 | $556.45 | $556.45 |
| Beer | $3,376.53 | $3,376.53 | $3,477.82 | $3,477.82 |
| Liquor | $3,376.53 | $3,376.53 | $3,477.82 | $3,477.82 |
| Pest Control | $135.06 | $135.06 | $139.11 | $139.11 |
| Credit Card Processing | $1,350.61 | $1,350.61 | $1,391.13 | $1,391.13 |
| Dish | $180.08 | $180.08 | $185.48 | $185.48 |
| Point of Sale System | $353.41 | $353.41 | $364.01 | $364.01 |
| Advertising | $112.55 | $112.55 | $115.93 | $115.93 |
| Insurance | $947.68 | $947.68 | $976.11 | $976.11 |
| Total Expenses | $60,867.52 | $60,867.52 | $62,693.54 | $62,693.54 |
| | | | | |
| Net Income | ($460.67) | $2,198.91 | $2,059.83 | ($1,111.95) |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($1,210.67) | $1,448.91 | $1,309.83 | ($1,861.95) |

| | February 2029 | March 2029 | April 2029 | May 2029 |
|---|---|---|---|---|
| Sales | $65,496.67 | $69,769.75 | $69,710.63 | $57,520.86 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $67,346.67 | $71,619.75 | $71,560.63 | $59,370.86 |
| | | | | |
| Rent | $2,144.66 | $2,144.66 | $2,144.66 | $2,144.66 |
| General Payroll | $18,548.39 | $18,548.39 | $18,548.39 | $18,548.39 |
| Chief Executive Pay | $5,796.37 | $5,796.37 | $5,796.37 | $5,796.37 |
| Food | $19,202.22 | $19,202.22 | $19,202.22 | $19,202.22 |
| Buns | $231.85 | $231.85 | $231.85 | $231.85 |
| Store | $927.42 | $927.42 | $927.42 | $927.42 |
| Coca Cola Products | $579.64 | $579.64 | $579.64 | $579.64 |
| Electrical | $2,202.62 | $2,202.62 | $2,202.62 | $2,202.62 |
| Gas | $927.42 | $927.42 | $927.42 | $927.42 |
| Water and Trash | $915.83 | $915.83 | $915.83 | $915.83 |
| Cable | $533.27 | $533.27 | $533.27 | $533.27 |
| Rags | $556.45 | $556.45 | $556.45 | $556.45 |
| Beer | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 |
| Liquor | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 |
| Pest Control | $139.11 | $139.11 | $139.11 | $139.11 |
| Credit Card Processing | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 |
| Dish | $185.48 | $185.48 | $185.48 | $185.48 |
| Point of Sale System | $364.01 | $364.01 | $364.01 | $364.01 |
| Advertising | $115.93 | $115.93 | $115.93 | $115.93 |
| Insurance | $976.11 | $976.11 | $976.11 | $976.11 |
| Total Expenses | $62,693.54 | $62,693.54 | $62,693.54 | $62,693.54 |
| | | | | |
| Net Income | $4,653.12 | $8,926.21 | $8,867.09 | ($3,322.68) |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | $3,903.12 | $8,176.21 | $8,117.09 | ($4,072.68) |

|  | June 2029 | July 2029 | August 2029 | September 2029 |
|---|---|---|---|---|
| Sales | $51,267.74 | $57,158.01 | $63,172.32 | $65,483.91 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $53,117.74 | $59,008.01 | $65,022.32 | $67,333.91 |
|  |  |  |  |  |
| Rent | $2,144.66 | $2,144.66 | $2,144.66 | $2,144.66 |
| General Payroll | $18,548.39 | $18,548.39 | $18,548.39 | $18,548.39 |
| Chief Executive Pay | $5,796.37 | $5,796.37 | $5,796.37 | $5,796.37 |
| Food | $19,202.22 | $19,202.22 | $19,202.22 | $19,202.22 |
| Buns | $231.85 | $231.85 | $231.85 | $231.85 |
| Store | $927.42 | $927.42 | $927.42 | $927.42 |
| Coca Cola Products | $579.64 | $579.64 | $579.64 | $579.64 |
| Electrical | $2,202.62 | $2,202.62 | $2,202.62 | $2,202.62 |
| Gas | $927.42 | $927.42 | $927.42 | $927.42 |
| Water and Trash | $915.83 | $915.83 | $915.83 | $915.83 |
| Cable | $533.27 | $533.27 | $533.27 | $533.27 |
| Rags | $556.45 | $556.45 | $556.45 | $556.45 |
| Beer | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 |
| Liquor | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 |
| Pest Control | $139.11 | $139.11 | $139.11 | $139.11 |
| Credit Card Processing | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 |
| Dish | $185.48 | $185.48 | $185.48 | $185.48 |
| Point of Sale System | $364.01 | $364.01 | $364.01 | $364.01 |
| Advertising | $115.93 | $115.93 | $115.93 | $115.93 |
| Insurance | $976.11 | $976.11 | $976.11 | $976.11 |
| Total Expenses | $62,693.54 | $62,693.54 | $62,693.54 | $62,693.54 |
|  |  |  |  |  |
| Net Income | ($9,575.81) | ($3,685.53) | $2,328.78 | $4,640.37 |
| Plan Payments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($10,325.81) | ($4,435.53) | $1,578.78 | $3,890.37 |

| | October 2029 | November 2029 | December 2029 |
|---|---|---|---|
| Sales | $60,313.55 | $63,052.92 | $64,790.47 |
| Gaming Revenue | $1,850.00 | $1,850.00 | $1,850.00 |
| Total Income | $62,163.55 | $64,902.92 | $66,640.47 |
| | | | |
| Rent | $2,144.66 | $2,144.66 | $2,209.00 |
| General Payroll | $18,548.39 | $18,548.39 | $19,104.84 |
| Chief Executive Pay | $5,796.37 | $5,796.37 | $5,970.26 |
| Food | $19,202.22 | $19,202.22 | $19,778.28 |
| Buns | $231.85 | $231.85 | $238.81 |
| Store | $927.42 | $927.42 | $955.24 |
| Coca Cola Products | $579.64 | $579.64 | $597.03 |
| Electrical | $2,202.62 | $2,202.62 | $2,268.70 |
| Gas | $927.42 | $927.42 | $955.24 |
| Water and Trash | $915.83 | $915.83 | $943.30 |
| Cable | $533.27 | $533.27 | $549.26 |
| Rags | $556.45 | $556.45 | $573.15 |
| Beer | $3,477.82 | $3,477.82 | $3,582.16 |
| Liquor | $3,477.82 | $3,477.82 | $3,582.16 |
| Pest Control | $139.11 | $139.11 | $143.29 |
| Credit Card Processing | $1,391.13 | $1,391.13 | $1,432.86 |
| Dish | $185.48 | $185.48 | $191.05 |
| Point of Sale System | $364.01 | $364.01 | $374.93 |
| Advertising | $115.93 | $115.93 | $119.41 |
| Insurance | $976.11 | $976.11 | $1,005.39 |
| Total Expenses | $62,693.54 | $62,693.54 | $64,574.35 |
| | | | |
| Net Income | ($529.99) | $2,209.37 | $2,066.12 |
| Plan Payments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payments | ($1,279.99) | $1,459.37 | $1,316.12 |