| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum | Undisputed Sum |
|---|---|---|---|---|---|---|
| 2 | 1 | Kapitus Servicing | $57,604.00 | $57,504.00 | $0.00 | $17,988.00 |
| 1 | 2 | Financial Pacific Leasing, Inc. | $9,826.08 | $9,826.08 | $0.00 | $9,826.08 |
| 4 | 3 | U.S. Bank, National Association | $39,441.44 | $0.00 | $0.00 | $39,441.44 |
| 4 | 4 | Rewards Network Establishment Services | $15,885.06 | $0.00 | $0.00 | $15,885.06 |
| 3 | 5 | Alerus Financial, N.A. | $252,703.42 | $0.00 | $0.00 | $252,703.42 |
| 4 | n/a | US Foods, Inc. | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | n/a | BMI | $1,642.15 | $0.00 | $0.00 | $1,642.15 |
| 4 | n/a | ASCAP | $2,541.06 | $0.00 | $0.00 | $2,541.06 |