|  | January 2024 | February 2024 | March 2024 |
|---|---|---|---|
| Sales | $45,967.87 | $45,755.69 | $39,637.49 |
| Total Income |  |  |  |
|  |  |  |  |
| Rent | $1,200.00 | $1,200.00 | $1,200.00 |
| General Payroll | $13,000.00 | $13,000.00 | $13,000.00 |
| Chief Executive Pay | $3,000.00 | $3,000.00 | $3,000.00 |
| Food | $18,548.00 | $18,548.00 | $18,548.00 |
| Buns | $60.00 | $60.00 | $60.00 |
| Store | $850.00 | $850.00 | $850.00 |
| Coca Cola Products | $750.00 | $750.00 | $750.00 |
| Electrical | $1,500.00 | $1,500.00 | $1,500.00 |
| Gas | $300.00 | $300.00 | $300.00 |
| Water and Trash | $800.00 | $800.00 | $800.00 |
| Cable | $330.00 | $330.00 | $330.00 |
| Rags | $400.00 | $400.00 | $400.00 |
| Beer | $1,600.00 | $1,600.00 | $1,600.00 |
| Liquor | $1,200.00 | $1,200.00 | $1,200.00 |
| Pest Control | $100.00 | $100.00 | $100.00 |
| Credit Card Processing | $1,100.00 | $1,100.00 | $1,100.00 |
| Dish | $50.00 | $50.00 | $50.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $50.00 | $50.00 | $50.00 |
| Insurance | $588.00 | $588.00 | $588.00 |
| Total Expenses | $45,740.00 | $45,740.00 | $45,740.00 |
|  |  |  |  |
| Net Income | $227.87 | $15.69 | ($6,102.51) |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | ($522.13) | ($734.31) | ($6,852.51) |

| | April 2024 | May 2024 | June 2024 |
|---|---|---|---|
| Sales | $47,220.35 | $49,140.27 | $49,672.78 |
| Total Income | | | |
| | | | |
| Rent | $1,200.00 | $1,200.00 | $1,200.00 |
| General Payroll | $13,000.00 | $13,000.00 | $13,000.00 |
| Chief Executive Pay | $3,000.00 | $3,000.00 | $3,000.00 |
| Food | $18,548.00 | $18,548.00 | $18,548.00 |
| Buns | $60.00 | $60.00 | $60.00 |
| Store | $850.00 | $850.00 | $850.00 |
| Coca Cola Products | $750.00 | $750.00 | $750.00 |
| Electrical | $1,500.00 | $1,500.00 | $1,500.00 |
| Gas | $300.00 | $300.00 | $300.00 |
| Water and Trash | $800.00 | $800.00 | $800.00 |
| Cable | $330.00 | $330.00 | $330.00 |
| Rags | $400.00 | $400.00 | $400.00 |
| Beer | $1,600.00 | $1,600.00 | $1,600.00 |
| Liquor | $1,200.00 | $1,200.00 | $1,200.00 |
| Pest Control | $100.00 | $100.00 | $100.00 |
| Credit Card Processing | $1,100.00 | $1,100.00 | $1,100.00 |
| Dish | $50.00 | $50.00 | $50.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $50.00 | $50.00 | $50.00 |
| Insurance | $588.00 | $588.00 | $588.00 |
| Total Expenses | $45,740.00 | $45,740.00 | $45,740.00 |
| | | | |
| Net Income | $1,480.35 | $3,400.27 | $3,932.78 |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $730.35 | $2,650.27 | $3,182.78 |

|  | July 2024 | August 2024 | September 2024 |
|---|---|---|---|
| Sales | $46,999.93 | $47,478.88 | $51,910.97 |
| Total Income | | | |
| | | | |
| Rent | $1,200.00 | $1,200.00 | $1,200.00 |
| General Payroll | $13,000.00 | $13,000.00 | $13,000.00 |
| Chief Executive Pay | $3,000.00 | $3,000.00 | $3,000.00 |
| Food | $18,548.00 | $18,548.00 | $18,548.00 |
| Buns | $60.00 | $60.00 | $60.00 |
| Store | $850.00 | $850.00 | $850.00 |
| Coca Cola Products | $750.00 | $750.00 | $750.00 |
| Electrical | $1,500.00 | $1,500.00 | $1,500.00 |
| Gas | $300.00 | $300.00 | $300.00 |
| Water and Trash | $800.00 | $800.00 | $800.00 |
| Cable | $330.00 | $330.00 | $330.00 |
| Rags | $400.00 | $400.00 | $400.00 |
| Beer | $1,600.00 | $1,600.00 | $1,600.00 |
| Liquor | $1,200.00 | $1,200.00 | $1,200.00 |
| Pest Control | $100.00 | $100.00 | $100.00 |
| Credit Card Processing | $1,100.00 | $1,100.00 | $1,100.00 |
| Dish | $50.00 | $50.00 | $50.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $50.00 | $50.00 | $50.00 |
| Insurance | $588.00 | $588.00 | $588.00 |
| Total Expenses | $45,740.00 | $45,740.00 | $45,740.00 |
| | | | |
| Net Income | $1,259.93 | $1,738.88 | $6,170.97 |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $509.93 | $988.88 | $5,420.97 |

