| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum | Undisputed Sum |
|:-----:|:------------:|----------|-------:|------------:|-------------:|---------------:|
| 2 | 1 | Good Funding, LLC | $26,945.75 | $26,945.75 | $0.00 | $3,420.75 |
| 4 | 2 | Rewards Network Establishment Services | $17,376.15 | $0.00 | $0.00 | $17,376.15 |
| 3 | 3 | Alerus Financial, N.A. | $351,248.41 | $0.00 | $0.00 | $351,248.41 |
| 1 | 6 (filed in Bourbon Street Matter) | Funding Metrics LLC | $55,160.00 | $55,160.00 | $0.00 | $35,000.00 |
| 4 | n/a | T R Farm | $1,680.00 | $0.00 | $0.00 | $1,680.00 |
| 4 | n/a | Legend Funding | $45,000.00 | $0.00 | $0.00 | $45,000.00 |
| 4 | n/a | US Foods, Inc. | $0.00 | $0.00 | $0.00 | $0.00 |