UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30246 |
|---|---|
| BOURBON STREET LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/1/2023, I did cause a copy of the following documents, described below,

First Interim Application of Thomas J Kapusta for Subchapter V Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/1/2023

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30246 |
|---|---|
| BOURBON STREET LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 11/1/2023, a copy of the following documents, described below,

First Interim Application of Thomas J Kapusta for Subchapter V Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled certify/are not served were not served via First Class USPS Mail Service.

CASE INFO                                    EXCLUDE                                      DEBTOR
  LABEL MATRIX FOR LOCAL NOTICING            (U)ALERUS FINANCIAL  NA                      BOURBON STREET LLC
NCRS ADDRESS DOWNLOAD                                                                     1730 13TH AVENUE N
CASE 23-30246                                                                             GRAND FORKS  ND 58203-2317
DISTRICT OF NORTH DAKOTA
WED NOV 1 11-43-14 PST 2023




CHOICE FINANCIAL GROUP                       COLE CREEK LLC                               FUNDING METRICS LLC
4501 23RD AVENUE SOUTH                       5893 COLE CREEK DRIVE                        CO GIULIANO LAW PC
FARGO  ND 58104-8782                         GRAND FORKS  ND 58201-3219                   ANTHONY GIULIANO  ESQ
                                                                                          445 BROADHOLLOW RD
                                                                                          SUITE 25
                                                                                          MELVILLE  NY 11747-3645


                                             EXCLUDE
GANNETT PEAK  LLC                            (U)KAPITUS SERVICING INC  AS SERVICING       PETRI ENTERPRISES  LLC
28 CENTER AVENUE N                           AGENT F                                      28 CENTER AVENUE N
MAYVILLE  ND 58257-1141                                                                   MAYVILLE  ND 58257-1141



EXCLUDE
US BANKRUPTCY COURT                          ALERUS FINANCIAL  NA                         ANTHONY GIULIANO  ESQ
655 1ST AVENUE NORTH  SUITE 210              CO TRACY A KENNEDY                           445 BROADHOLLOW RD
FARGO  ND 58102-4932                         ZIMNEY FOSTER  PC                            SUITE 25
                                             3100 SOUTH COLUMBIA ROAD  SUITE 200          MELVILLE  NY 11747-3645
                                             GRAND FORKS  ND 58201-6062



BYZFUNDER FUNDING LLC                        CHOICE BANK                                  CHOICE FINANCIAL GROUP
CO COGENCY GLOBAL  INC  REGISTERED AGE       4501 23RD AVE S                              GRAND FORKS NORTH 1697 S 42ND STREET
850 NEW BURTON ROAD SUITE 201                FARGO ND 58104-8782                          GRAND FORKS  ND 58201-3740
DOVER  DE 19904-5786




CHOICE FINANCIAL GROUP                       CINTAS CORPORATION 2                         COCA COLA BOTTLING COMPANY HIGH COUNTR
CO JOHN M KRINGS  JR                         6800 CINTAS BOULEVARD CHRISTINE WEST         2150 COCA COLA LANE
KALER DOELING  PLLP                          MASON  OH 45040-9151                         RAPID CITY  SD 57702-9358
PO BOX 9231
FARGO  ND 58106-9231



COLE CREEK LLC                               COLE CREEK LLC                               CORPORATION SERVICE COMPANY  AS
ATTN JEROME GERSZEWSKI                       CO MICHAEL L GUST                            REPRESEN
5893 COLE CREEK DRIVE                        ABST LAW  PC                                 PO BOX 2576
GRAND FORKS  ND 58201-3219                   4132 30TH AVENUE SOUTH  SUITE 100            SPRINGFIELD  IL 62708-2576
                                             FARGO  ND 58104-8407



FUNDING METRICS LLC                          FUNDING METRICS LLC DBA MICRO ADVANCE        INTERNAL REVENUE SERVICE
CO GIULIANO LAW PC                           CO GIULIANO LAW PC                           PO BOX 7346
445 BROADHOLLOW RD  SUITE 25                 445 BROADHOLLOW RD                           PHILADELPHIA  PA 19101-7346
MELVILLE  NY 11747-3645                      SUITE 25
                                             MELVILLE  NY 11747-3645




