IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30246 |
| Bourbon Street LLC, ) | Chapter 11 – Subchapter V |
| d/b/a La Cantina, et al. ) | |
| ) | |
| Debtors, Jointly Administered. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2023, I caused a copy of (i) this Honorable Court's Scheduling Order; (ii) Petri Enterprises, LLC's Plan of Reorganization; and (iii) a class 1 ballot, to be sent, postage prepaid, to:

FINANCIAL PACIFIC LEASING, INC.
3455 S. 344TH WAY
SUITE 300
FEDERAL WAY WA 98001

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Petri Enterprises, LLC's Plan of Reorganization (DE #108); and (iii) a class 2 ballot, to be sent, postage prepaid, to:

KAPITUS SERVICING, INC. AS AGENT OF
KAPITUS, LLC
120 W. 45TH STREET, 4TH FLOOR
ATTN: CAROLINA BAEZ
NEW YORK NY 10036

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Petri Enterprises, LLC's Plan of Reorganization (DE #108); (iii) Gannett Peak, LLC's Plan of Reorganization (DE #109); and (iv) a class 3 ballot for both plans, to be sent, via e-mail, to counsel of record for Alerus Financial, N.A.

1

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Petri Enterprises, LLC's Plan of Reorganization (DE #108); and (iii) a class 4 ballot, to be sent, postage prepaid, to:

US BANK, NATIONAL ASSOCIATION
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

REWARDS NETWORK ESTABLISHMENT SERVICES
540 W. MADISON STREET
SUITE 2400
CHICAGO IL 60661

BMI
10 MUSIC SQUARE EAST
NASHVILLE TN 37203

ASCAP
PO BOX 331608
ATTN: ACCOUNT SERVICES
NASHVILLE TN 37203

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Gannett Peak, LLC's Plan of Reorganization (DE #109); and (iii) a class 1 ballot, to be sent, postage prepaid, as well as via e-mail, to:

FUNDING METRICS LLC
C/O GIULIANO LAW PC
445 BROADHOLLOW RD., SUITE 25
MELVILLE NY 11747

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Gannett Peak, LLC's Plan of Reorganization (DE #109); and (iii) a class 2 ballot, to be sent, postage prepaid, to:

GOOD FUNDING, LLC
C/O AUBREY THRASHER, LLC
12 POWDER SPRINGS STREET, SUITE 240
MARIETTA GA 30064

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Gannett Peak, LLC's Plan of Reorganization (DE #109); and (iii) a class 4 ballot, to be sent, postage prepaid, to:

LEGEND FUNDING
800 BRICKELL AVENUE
SUITE 902
MIAMI FL 33131

REWARDS NETWORK ESTABLISHMENT SERVICES
540 W. MADISON ST., SUITE 2400
CHICAGO IL 60661

T R FARM
PO BOX 369
GRAFTON ND 58237

I FURTHER CERTIFY that on the same date, I caused a copy of (i) this Honorable Court's Scheduling Order (DE #85); (ii) Gannett Peak, LLC's Plan of Reorganization (DE #109); and (iii) Petri Enterprises, LLC's Plan of Reorganization (DE #108), to be sent, postage prepaid, to:

AMERIPRIDE SERVICES, AN
ARAMARK COMPANY
868 3RD STREET S
SUITE 102
WAITE PARK, MN 56387-2320

C T CORPORATION SYSTEM, AS REPRESENTATIV
ATTN: SPRS
330 N BRAND BLVD
SUITE 700
GLENDALE, CA 91203-2336

COCA COLA BOTTLING COMPANY HIGH COUNTRY
2150 COCA COLA LANE
RAPID CITY, SD 57702-9358

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

L.I.S.T.E.N., INC.
2100 SOUTH WASHINGTON STREET
GRAND FORKS, ND 58201-6344

MARK PETRI
28 CENTER AVENUE N
PO BOX 531
MAYVILLE, ND 58257-0531

MIDCO
PO BOX 5010
SIOUX FALLS, SD 57117-5010

NORTH DAKOTA OFFICE OF STATE TAX COMMISS
600 E. BOULEVARD AVE.
DEPT. 127
BISMARCK, ND 58505-0602

3

| | |
|---|---|
| US FOODS, INC.<br>9399 WEST HIGGINS ROAD<br>SUITE 500<br>DES PLAINES, IL 60018-4992 | WYOMING FLATS LLC<br>PO BOX 531<br>MAYVILLE, ND 58257-0531<br><br>REGISTERED AGENTS INC.<br>7901 4TH STREET N SUITE 300<br>SAINT PETERSBURG, FL 33702-4399 |

                                          Respectfully submitted,

Dated: November 2, 2023    By:    /s/ Maurice B. VerStandig
                                                   Maurice B. VerStandig, Esq.
                                                   The Dakota Bankruptcy Firm
                                                   1630 1st Avenue N
                                                   Suite B PMB 24
                                                   Fargo, North Dakota 58102-4246
                                                   Phone: (701) 394-3215
                                                   mac@dakotabankruptcy.com
                                                   *Counsel for the Debtors*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of November, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                /s/ Maurice B. VerStandig
                                                                Maurice B. VerStandig