UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

PETRI ENTERPRISES, LLC

CASE NO: 23-30247

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 11/2/2023, I did cause a copy of the following documents, described below,

First Interim Application and Notice of Application for Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/2/2023

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30247 |
|---|---|
| PETRI ENTERPRISES, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 11/2/2023, a copy of the following documents, described below,

First Interim Application and Notice of Application for Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/2/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

CASE INFO                                                                    DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING     ALERUS FINANCIAL  NA                    PETRI ENTERPRISES  LLC
NCRS ADDRESS DOWNLOAD                PO BOX 6001                             28 CENTER AVENUE N
CASE 23-30247                        GRAND FORKS  ND 58206-6001              MAYVILLE  ND 58257-1141
DISTRICT OF NORTH DAKOTA
THU NOV 2 11-59-5 PST 2023


EXCLUDE
US BANKRUPTCY COURT                  ALERUS FINANCIAL  NA                    ALERUS FINANCIAL  NA
655 1ST AVENUE NORTH  SUITE 210      2300 S COLUMBIA ROAD                    CO ZIMNEY FOSTER PC
FARGO  ND 58102-4932                 GRAND FORKS  ND 58201-5826              ATTN JOHN D SCHROEDER
                                                                             3100 S COLUMBIA ROAD  SUITE 200
                                                                             GRAND FORKS  ND 58201-6062



AMERIPRIDE SERVICES  AN ARAMARK COMPANY   C T CORPORATION SYSTEM  AS         COCA COLA BOTTLING COMPANY HIGH COUNTR
868 3RD STREET S SUITE 102           REPRESENTATIV                           2150 COCA COLA LANE
WAITE PARK  MN 56387-2320            ATTN SPRS                               RAPID CITY  SD 57702-9358
                                     330 N BRAND BLVD SUITE 700
                                     GLENDALE  CA 91203-2336



FINANCIAL PACIFIC LEASING  INC       INTERNAL REVENUE SERVICE                KAPITUS LLC
3455 S 344TH WAY  SUITE 300          PO BOX 7346                             2500 WILSON BOULEVARD SUITE 350
FEDERAL WAY  WA 98001-9546           PHILADELPHIA  PA 19101-7346             ARLINGTON  VA 22201-3873



KAPITUS SERVICING  INC AS AGENT OF   KAPITUS SERVICING  LLC                  LISTEN  INC
KAPITUS                              2500 WILSON BOULEVARD SUITE 350         2100 SOUTH WASHINGTON STREET
120 W 45TH STREET  4TH FLOOR         ARLINGTON  VA 22201-3873                GRAND FORKS  ND 58201-6344
ATTN CAROLINA BAEZ
NEW YORK  NY 10036-4041



MARK PETRI                           MIDCO                                   NORTH DAKOTA OFFICE OF STATE TAX
28 CENTER AVENUE N PO BOX 531        PO BOX 5010                             COMMISS
MAYVILLE  ND 58257-0531              SIOUX FALLS  SD 57117-5010              600 E BOULEVARD AVE DEPT 127
                                                                             BISMARCK  ND 58505-0602



REWARDS NETWORK ESTABLISHMENT SERVICES   SARAH J WENCIL                      US BANK
540 W MADISON STREET SUITE 2400      OFFICE OF THE US TRUSTEE                PO BOX 79408
CHICAGO  IL 60661-2562               SUITE 1015 US COURTHOUSE                SAINT LOUIS  MO 63179
                                     300 SOUTH FOURTH ST
                                     MINNEAPOLIS  MN 55415-1320



(P)US BANK                           US FOODS  INC                           WYOMING FLATS LLC
PO BOX 5229                          9399 WEST HIGGINS ROAD SUITE 500        PO BOX 531
CINCINNATI OH 45201-5229             DES PLAINES  IL 60018-4992              MAYVILLE  ND 58257-0531



MAURICE VERSTANDIG                   ROBERT B RASCHKE                        THOMAS KAPUSTA
THE DAKOTA BANKRUPTCY FIRM           ASSISTANT US TRUSTEE                    PO BOX 90624
1630 1ST AVENUE N                    SUITE 1015 US COURTHOUSE                SIOUX FALLS  SD 57109-0624
SUITE B PMB 24                       300 SOUTH FOURTH STREET
FARGO  ND 58102-4246                 MINNEAPOLIS  MN 55415-1320
```

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS

```
(U.S. Trustee)                    (Debtor)                          (Trustee)
Robert B. Raschke                 Petri Enterprises, LLC            Thomas Kapusta
Assistant U.S. Trustee            28 Center Avenue N                PO Box 90624
Suite 1015 U.S. Courthouse        Mayville, ND 58257                Sioux Falls, SD 57109
300 South Fourth Street           Tax ID / EIN: 26-0739476
Minneapolis, MN 55415             represented by:                   tkapusta@aol.com
represented by:                   Maurice VerStandig
Sarah J. Wencil                   The Dakota Bankruptcy Firm
Office of the U.S. Trustee        1630 1st Avenue N
Suite 1015 U.S. Courthouse        Suite B PMB 24
300 South Fourth Street           Fargo, ND 58102
Minneapolis, MN 55415
                                  mac@mbvesq.com
sarah.j.wencil@usdoj.gov


(Creditor)
Alerus Financial, NA
PO Box 6001
Grand Forks, ND 58206-6001
represented by:
John D. Schroeder
Zimney Foster P.C.
3100 S. Columbia Road, Ste. 200
Grand Forks, ND 58201

jschroeder@northdakotalaw.net
```