UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

GANNETT PEAK, LLC

CASE NO: 23-30248

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 11/3/2023, I did cause a copy of the following documents, described below,

First Interim Application and Notice of Trustee Fees and Expenses Gannett Peak, LLC

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2023

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

GANNETT PEAK, LLC

CASE NO: 23-30248

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 11/3/2023, a copy of the following documents, described below,

First Interim Application and Notice of Trustee Fees and Expenses Gannett Peak, LLC

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

USPS FIRST CLASS MAILING RECIPIENTS.
Parties with names struck through or labeled certify/bcc service were not served via First Class USPS Mail Service.

CASE INFO                                                                                          DEBTOR

 LABEL MATRIX FOR LOCAL NOTICING          ALERUS FINANCIAL  NA                  GANNETT PEAK  LLC
NCRS ADDRESS DOWNLOAD                      PO BOX 6001                          28 CENTER AVENUE N
CASE 23-30248                              GRAND FORKS  ND 58206-6001           MAYVILLE  ND 58257-1141
DISTRICT OF NORTH DAKOTA
FRI NOV 3 12-5-11 PST 2023


~~EXCLUDE~~

~~US BANKRUPTCY COURT~~                    ALERUS FINANCIAL  NA                  AMERIPRIDE SERVICES  AN ARAMARK COMPAN
~~655 1ST AVENUE NORTH  SUITE 210~~        CO ZIMNEY FOSTER PC                  868 3RD STREET S SUITE 102
~~FARGO  ND 58102-4932~~                   ATTN JOHN D SCHROEDER                WAITE PARK  MN 56387-2320
                                           3100 S COLUMBIA ROAD  SUITE 200
                                           GRAND FORKS  ND 58201-6062


COCA COLA BOTTLING COMPANY HIGH COUNTRY    CORPORATION SERVICE COMPANY  AS       GOOD FUNDING  LLC
2150 COCA COLA LANE                        REPRESEN                             5286 E RURAL RIDGE CIRCLE
RAPID CITY  SD 57702-9358                  PO BOX 2576                          ANAHEIM  CA 92807-4647
                                           SPRINGFIELD  IL 62708-2576


GOOD FUNDING  LLC                          INTERNAL REVENUE SERVICE             JASON KHANO
CO AUBREY THRASHER  LLC                    PO BOX 7346                          12 POWDER SPRINGS STREET
12 POWDER SPRINGS STREET                   PHILADELPHIA  PA 19101-7346          SUITE 240
SUITE 240                                                                       MARIETTA  GA 30064-7205
MARIETTA  GA 30064-7205


LEGEND FUNDING                             MARK PETRI                           MICRO ADVANCE  LLC
800 BRICKELL AVENUE SUITE 902              28 CENTER AVENUE N PO BOX 531         8270 WOODLAND CENTER BLVD
MIAMI  FL 33131-2966                       MAYVILLE  ND 58257-0531              TAMPA  FL 33614-2401


MIDCO                                      NORTH DAKOTA OFFICE OF STATE TAX      REGISTERED AGENTS INC
PO BOX 5010                                COMMISS                              7901 4TH STREET N SUITE 300
SIOUX FALLS  SD 57117-5010                 600 E BOULEVARD AVE DEPT 127          SAINT PETERSBURG  FL 33702-4399
                                           BISMARCK  ND 58505-0602


REWARDS NETWORK ESTABLISHMENT SERVICES     SARAH J WENCIL                       US FOODS  INC
540 W MADISON STREET SUITE 2400            OFFICE OF THE US TRUSTEE              9399 WEST HIGGINS ROAD SUITE 500
CHICAGO  IL 60661-2562                     SUITE 1015 US COURTHOUSE              DES PLAINES  IL 60018-4992
                                           300 SOUTH FOURTH ST
                                           MINNEAPOLIS  MN 55415-1320


MAURICE VERSTANDIG                         ROBERT B RASCHKE                     THOMAS KAPUSTA
THE DAKOTA BANKRUPTCY FIRM                 ASSISTANT US TRUSTEE                 PO BOX 90624
1630 1ST AVENUE N                          SUITE 1015 US COURTHOUSE              SIOUX FALLS  SD 57109-0624
SUITE B PMB 24                             300 SOUTH FOURTH STREET
FARGO  ND 58102-4246                       MINNEAPOLIS  MN 55415-1320

(U.S. Trustee)
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
represented by:
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

sarah.j.wencil@usdoj.gov

(Trustee)
Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109

tkapusta@aol.com

(Debtor)
Gannett Peak, LLC
28 Center Avenue N
Mayville, ND 58257
Tax ID / EIN: 83-3615787
represented by:
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

(Creditor)
Alerus Financial, NA
PO Box 6001
Grand Forks, ND 58206-6001
represented by:
John D. Schroeder
Zimney Foster P.C.
3100 S. Columbia Road, Ste. 200
Grand Forks, ND 58201

jschroeder@northdakotalaw.net