**Fill in this information to identify the case:**

Debtor Name: **Gannett Peak LLC**

United States Bankruptcy Court for the: **District of North Dakota**

Case number: **23-30248**

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11         12/17

Month: **October 2023**         Date report filed: **11/21/2023**
                                                 MM / DD / YYYY

Line of business: **Restaurant**         NAISC code: **7225**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Mark Petri**

Original signature of responsible party: *Mark Petri* (DocuSigned by: B711ECA81D7C427...)

Printed name of responsible party: **Mark Petri**

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C         Monthly Operating Report for Small Business Under Chapter 11         page 1

Debtor Name  Gannett Peak LLC    Case number 23-30248

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $ 1,249.08

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 76,687.31

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ 74,393.73

22. **Net cash flow**    + $ 2,293.58

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**    = $ 3,542.66

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    (Exhibit E)

Debtor Name **Gannett Peak LLC**                                   Case number **23-30248**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                     $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              15
27. What is the number of employees as of the date of this monthly report?                                 15

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____0.00_____
30. How much have you paid this month in other professional fees?                                         $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                        $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 50,000.00 | − | $ 76,687.31 | = | $ -26,687.31 |
| 33. **Cash disbursements** | $ 45,000.00 | − | $ 74,393.73 | = | $ -29,393.73 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ 2,293.58 | = | $ 2,706.42 |

35. Total projected cash receipts for the next month:                                               $ 50,000.00
36. Total projected cash disbursements for the next month:                                        − $ 45,000.00
37. Total projected net cash flow for the next month:                                             = $ 5,000.00

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 3

Debtor Name  Gannett Peak LLC                     Case number 23-30248

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

GANNETT PEAK LLC
(DBA) LA CANTINA
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **10/31/2023**                              Account No.:        ████4804  Page: 1

## SMALL BUSINESS CHECKING SUMMARY                       Type: **REG    Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/29/23 | | 1,249.08 |
| Deposits | 21 | 11,548.51+ |
| Debits | 30 | 17,672.76 |
| Automatic Withdrawals | 38 | 55,866.10 |
| Automatic Deposits | 91 | 65,138.80+ |
| Card Activity | 3 | 854.87 |
| Ending Balance On 10/31/23 | | 3,542.66 |
| Average Balance (Ledger) | 1,753.85+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/02/23 | Deposit | 257.75 | 10/10/23 | Deposit | 277.79 | 10/17/23 | Deposit | 2,752.94 |
| 10/02/23 | Deposit | 601.49 | 10/10/23 | Deposit | 1,650.00 | 10/18/23 | Deposit | 1,500.00 |
| 10/03/23 | Deposit | 1,500.00 | 10/13/23 | Deposit | 212.00 | 10/23/23 | Deposit | 45.11 |
| 10/04/23 | Deposit | 24.34 | 10/13/23 | Deposit | 265.00 | 10/23/23 | Deposit | 209.86 |
| 10/04/23 | Deposit | 76.40 | 10/13/23 | Deposit | 344.00 | 10/23/23 | Deposit | 226.43 |
| 10/04/23 | Deposit | 117.29 | 10/17/23 | Deposit | 83.69 | 10/30/23 | Deposit | 424.47 |
| 10/05/23 | Deposit | 273.68 | 10/17/23 | Deposit | 186.00 | 10/30/23 | Deposit | 520.27 |

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 56.30 |
| 10/02/23 | STRIPE TRANSFER | 90.06 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 303.45 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 470.25 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 528.50 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 733.86 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 805.93 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 932.54 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,676.69 |
| 10/03/23 | STRIPE TRANSFER | 49.95 |
| 10/04/23 | STRIPE TRANSFER | 308.30 |
| 10/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 471.44 |
| 10/04/23 | MOBILE TRANSFER FROM CHK 3109 TO CHK 4804 4657418 | 750.00 |
| 10/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 929.03 |
| 10/05/23 | STRIPE TRANSFER | 9.21 |
| 10/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 748.26 |
| 10/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 986.59 |
| 10/06/23 | STRIPE TRANSFER | 91.27 |
| 10/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 512.96 |