| | October 2024 | November 2024 | December 2024 |
|---|---|---|---|
| Sales | $56,401.77 | $48,130.87 | $47,512.87 |
| Total Income | | | |
| | | | |
| Rent | $1,200.00 | $1,200.00 | $1,200.00 |
| General Payroll | $13,000.00 | $13,000.00 | $13,000.00 |
| Chief Executive Pay | $3,000.00 | $3,000.00 | $3,000.00 |
| Food | $18,548.00 | $18,548.00 | $18,548.00 |
| Buns | $60.00 | $60.00 | $60.00 |
| Store | $850.00 | $850.00 | $850.00 |
| Coca Cola Products | $750.00 | $750.00 | $750.00 |
| Electrical | $1,500.00 | $1,500.00 | $1,500.00 |
| Gas | $300.00 | $300.00 | $300.00 |
| Water and Trash | $800.00 | $800.00 | $800.00 |
| Cable | $330.00 | $330.00 | $330.00 |
| Rags | $400.00 | $400.00 | $400.00 |
| Beer | $1,600.00 | $1,600.00 | $1,600.00 |
| Liquor | $1,200.00 | $1,200.00 | $1,200.00 |
| Pest Control | $100.00 | $100.00 | $100.00 |
| Credit Card Processing | $1,100.00 | $1,100.00 | $1,100.00 |
| Dish | $50.00 | $50.00 | $50.00 |
| Point of Sale System | $314.00 | $314.00 | $314.00 |
| Advertising | $50.00 | $50.00 | $50.00 |
| Insurance | $588.00 | $588.00 | $588.00 |
| Total Expenses | $45,740.00 | $45,740.00 | $45,740.00 |
| | | | |
| Net Income | $10,661.77 | $2,390.87 | $1,772.87 |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $9,911.77 | $1,640.87 | $1,022.87 |

| | January 2025 | February 2025 | March 2025 |
|---|---|---|---|
| Sales | $47,346.91 | $47,128.36 | $40,826.61 |
| Total Income | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| Rent | $1,236.00 | $1,236.00 | $1,236.00 |
| General Payroll | $13,390.00 | $13,390.00 | $13,390.00 |
| Chief Executive Pay | $3,090.00 | $3,090.00 | $3,090.00 |
| Food | $19,104.44 | $19,104.44 | $19,104.44 |
| Buns | $61.80 | $61.80 | $61.80 |
| Store | $875.50 | $875.50 | $875.50 |
| Coca Cola Products | $772.50 | $772.50 | $772.50 |
| Electrical | $1,545.00 | $1,545.00 | $1,545.00 |
| Gas | $309.00 | $309.00 | $309.00 |
| Water and Trash | $824.00 | $824.00 | $824.00 |
| Cable | $339.90 | $339.90 | $339.90 |
| Rags | $412.00 | $412.00 | $412.00 |
| Beer | $1,648.00 | $1,648.00 | $1,648.00 |
| Liquor | $1,236.00 | $1,236.00 | $1,236.00 |
| Pest Control | $103.00 | $103.00 | $103.00 |
| Credit Card Processing | $1,133.00 | $1,133.00 | $1,133.00 |
| Dish | $51.50 | $51.50 | $51.50 |
| Point of Sale System | $323.42 | $323.42 | $323.42 |
| Advertising | $51.50 | $51.50 | $51.50 |
| Insurance | $605.64 | $605.64 | $605.64 |
| Total Expenses | $47,112.20 | $47,112.20 | $47,112.20 |
| | | | |
| Net Income | $234.71 | $16.16 | ($6,285.59) |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | ($515.29) | ($733.84) | ($7,035.59) |

|  | April 2025 | May 2025 | June 2025 | July 2025 |
|---|---|---|---|---|
| Sales | $48,636.96 | $50,614.48 | $51,162.96 | $48,409.93 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,236.00 | $1,236.00 | $1,236.00 | $1,236.00 |
| General Payroll | $13,390.00 | $13,390.00 | $13,390.00 | $13,390.00 |
| Chief Executive Pay | $3,090.00 | $3,090.00 | $3,090.00 | $3,090.00 |
| Food | $19,104.44 | $19,104.44 | $19,104.44 | $19,104.44 |
| Buns | $61.80 | $61.80 | $61.80 | $61.80 |
| Store | $875.50 | $875.50 | $875.50 | $875.50 |
| Coca Cola Products | $772.50 | $772.50 | $772.50 | $772.50 |
| Electrical | $1,545.00 | $1,545.00 | $1,545.00 | $1,545.00 |
| Gas | $309.00 | $309.00 | $309.00 | $309.00 |
| Water and Trash | $824.00 | $824.00 | $824.00 | $824.00 |
| Cable | $339.90 | $339.90 | $339.90 | $339.90 |
| Rags | $412.00 | $412.00 | $412.00 | $412.00 |
| Beer | $1,648.00 | $1,648.00 | $1,648.00 | $1,648.00 |
| Liquor | $1,236.00 | $1,236.00 | $1,236.00 | $1,236.00 |
| Pest Control | $103.00 | $103.00 | $103.00 | $103.00 |
| Credit Card Processing | $1,133.00 | $1,133.00 | $1,133.00 | $1,133.00 |
| Dish | $51.50 | $51.50 | $51.50 | $51.50 |
| Point of Sale System | $323.42 | $323.42 | $323.42 | $323.42 |
| Advertising | $51.50 | $51.50 | $51.50 | $51.50 |
| Insurance | $605.64 | $605.64 | $605.64 | $605.64 |
| Total Expenses | $47,112.20 | $47,112.20 | $47,112.20 | $47,112.20 |
|  |  |  |  |  |
| Net Income | $1,524.76 | $3,502.28 | $4,050.76 | $1,297.73 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $774.76 | $2,752.28 | $3,300.76 | $547.73 |