LISTEN  INC                                  MARK PETRI                                   MIDCO
2100 SOUTH WASHINGTON STREET                 28 CENTER AVENUE N PO BOX 531                PO BOX 5010
GRAND FORKS  ND 58201-6344                   MAYVILLE  ND 58257-0531                      SIOUX FALLS  SD 57117-5010
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled IDNTIFY/EXCL SRVCS were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| (P)NATIONAL FUNDING<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | NORTH DAKOTA OFFICE OF STATE TAX<br>COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 | EXCLUDE<br>(P)(D)NATIONAL FUNDING , INC<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 |
| EXCLUDE<br>(P)(D)NATIONAL FUNDING , INC<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | REWARDS NETWORK ESTABLISHMENT SERVICES<br>540 W MADISON STREET SUITE 2400<br>CHICAGO   IL 60661-2562 | RUSTY STEFFAN<br>1617 15TH AVE NE<br>GRAND FORKS   ND 58201-9616 |
| SAMS WEST  INC<br>CO C T CORPORATION SYSTEM<br>124 WEST CAPITOL AVENUE SUITE 1900<br>LITTLE ROCK   AR 72201-3717 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS   MN 55415-1320 | SPENCER FANE LLP<br>CO ELIZBETH M LALLY<br>13815 FNB PARKWAY  SUITE 200<br>OMAHA   NE 68154-5219 |
| US FOODS  INC<br>9399 WEST HIGGINS ROAD SUITE 500<br>DES PLAINES   IL 60018-4992 | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 |
| THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS   SD 57109-0624 | | |

COURT'S LIST OF ECF (ELECTRONIC SERVICE) RECIPIENTS

(U.S. Trustee)
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
represented by:
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

sarah.j.wencil@usdoj.gov

(Interested Party)
Petri Enterprises, LLC
28 Center Avenue N
Mayville, ND 58257
Tax ID / EIN: 26-0739476
represented by:
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

(Trustee)
Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109

tkapusta@aol.com


(Creditor)
Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC
represented by:
Elizabeth Lally
Spencer Fane, LLP
13815 FNB Parkway
Suite 200
Omaha, NE 68154

elally@spencerfane.com

(Interested Party)
Gannett Peak, LLC
28 Center Avenue N
Mayville, ND 58257
Tax ID / EIN: 83-3615787
represented by:
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

(Interested Party)
Funding Metrics LLC
c/o Giuliano Law PC
Anthony Giuliano, Esq.
445 Broadhollow Rd.
Suite 25
Melville, NY 11747United States
represented by:
Anthony F. Giuliano
Giuliano Law P.C.
445 Broadhollow Rd.
Ste. 25
Melville, NY 11747

afg@glpcny.com


(Creditor)
Cole Creek LLC
5893 Cole Creek Drive
Grand Forks, ND 58201
represented by:
Michael Gust
Anderson, Bottrell, Sanden & Thompson
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247

mlgfilings@andersonbottrell.com

(Creditor)
Choice Financial Group
4501 23rd Avenue South
Fargo, ND 58103
represented by:
John M Krings, Jr.
Kaler Doeling, PLLP
3429 Interstate Blvd. S.
Fargo, ND 58103

john@kaler-doeling.com

(Debtor)
Bourbon Street LLC
1730 13th Avenue N
Grand Forks, ND 58203
Tax ID / EIN: 86-2751435
represented by:
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com


John D. Schroeder
Zimney Foster P.C.
3100 S. Columbia Road, Ste. 200
Grand Forks, ND 58201

jschroeder@northdakotalaw.net

(Creditor)
Alerus Financial, N.A.
represented by:
Tracy A. Kennedy
Zimney, Foster, PC
3100 South Columbia Road, Suite 200
Grand Forks, ND 58201

tracykennedy@northdakotalaw.net