Continued                        30/221/1

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**              Account No.: ▉▉▉▉4804  Page:  **2**

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 10/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 811.37 |
| 10/06/23 | SHIFT4 PYMT PROC | 1,462.28 |
| 10/10/23 | STRIPE TRANSFER | 16.88 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 161.94 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 365.61 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 444.26 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,043.74 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,096.64 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,353.36 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,575.08 |
| 10/10/23 | SHIFT4 PYMT PROC | 2,121.92 |
| 10/10/23 | SHIFT4 PYMT PROC | 3,161.48 |
| 10/10/23 | SHIFT4 PYMT PROC | 3,486.76 |
| 10/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 25.20 |
| 10/11/23 | STRIPE TRANSFER | 135.23 |
| 10/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,082.65 |
| 10/11/23 | MOBILE TRANSFER FROM CHK 3401 TO CHK 4804 4932368 | 2,700.00 |
| 10/12/23 | GLOBAL PAYMENTS GLOBAL DEP | 178.41 |
| 10/12/23 | STRIPE TRANSFER | 223.87 |
| 10/12/23 | GLOBAL PAYMENTS GLOBAL DEP | 371.04 |
| 10/13/23 | MOBILE TRANSFER FROM CHK 3401 TO CHK 4804 2773405 | 12.00 |
| 10/13/23 | STRIPE TRANSFER | 114.75 |
| 10/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 241.53 |
| 10/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 927.87 |
| 10/16/23 | STRIPE TRANSFER | 43.62 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 163.61 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 466.80 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 556.34 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,167.99 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,810.55 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,462.26 |
| 10/17/23 | STRIPE TRANSFER | 99.24 |
| 10/18/23 | STRIPE TRANSFER | 104.70 |
| 10/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 483.86 |
| 10/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 495.56 |
| 10/19/23 | STRIPE TRANSFER | 43.61 |
| 10/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 87.52 |
| 10/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 699.34 |
| 10/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,284.81 |
| 10/20/23 | STRIPE TRANSFER | 87.27 |
| 10/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 538.51 |
| 10/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,288.84 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 138.03 |
| 10/23/23 | STRIPE TRANSFER | 139.13 |

**Continued**              30/221/2

DocuSign Envelope ID: 48F3301B-5986-4F32-A475-04FF4D4881F4

FIRST STATE BANK  
2500 32ND AVE. S  
GRAND FORKS, ND 58201  
Tel: (701) 746-7766  

Statement Date: **10/31/2023**　　　　　　　　　　　　　Account No.:　　　**4804**　Page:　**3**

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 494.51 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 537.05 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 753.18 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,151.17 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,165.99 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,558.34 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,739.88 |
| 10/24/23 | STRIPE TRANSFER | 168.72 |
| 10/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 379.05 |
| 10/25/23 | STRIPE TRANSFER | 464.12 |
| 10/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,217.99 |
| 10/26/23 | STRIPE TRANSFER | 69.14 |
| 10/26/23 | GLOBAL PAYMENTS GLOBAL DEP | 516.36 |
| 10/26/23 | GLOBAL PAYMENTS GLOBAL DEP | 990.40 |
| 10/27/23 | STRIPE TRANSFER | 200.58 |
| 10/27/23 | GLOBAL PAYMENTS GLOBAL DEP | 312.08 |
| 10/27/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,200.62 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 43.18 |
| 10/30/23 | STRIPE TRANSFER | 96.43 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 181.66 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 234.25 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 280.90 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 335.14 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 438.45 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 703.80 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,424.49 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,462.76 |
| 10/31/23 | STRIPE TRANSFER | 288.51 |