| | August 2025 | September 2025 | October 2025 | November 2025 |
|---|---|---|---|---|
| Sales | $48,903.25 | $53,468.30 | $58,093.82 | $49,574.80 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,236.00 | $1,236.00 | $1,236.00 | $1,236.00 |
| General Payroll | $13,390.00 | $13,390.00 | $13,390.00 | $13,390.00 |
| Chief Executive Pay | $3,090.00 | $3,090.00 | $3,090.00 | $3,090.00 |
| Food | $19,104.44 | $19,104.44 | $19,104.44 | $19,104.44 |
| Buns | $61.80 | $61.80 | $61.80 | $61.80 |
| Store | $875.50 | $875.50 | $875.50 | $875.50 |
| Coca Cola Products | $772.50 | $772.50 | $772.50 | $772.50 |
| Electrical | $1,545.00 | $1,545.00 | $1,545.00 | $1,545.00 |
| Gas | $309.00 | $309.00 | $309.00 | $309.00 |
| Water and Trash | $824.00 | $824.00 | $824.00 | $824.00 |
| Cable | $339.90 | $339.90 | $339.90 | $339.90 |
| Rags | $412.00 | $412.00 | $412.00 | $412.00 |
| Beer | $1,648.00 | $1,648.00 | $1,648.00 | $1,648.00 |
| Liquor | $1,236.00 | $1,236.00 | $1,236.00 | $1,236.00 |
| Pest Control | $103.00 | $103.00 | $103.00 | $103.00 |
| Credit Card Processing | $1,133.00 | $1,133.00 | $1,133.00 | $1,133.00 |
| Dish | $51.50 | $51.50 | $51.50 | $51.50 |
| Point of Sale System | $323.42 | $323.42 | $323.42 | $323.42 |
| Advertising | $51.50 | $51.50 | $51.50 | $51.50 |
| Insurance | $605.64 | $605.64 | $605.64 | $605.64 |
| Total Expenses | $47,112.20 | $47,112.20 | $47,112.20 | $47,112.20 |
| | | | | |
| Net Income | $1,791.05 | $6,356.10 | $10,981.62 | $2,462.60 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $1,041.05 | $5,606.10 | $10,231.62 | $1,712.60 |

| | December 2025 | January 2026 | February 2026 |
|---|---|---|---|
| Sales | $48,938.26 | $48,767.31 | $48,542.21 |
| Total Income | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| Rent | $1,236.00 | $1,273.08 | $1,273.08 |
| General Payroll | $13,390.00 | $13,791.70 | $13,791.70 |
| Chief Executive Pay | $3,090.00 | $3,182.70 | $3,182.70 |
| Food | $19,104.44 | $19,677.57 | $19,677.57 |
| Buns | $61.80 | $63.65 | $63.65 |
| Store | $875.50 | $901.77 | $901.77 |
| Coca Cola Products | $772.50 | $795.68 | $795.68 |
| Electrical | $1,545.00 | $1,591.35 | $1,591.35 |
| Gas | $309.00 | $318.27 | $318.27 |
| Water and Trash | $824.00 | $848.72 | $848.72 |
| Cable | $339.90 | $350.10 | $350.10 |
| Rags | $412.00 | $424.36 | $424.36 |
| Beer | $1,648.00 | $1,697.44 | $1,697.44 |
| Liquor | $1,236.00 | $1,273.08 | $1,273.08 |
| Pest Control | $103.00 | $106.09 | $106.09 |
| Credit Card Processing | $1,133.00 | $1,166.99 | $1,166.99 |
| Dish | $51.50 | $53.05 | $53.05 |
| Point of Sale System | $323.42 | $333.12 | $333.12 |
| Advertising | $51.50 | $53.05 | $53.05 |
| Insurance | $605.64 | $623.81 | $623.81 |
| Total Expenses | $47,112.20 | $48,525.57 | $48,525.57 |
| | | | |
| Net Income | $1,826.06 | $241.75 | $16.65 |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $1,076.06 | ($508.25) | ($733.35) |