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---:|
| 10/02/23 | MCKINNON COMPANY BILLING | 214.09 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL STL | 1,023.60 |
| 10/02/23 | JOHNSON BROTHERS PAYMENT | 1,314.57 |
| 10/02/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230929 161 | 3,000.80 |
| 10/03/23 | MNLMARKETING PURCHASE | 229.00 |
| 10/03/23 | NDTAX TAX PYMT | 3,347.62 |
| 10/04/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231003 161 | 2,399.51 |
| 10/05/23 | SOUTHERN GLAZER' FINTECHEFT | 571.65 |
| 10/06/23 | SKY TAB REPAY-MOBILE TRANSFER FROM CHK 4804 TO CHK 7698 8112434 | 1,462.28 |
| 10/06/23 | DAKOTA SALES INC DAK SALES | 143.15 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Continued**　　　　**30/221/3**

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**　　　　　　　　　　　　　　　　Account No.:　　　　　**4804** Page: **4**

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---:|
| 10/10/23 | MOBILE TRANSFER FROM CHK 4804 TO CHK 7698 7662561 | 12,100.00 |
| 10/10/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231006 161 | 1,765.53 |
| 10/11/23 | REPUBLIC NATIONA FINTECHEFT | 58.82 |
| 10/11/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231010 161 | 2,938.65 |
| 10/13/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231012 161 | 133.84 |
| 10/13/23 | DAKOTA SALES INC DAK SALES | 229.45 |
| 10/13/23 | IRS USATAXPYMT | 2,470.19 |
| 10/16/23 | MCKINNON COMPANY BILLING | 222.04 |
| 10/16/23 | JOHNSON BROTHERS PAYMENT | 526.43 |
| 10/16/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231013 161 | 3,522.76 |
| 10/17/23 | STATE AUTO - INB VENDOR PMT | 262.57 |
| 10/17/23 | MIDCONTINENT WEB_PAY | 330.52 |
| 10/18/23 | COKE HIGH COUNTR COKE HIGH | 1,068.88 |
| 10/18/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231017 160 | 2,816.56 |
| 10/19/23 | WWW.LACANTINAND. STRIPE CAP | 716.07 |
| 10/23/23 | 4110 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 10/23/23 | 4110 MCD PUR LIGHTSPEED RETAIL INC. 8669321801 US | 314.00 |
| 10/23/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231020 160 | 2,572.43 |
| 10/24/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231023 160 | 115.31 |
| 10/24/23 | MONTANADAKOTA MONTANADAK | 421.99 |
| 10/25/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231024 160 | 2,294.31 |
| 10/26/23 | AFLAC INSURANCE | 67.92 |
| 10/26/23 | AFLAC INSURANCE | 67.92 |
| 10/26/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231025 160 | 264.83 |
| 10/26/23 | SOUTHERN GLAZER' FINTECHEFT | 950.37 |
| 10/27/23 | DAKOTA SALES INC DAK SALES | 186.00 |
| 10/27/23 | REPUBLIC NATIONA FINTECHEFT | 750.77 |
| 10/27/23 | IRS USATAXPYMT | 2,426.27 |
| 10/30/23 | MCKINNON COMPANY BILLING | 219.58 |
| 10/30/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231027 160 | 2,659.82 |
| 10/31/23 | 4110 MCD PUR ARAMARK UNIFORM 800-504-0328 US | 480.92 |

**Continued**　　　　　30/221/4

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**                                    Account No.:  ▇▇▇▇4804  Page:  5

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/18/23 | 1022 | 135.00 | 10/11/23 | 10043 | 183.66 | 10/20/23 | 10054 | 985.00 |
| 10/20/23 | 1090* | 1,243.53 | 10/11/23 | 10044 | 508.00 | 10/20/23 | 10055 | 1,055.00 |
| 10/18/23 | 1091 | 55.96 | 10/10/23 | 10045 | 825.00 | 10/24/23 | 10056 | 210.00 |
| 10/10/23 | 10036* | 390.00 | 10/10/23 | 10046 | 317.87 | 10/24/23 | 10057 | 178.80 |
| 10/10/23 | 10037 | 636.00 | 10/16/23 | 10047 | 1,845.00 | 10/23/23 | 10059* | 214.16 |
| 10/11/23 | 10038 | 1,423.00 | 10/12/23 | 10048 | 134.87 | 10/23/23 | 10060 | 638.33 |
| 10/10/23 | 10039 | 166.52 | 10/11/23 | 10049 | 225.00 | 10/30/23 | 10061 | 1,845.00 |
| 10/11/23 | 10040 | 998.00 | 10/23/23 | 10050 | 350.00 | 10/25/23 | 10062 | 101.62 |
| 10/10/23 | 10041 | 978.00 | 10/23/23 | 10051 | 670.00 | 10/24/23 | 10063 | 154.15 |
| 10/11/23 | 10042 | 227.00 | 10/24/23 | 10053* | 153.29 | 10/18/23 | 10064 | 825.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 09/29/23 was 1,249.08