| | February 20262 | March 2026 | April 2026 | May 2026 |
|---|---|---|---|---|
| Sales | $42,051.41 | $50,096.07 | $52,132.91 | $52,697.85 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,273.08 | $1,273.08 | $1,273.08 | $1,273.08 |
| General Payroll | $13,791.70 | $13,791.70 | $13,791.70 | $13,791.70 |
| Chief Executive Pay | $3,182.70 | $3,182.70 | $3,182.70 | $3,182.70 |
| Food | $19,677.57 | $19,677.57 | $19,677.57 | $19,677.57 |
| Buns | $63.65 | $63.65 | $63.65 | $63.65 |
| Store | $901.77 | $901.77 | $901.77 | $901.77 |
| Coca Cola Products | $795.68 | $795.68 | $795.68 | $795.68 |
| Electrical | $1,591.35 | $1,591.35 | $1,591.35 | $1,591.35 |
| Gas | $318.27 | $318.27 | $318.27 | $318.27 |
| Water and Trash | $848.72 | $848.72 | $848.72 | $848.72 |
| Cable | $350.10 | $350.10 | $350.10 | $350.10 |
| Rags | $424.36 | $424.36 | $424.36 | $424.36 |
| Beer | $1,697.44 | $1,697.44 | $1,697.44 | $1,697.44 |
| Liquor | $1,273.08 | $1,273.08 | $1,273.08 | $1,273.08 |
| Pest Control | $106.09 | $106.09 | $106.09 | $106.09 |
| Credit Card Processing | $1,166.99 | $1,166.99 | $1,166.99 | $1,166.99 |
| Dish | $53.05 | $53.05 | $53.05 | $53.05 |
| Point of Sale System | $333.12 | $333.12 | $333.12 | $333.12 |
| Advertising | $53.05 | $53.05 | $53.05 | $53.05 |
| Insurance | $623.81 | $623.81 | $623.81 | $623.81 |
| Total Expenses | $48,525.57 | $48,525.57 | $48,525.57 | $48,525.57 |
| | | | | |
| Net Income | ($6,474.15) | $1,570.50 | $3,607.35 | $4,172.29 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | ($7,224.15) | $820.50 | $2,857.35 | $3,422.29 |

| | June 2026 | July 2026 | August 2026 | September 2026 |
|---|---|---|---|---|
| Sales | $49,862.23 | $50,370.34 | $55,072.35 | $59,836.64 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,273.08 | $1,273.08 | $1,273.08 | $1,273.08 |
| General Payroll | $13,791.70 | $13,791.70 | $13,791.70 | $13,791.70 |
| Chief Executive Pay | $3,182.70 | $3,182.70 | $3,182.70 | $3,182.70 |
| Food | $19,677.57 | $19,677.57 | $19,677.57 | $19,677.57 |
| Buns | $63.65 | $63.65 | $63.65 | $63.65 |
| Store | $901.77 | $901.77 | $901.77 | $901.77 |
| Coca Cola Products | $795.68 | $795.68 | $795.68 | $795.68 |
| Electrical | $1,591.35 | $1,591.35 | $1,591.35 | $1,591.35 |
| Gas | $318.27 | $318.27 | $318.27 | $318.27 |
| Water and Trash | $848.72 | $848.72 | $848.72 | $848.72 |
| Cable | $350.10 | $350.10 | $350.10 | $350.10 |
| Rags | $424.36 | $424.36 | $424.36 | $424.36 |
| Beer | $1,697.44 | $1,697.44 | $1,697.44 | $1,697.44 |
| Liquor | $1,273.08 | $1,273.08 | $1,273.08 | $1,273.08 |
| Pest Control | $106.09 | $106.09 | $106.09 | $106.09 |
| Credit Card Processing | $1,166.99 | $1,166.99 | $1,166.99 | $1,166.99 |
| Dish | $53.05 | $53.05 | $53.05 | $53.05 |
| Point of Sale System | $333.12 | $333.12 | $333.12 | $333.12 |
| Advertising | $53.05 | $53.05 | $53.05 | $53.05 |
| Insurance | $623.81 | $623.81 | $623.81 | $623.81 |
| Total Expenses | $48,525.57 | $48,525.57 | $48,525.57 | $48,525.57 |
| | | | | |
| Net Income | $1,336.66 | $1,844.78 | $6,546.78 | $11,311.07 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $586.66 | $1,094.78 | $5,796.78 | $10,561.07 |

|  | October 2026 | November 2026 | December 2026 |
|---|---|---|---|
| Sales | $51,062.04 | $50,406.40 | $50,230.33 |
| Total Income | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
| Rent | $1,273.08 | $1,273.08 | $1,311.27 |
| General Payroll | $13,791.70 | $13,791.70 | $14,205.45 |
| Chief Executive Pay | $3,182.70 | $3,182.70 | $3,278.18 |
| Food | $19,677.57 | $19,677.57 | $20,267.90 |
| Buns | $63.65 | $63.65 | $65.56 |
| Store | $901.77 | $901.77 | $928.82 |
| Coca Cola Products | $795.68 | $795.68 | $819.55 |
| Electrical | $1,591.35 | $1,591.35 | $1,639.09 |
| Gas | $318.27 | $318.27 | $327.82 |
| Water and Trash | $848.72 | $848.72 | $874.18 |
| Cable | $350.10 | $350.10 | $360.60 |
| Rags | $424.36 | $424.36 | $437.09 |
| Beer | $1,697.44 | $1,697.44 | $1,748.36 |
| Liquor | $1,273.08 | $1,273.08 | $1,311.27 |
| Pest Control | $106.09 | $106.09 | $109.27 |
| Credit Card Processing | $1,166.99 | $1,166.99 | $1,202.00 |
| Dish | $53.05 | $53.05 | $54.64 |
| Point of Sale System | $333.12 | $333.12 | $343.12 |
| Advertising | $53.05 | $53.05 | $54.64 |
| Insurance | $623.81 | $623.81 | $642.52 |
| Total Expenses | $48,525.57 | $48,525.57 | $49,981.33 |
|  |  |  |  |
| Net Income | $2,536.47 | $1,880.84 | $249.00 |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $1,786.47 | $1,130.84 | ($501.00) |