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/02/23 | 2,152.84 | 10/12/23 | 717.94 | 10/23/23 | 4,138.16 |
| 10/03/23 | 126.17 | 10/13/23 | 1.61 | 10/24/23 | 3,073.34 |
| 10/04/23 | 403.46 | 10/16/23 | 556.55 | 10/25/23 | 2,738.57 |
| 10/05/23 | 1,849.55 | 10/17/23 | 3,085.33 | 10/26/23 | 2,963.43 |
| 10/06/23 | 3,122.00 | 10/18/23 | 768.05 | 10/27/23 | 1,313.67 |
| 10/10/23 | 2,698.54 | 10/19/23 | 2,167.26 | 10/30/23 | 3,735.07 |
| 10/11/23 | 79.49 | 10/20/23 | 798.35 | 10/31/23 | 3,542.66 |

**This Statement Cycle Reflects 32 Days**

**Direct Inquiries About Electronic Entries To:**
Phone: (701) 746-7766

Continued                 30/221/5

**First State Bank** — Today. Tomorrow. Together.

GANNETT PEAK LLC
Account No.: ████4804
Stmt. Date: 10/31/2023

Bank: 629
Images: 51
Page: 6

## IMAGE STATEMENT


AMT: 257.75 SEQ: 20000550
CK:   DT: 10/02/23  ST: Deposit


AMT: 601.49 SEQ: 20000530
CK:   DT: 10/02/23  ST: Deposit


AMT: 1,500.00 SEQ: 22600250
CK:   DT: 10/03/23  ST: Deposit


AMT: 24.34 SEQ: 23800450
CK:   DT: 10/04/23  ST: Deposit


AMT: 76.40 SEQ: 23800430
CK:   DT: 10/04/23  ST: Deposit


AMT: 117.29 SEQ: 23800410
CK:   DT: 10/04/23  ST: Deposit


AMT: 273.68 SEQ: 23400300
CK:   DT: 10/05/23  ST: Deposit


AMT: 277.79 SEQ: 24000510
CK:   DT: 10/10/23  ST: Deposit


AMT: 1,650.00 SEQ: 24000040
CK:   DT: 10/10/23  ST: Deposit


AMT: 212.00 SEQ: 23400040
CK:   DT: 10/13/23  ST: Deposit


AMT: 265.00 SEQ: 23400060
CK:   DT: 10/13/23  ST: Deposit


AMT: 344.00 SEQ: 23400020
CK:   DT: 10/13/23  ST: Deposit


AMT: 83.69 SEQ: 20800060
CK:   DT: 10/17/23  ST: Deposit


AMT: 186.00 SEQ: 20800080
CK:   DT: 10/17/23  ST: Deposit


AMT: 2,752.94 SEQ: 23500180
CK:   DT: 10/17/23  ST: Deposit



AMT: 1,500.00 SEQ: 21600020
CK:   DT: 10/18/23  ST: Deposit


AMT: 45.11 SEQ: 20800120
CK:   DT: 10/23/23  ST: Deposit

AMT: 209.86 SEQ: 20800060
CK:   DT: 10/23/23  ST: Deposit

**First State Bank**
Today, Tomorrow, Together.

GANNETT PEAK LLC
Account No.: ****4804
Stmt. Date: 10/31/2023

Bank: 629
Images: 51
Page: 7

## IMAGE STATEMENT



AMT: 226.43 SEQ: 20800040
CK:   DT: 10/23/23  ST: Deposit



AMT: 424.47 SEQ: 20000390
CK:   DT: 10/30/23  ST: Deposit