| | January 2027 | February 2027 | March 2027 | April 2027 |
|---|---|---|---|---|
| Sales | $49,998.48 | $43,312.96 | $51,598.95 | $53,696.90 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,311.27 | $1,311.27 | $1,311.27 | $1,311.27 |
| General Payroll | $14,205.45 | $14,205.45 | $14,205.45 | $14,205.45 |
| Chief Executive Pay | $3,278.18 | $3,278.18 | $3,278.18 | $3,278.18 |
| Food | $20,267.90 | $20,267.90 | $20,267.90 | $20,267.90 |
| Buns | $65.56 | $65.56 | $65.56 | $65.56 |
| Store | $928.82 | $928.82 | $928.82 | $928.82 |
| Coca Cola Products | $819.55 | $819.55 | $819.55 | $819.55 |
| Electrical | $1,639.09 | $1,639.09 | $1,639.09 | $1,639.09 |
| Gas | $327.82 | $327.82 | $327.82 | $327.82 |
| Water and Trash | $874.18 | $874.18 | $874.18 | $874.18 |
| Cable | $360.60 | $360.60 | $360.60 | $360.60 |
| Rags | $437.09 | $437.09 | $437.09 | $437.09 |
| Beer | $1,748.36 | $1,748.36 | $1,748.36 | $1,748.36 |
| Liquor | $1,311.27 | $1,311.27 | $1,311.27 | $1,311.27 |
| Pest Control | $109.27 | $109.27 | $109.27 | $109.27 |
| Credit Card Processing | $1,202.00 | $1,202.00 | $1,202.00 | $1,202.00 |
| Dish | $54.64 | $54.64 | $54.64 | $54.64 |
| Point of Sale System | $343.12 | $343.12 | $343.12 | $343.12 |
| Advertising | $54.64 | $54.64 | $54.64 | $54.64 |
| Insurance | $642.52 | $642.52 | $642.52 | $642.52 |
| Total Expenses | $49,981.33 | $49,981.33 | $49,981.33 | $49,981.33 |
| | | | | |
| Net Income | $17.14 | ($6,668.38) | $1,617.62 | $3,715.57 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | ($732.86) | ($7,418.38) | $867.62 | $2,965.57 |

| | May 2027 | June 2027 | July 2027 | August 2027 |
|---|---|---|---|---|
| Sales | $54,278.79 | $51,358.09 | $51,881.45 | $56,724.52 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,311.27 | $1,311.27 | $1,311.27 | $1,311.27 |
| General Payroll | $14,205.45 | $14,205.45 | $14,205.45 | $14,205.45 |
| Chief Executive Pay | $3,278.18 | $3,278.18 | $3,278.18 | $3,278.18 |
| Food | $20,267.90 | $20,267.90 | $20,267.90 | $20,267.90 |
| Buns | $65.56 | $65.56 | $65.56 | $65.56 |
| Store | $928.82 | $928.82 | $928.82 | $928.82 |
| Coca Cola Products | $819.55 | $819.55 | $819.55 | $819.55 |
| Electrical | $1,639.09 | $1,639.09 | $1,639.09 | $1,639.09 |
| Gas | $327.82 | $327.82 | $327.82 | $327.82 |
| Water and Trash | $874.18 | $874.18 | $874.18 | $874.18 |
| Cable | $360.60 | $360.60 | $360.60 | $360.60 |
| Rags | $437.09 | $437.09 | $437.09 | $437.09 |
| Beer | $1,748.36 | $1,748.36 | $1,748.36 | $1,748.36 |
| Liquor | $1,311.27 | $1,311.27 | $1,311.27 | $1,311.27 |
| Pest Control | $109.27 | $109.27 | $109.27 | $109.27 |
| Credit Card Processing | $1,202.00 | $1,202.00 | $1,202.00 | $1,202.00 |
| Dish | $54.64 | $54.64 | $54.64 | $54.64 |
| Point of Sale System | $343.12 | $343.12 | $343.12 | $343.12 |
| Advertising | $54.64 | $54.64 | $54.64 | $54.64 |
| Insurance | $642.52 | $642.52 | $642.52 | $642.52 |
| Total Expenses | $49,981.33 | $49,981.33 | $49,981.33 | $49,981.33 |
| | | | | |
| Net Income | $4,297.45 | $1,376.76 | $1,900.12 | $6,743.19 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $3,547.45 | $626.76 | $1,150.12 | $5,993.19 |