AMT: 520.27 SEQ: 23800490
CK:   DT: 10/30/23  ST: Deposit



AMT: 135.00 SEQ: 80000360
CK: 1022  DT: 10/18/23  ST: Paid



AMT: 1,243.53 SEQ: 80100370
CK: 1090  DT: 10/20/23  ST: Paid

AMT: 55.96 SEQ: 80100330
CK: 1091  DT: 10/18/23  ST: Paid



AMT: 390.00 SEQ: 80000210
CK: 10036  DT: 10/10/23  ST: Paid



AMT: 636.00 SEQ: 80200810
CK: 10037  DT: 10/10/23  ST: Paid



AMT: 1,423.00 SEQ: 80000870
CK: 10038  DT: 10/11/23  ST: Paid



AMT: 166.52 SEQ: 80202120
CK: 10039  DT: 10/10/23  ST: Paid



AMT: 998.00 SEQ: 80100390
CK: 10040  DT: 10/11/23  ST: Paid



AMT: 978.00 SEQ: 80100320
CK: 10041  DT: 10/10/23  ST: Paid



AMT: 227.00 SEQ: 80200480
CK: 10042  DT: 10/11/23  ST: Paid



AMT: 183.66 SEQ: 80200490
CK: 10043  DT: 10/11/23  ST: Paid



AMT: 508.00 SEQ: 80001460
CK: 10044  DT: 10/11/23  ST: Paid



AMT: 825.00 SEQ: 80200660
CK: 10045  DT: 10/10/23  ST: Paid



AMT: 317.87 SEQ: 80200900
CK: 10046  DT: 10/10/23  ST: Paid



AMT: 1,845.00 SEQ: 22700660
CK: 10047  DT: 10/16/23  ST: Paid

Continued          30/221/7

**First State Bank**
Today, Tomorrow, Together.

GANNETT PEAK LLC
Account No. : ████4804
Stmt. Date : 10/31/2023

Bank : 629
Images : 51
Page : 8

# IMAGE STATEMENT


AMT: 134.87 SEQ: 80101700
CK: 10048  DT: 10/12/23  ST: Paid


AMT: 225.00 SEQ: 80200470
CK: 10049  DT: 10/11/23  ST: Paid


AMT: 350.00 SEQ: 80000270
CK: 10050  DT: 10/23/23  ST: Paid



AMT: 670.00 SEQ: 80200080
CK: 10051  DT: 10/23/23  ST: Paid

AMT: 153.29 SEQ: 80300330
CK: 10053  DT: 10/24/23  ST: Paid


AMT: 985.00 SEQ: 23200070
CK: 10054  DT: 10/20/23  ST: Paid


AMT: 1,055.00 SEQ: 23600360
CK: 10055  DT: 10/20/23  ST: Paid


AMT: 210.00 SEQ: 80101540
CK: 10056  DT: 10/24/23  ST: Paid


AMT: 178.80 SEQ: 80101520
CK: 10057  DT: 10/24/23  ST: Paid


AMT: 214.16 SEQ: 80200380
CK: 10059  DT: 10/23/23  ST: Paid


AMT: 638.33 SEQ: 80200370
CK: 10060  DT: 10/23/23  ST: Paid


AMT: 1,845.00 SEQ: 22900040
CK: 10061  DT: 10/30/23  ST: Paid


AMT: 101.62 SEQ: 80101180
CK: 10062  DT: 10/25/23  ST: Paid


AMT: 154.15 SEQ: 80101530
CK: 10063  DT: 10/24/23  ST: Paid


AMT: 825.00 SEQ: 22300160
CK: 10064  DT: 10/18/23  ST: Paid



End Statement    30/221/8E