| | September 2027 | October 2027 | November 2027 |
|---|---|---|---|
| Sales | $61,631.74 | $52,593.90 | $51,918.60 |
| Total Income | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| Rent | $1,311.27 | $1,311.27 | $1,311.27 |
| General Payroll | $14,205.45 | $14,205.45 | $14,205.45 |
| Chief Executive Pay | $3,278.18 | $3,278.18 | $3,278.18 |
| Food | $20,267.90 | $20,267.90 | $20,267.90 |
| Buns | $65.56 | $65.56 | $65.56 |
| Store | $928.82 | $928.82 | $928.82 |
| Coca Cola Products | $819.55 | $819.55 | $819.55 |
| Electrical | $1,639.09 | $1,639.09 | $1,639.09 |
| Gas | $327.82 | $327.82 | $327.82 |
| Water and Trash | $874.18 | $874.18 | $874.18 |
| Cable | $360.60 | $360.60 | $360.60 |
| Rags | $437.09 | $437.09 | $437.09 |
| Beer | $1,748.36 | $1,748.36 | $1,748.36 |
| Liquor | $1,311.27 | $1,311.27 | $1,311.27 |
| Pest Control | $109.27 | $109.27 | $109.27 |
| Credit Card Processing | $1,202.00 | $1,202.00 | $1,202.00 |
| Dish | $54.64 | $54.64 | $54.64 |
| Point of Sale System | $343.12 | $343.12 | $343.12 |
| Advertising | $54.64 | $54.64 | $54.64 |
| Insurance | $642.52 | $642.52 | $642.52 |
| Total Expenses | $49,981.33 | $49,981.33 | $49,981.33 |
| | | | |
| Net Income | $11,650.40 | $2,612.57 | $1,937.26 |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $10,900.40 | $1,862.57 | $1,187.26 |

| | December 2027 | Januayr 2028 | February 2028 |
|---|---|---|---|
| Sales | $51,737.24 | $51,498.43 | $44,612.34 |
| Total Income | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| Rent | $1,350.61 | $1,350.61 | $1,350.61 |
| General Payroll | $14,631.61 | $14,631.61 | $14,631.61 |
| Chief Executive Pay | $3,376.53 | $3,376.53 | $3,376.53 |
| Food | $20,875.94 | $20,875.94 | $20,875.94 |
| Buns | $67.53 | $67.53 | $67.53 |
| Store | $956.68 | $956.68 | $956.68 |
| Coca Cola Products | $844.13 | $844.13 | $844.13 |
| Electrical | $1,688.26 | $1,688.26 | $1,688.26 |
| Gas | $337.65 | $337.65 | $337.65 |
| Water and Trash | $900.41 | $900.41 | $900.41 |
| Cable | $371.42 | $371.42 | $371.42 |
| Rags | $450.20 | $450.20 | $450.20 |
| Beer | $1,800.81 | $1,800.81 | $1,800.81 |
| Liquor | $1,350.61 | $1,350.61 | $1,350.61 |
| Pest Control | $112.55 | $112.55 | $112.55 |
| Credit Card Processing | $1,238.06 | $1,238.06 | $1,238.06 |
| Dish | $56.28 | $56.28 | $56.28 |
| Point of Sale System | $353.41 | $353.41 | $353.41 |
| Advertising | $56.28 | $56.28 | $56.28 |
| Insurance | $661.80 | $661.80 | $661.80 |
| Total Expenses | $51,480.77 | $51,480.77 | $51,480.77 |
| | | | |
| Net Income | $256.47 | $17.66 | ($6,868.43) |
| Plan Patments | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | ($493.53) | ($732.34) | ($7,618.43) |

| | March 2028 | April 2028 | May 2028 | June 2028 |
|---|---|---|---|---|
| Sales | $53,146.92 | $55,307.81 | $55,907.15 | $52,898.84 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,350.61 | $1,350.61 | $1,350.61 | $1,350.61 |
| General Payroll | $14,631.61 | $14,631.61 | $14,631.61 | $14,631.61 |
| Chief Executive Pay | $3,376.53 | $3,376.53 | $3,376.53 | $3,376.53 |
| Food | $20,875.94 | $20,875.94 | $20,875.94 | $20,875.94 |
| Buns | $67.53 | $67.53 | $67.53 | $67.53 |
| Store | $956.68 | $956.68 | $956.68 | $956.68 |
| Coca Cola Products | $844.13 | $844.13 | $844.13 | $844.13 |
| Electrical | $1,688.26 | $1,688.26 | $1,688.26 | $1,688.26 |
| Gas | $337.65 | $337.65 | $337.65 | $337.65 |
| Water and Trash | $900.41 | $900.41 | $900.41 | $900.41 |
| Cable | $371.42 | $371.42 | $371.42 | $371.42 |
| Rags | $450.20 | $450.20 | $450.20 | $450.20 |
| Beer | $1,800.81 | $1,800.81 | $1,800.81 | $1,800.81 |
| Liquor | $1,350.61 | $1,350.61 | $1,350.61 | $1,350.61 |
| Pest Control | $112.55 | $112.55 | $112.55 | $112.55 |
| Credit Card Processing | $1,238.06 | $1,238.06 | $1,238.06 | $1,238.06 |
| Dish | $56.28 | $56.28 | $56.28 | $56.28 |
| Point of Sale System | $353.41 | $353.41 | $353.41 | $353.41 |
| Advertising | $56.28 | $56.28 | $56.28 | $56.28 |
| Insurance | $661.80 | $661.80 | $661.80 | $661.80 |
| Total Expenses | $51,480.77 | $51,480.77 | $51,480.77 | $51,480.77 |
| | | | | |
| Net Income | $1,666.15 | $3,827.03 | $4,426.38 | $1,418.06 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $916.15 | $3,077.03 | $3,676.38 | $668.06 |

| | July 2028 | August 2028 | September 2028 | October 2028 |
|---|---|---|---|---|
| Sales | $53,437.90 | $58,426.25 | $63,480.69 | $54,171.72 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,350.61 | $1,350.61 | $1,350.61 | $1,350.61 |
| General Payroll | $14,631.61 | $14,631.61 | $14,631.61 | $14,631.61 |
| Chief Executive Pay | $3,376.53 | $3,376.53 | $3,376.53 | $3,376.53 |
| Food | $20,875.94 | $20,875.94 | $20,875.94 | $20,875.94 |
| Buns | $67.53 | $67.53 | $67.53 | $67.53 |
| Store | $956.68 | $956.68 | $956.68 | $956.68 |
| Coca Cola Products | $844.13 | $844.13 | $844.13 | $844.13 |
| Electrical | $1,688.26 | $1,688.26 | $1,688.26 | $1,688.26 |
| Gas | $337.65 | $337.65 | $337.65 | $337.65 |
| Water and Trash | $900.41 | $900.41 | $900.41 | $900.41 |
| Cable | $371.42 | $371.42 | $371.42 | $371.42 |
| Rags | $450.20 | $450.20 | $450.20 | $450.20 |
| Beer | $1,800.81 | $1,800.81 | $1,800.81 | $1,800.81 |
| Liquor | $1,350.61 | $1,350.61 | $1,350.61 | $1,350.61 |
| Pest Control | $112.55 | $112.55 | $112.55 | $112.55 |
| Credit Card Processing | $1,238.06 | $1,238.06 | $1,238.06 | $1,238.06 |
| Dish | $56.28 | $56.28 | $56.28 | $56.28 |
| Point of Sale System | $353.41 | $353.41 | $353.41 | $353.41 |
| Advertising | $56.28 | $56.28 | $56.28 | $56.28 |
| Insurance | $661.80 | $661.80 | $661.80 | $661.80 |
| Total Expenses | $51,480.77 | $51,480.77 | $51,480.77 | $51,480.77 |
| | | | | |
| Net Income | $1,957.12 | $6,945.48 | $11,999.92 | $2,690.95 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $1,207.12 | $6,195.48 | $11,249.92 | $1,940.95 |

| | November 2028 | December 2028 | January 2029 | February 2029 |
|---|---|---|---|---|
| Sales | $53,476.15 | $53,289.36 | $53,043.39 | $45,950.71 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,350.61 | $1,391.13 | $1,391.13 | $1,391.13 |
| General Payroll | $14,631.61 | $15,070.56 | $15,070.56 | $15,070.56 |
| Chief Executive Pay | $3,376.53 | $3,477.82 | $3,477.82 | $3,477.82 |
| Food | $20,875.94 | $21,502.22 | $21,502.22 | $21,502.22 |
| Buns | $67.53 | $69.56 | $69.56 | $69.56 |
| Store | $956.68 | $985.38 | $985.38 | $985.38 |
| Coca Cola Products | $844.13 | $869.46 | $869.46 | $869.46 |
| Electrical | $1,688.26 | $1,738.91 | $1,738.91 | $1,738.91 |
| Gas | $337.65 | $347.78 | $347.78 | $347.78 |
| Water and Trash | $900.41 | $927.42 | $927.42 | $927.42 |
| Cable | $371.42 | $382.56 | $382.56 | $382.56 |
| Rags | $450.20 | $463.71 | $463.71 | $463.71 |
| Beer | $1,800.81 | $1,854.84 | $1,854.84 | $1,854.84 |
| Liquor | $1,350.61 | $1,391.13 | $1,391.13 | $1,391.13 |
| Pest Control | $112.55 | $115.93 | $115.93 | $115.93 |
| Credit Card Processing | $1,238.06 | $1,275.20 | $1,275.20 | $1,275.20 |
| Dish | $56.28 | $57.96 | $57.96 | $57.96 |
| Point of Sale System | $353.41 | $364.01 | $364.01 | $364.01 |
| Advertising | $56.28 | $57.96 | $57.96 | $57.96 |
| Insurance | $661.80 | $681.65 | $681.65 | $681.65 |
| Total Expenses | $51,480.77 | $53,025.20 | $53,025.20 | $53,025.20 |
| | | | | |
| Net Income | $1,995.38 | $264.16 | $18.19 | ($7,074.48) |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $1,245.38 | ($485.84) | ($731.81) | ($7,824.48) |

| | March 2029 | April 2029 | May 2029 | June 2029 |
|---|---|---|---|---|
| Sales | $54,741.33 | $56,967.04 | $57,584.37 | $54,485.80 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 |
| General Payroll | $15,070.56 | $15,070.56 | $15,070.56 | $15,070.56 |
| Chief Executive Pay | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 |
| Food | $21,502.22 | $21,502.22 | $21,502.22 | $21,502.22 |
| Buns | $69.56 | $69.56 | $69.56 | $69.56 |
| Store | $985.38 | $985.38 | $985.38 | $985.38 |
| Coca Cola Products | $869.46 | $869.46 | $869.46 | $869.46 |
| Electrical | $1,738.91 | $1,738.91 | $1,738.91 | $1,738.91 |
| Gas | $347.78 | $347.78 | $347.78 | $347.78 |
| Water and Trash | $927.42 | $927.42 | $927.42 | $927.42 |
| Cable | $382.56 | $382.56 | $382.56 | $382.56 |
| Rags | $463.71 | $463.71 | $463.71 | $463.71 |
| Beer | $1,854.84 | $1,854.84 | $1,854.84 | $1,854.84 |
| Liquor | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 |
| Pest Control | $115.93 | $115.93 | $115.93 | $115.93 |
| Credit Card Processing | $1,275.20 | $1,275.20 | $1,275.20 | $1,275.20 |
| Dish | $57.96 | $57.96 | $57.96 | $57.96 |
| Point of Sale System | $364.01 | $364.01 | $364.01 | $364.01 |
| Advertising | $57.96 | $57.96 | $57.96 | $57.96 |
| Insurance | $681.65 | $681.65 | $681.65 | $681.65 |
| Total Expenses | $53,025.20 | $53,025.20 | $53,025.20 | $53,025.20 |
| | | | | |
| Net Income | $1,716.13 | $3,941.84 | $4,559.17 | $1,460.60 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $966.13 | $3,191.84 | $3,809.17 | $710.60 |

| | July 2029 | August 2029 | September 2029 | October 2029 | November 2029 |
|---|---|---|---|---|---|
| Sales | $55,041.03 | $60,179.04 | $65,385.11 | $55,796.87 | $55,080.44 |
| Total Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 |
| General Payroll | $15,070.56 | $15,070.56 | $15,070.56 | $15,070.56 | $15,070.56 |
| Chief Executive Pay | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 | $3,477.82 |
| Food | $21,502.22 | $21,502.22 | $21,502.22 | $21,502.22 | $21,502.22 |
| Buns | $69.56 | $69.56 | $69.56 | $69.56 | $69.56 |
| Store | $985.38 | $985.38 | $985.38 | $985.38 | $985.38 |
| Coca Cola Products | $869.46 | $869.46 | $869.46 | $869.46 | $869.46 |
| Electrical | $1,738.91 | $1,738.91 | $1,738.91 | $1,738.91 | $1,738.91 |
| Gas | $347.78 | $347.78 | $347.78 | $347.78 | $347.78 |
| Water and Trash | $927.42 | $927.42 | $927.42 | $927.42 | $927.42 |
| Cable | $382.56 | $382.56 | $382.56 | $382.56 | $382.56 |
| Rags | $463.71 | $463.71 | $463.71 | $463.71 | $463.71 |
| Beer | $1,854.84 | $1,854.84 | $1,854.84 | $1,854.84 | $1,854.84 |
| Liquor | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 | $1,391.13 |
| Pest Control | $115.93 | $115.93 | $115.93 | $115.93 | $115.93 |
| Credit Card Processing | $1,275.20 | $1,275.20 | $1,275.20 | $1,275.20 | $1,275.20 |
| Dish | $57.96 | $57.96 | $57.96 | $57.96 | $57.96 |
| Point of Sale System | $364.01 | $364.01 | $364.01 | $364.01 | $364.01 |
| Advertising | $57.96 | $57.96 | $57.96 | $57.96 | $57.96 |
| Insurance | $681.65 | $681.65 | $681.65 | $681.65 | $681.65 |
| Total Expenses | $53,025.20 | $53,025.20 | $53,025.20 | $53,025.20 | $53,025.20 |
| | | | | | |
| Net Income | $2,015.84 | $7,153.85 | $12,359.91 | $2,771.67 | $2,055.24 |
| Plan Patments | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| Net of Plan Payment | $1,265.84 | $6,403.85 | $11,609.91 | $2,021.67 | $1,305.24 |

| | December 2029 |
|---|---|
| Sales | $54,888.04 |
| Total Income | $0.00 |
| | $0.00 |
| Rent | $1,432.86 |
| General Payroll | $15,522.68 |
| Chief Executive Pay | $3,582.16 |
| Food | $22,147.28 |
| Buns | $71.64 |
| Store | $1,014.94 |
| Coca Cola Products | $895.54 |
| Electrical | $1,791.08 |
| Gas | $358.22 |
| Water and Trash | $955.24 |
| Cable | $394.04 |
| Rags | $477.62 |
| Beer | $1,910.48 |
| Liquor | $1,432.86 |
| Pest Control | $119.41 |
| Credit Card Processing | $1,313.46 |
| Dish | $59.70 |
| Point of Sale System | $374.93 |
| Advertising | $59.70 |
| Insurance | $702.10 |
| Total Expenses | $54,615.95 |
| | |
| Net Income | $272.09 |
| Plan Patments | $750.00 |
| Net of Plan Payment | ($477.91) |