**Fill in this information to identify the case:**

Debtor Name: Petri Enterprises, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 23-30247

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11           12/17

Month: October 2023

Date report filed: 11/21/2023 (MM/DD/YYYY)

Line of business: Restaurant

NAISC code: 7225

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Mark Petri

Original signature of responsible party: /s/ Mark Petri

Printed name of responsible party: Mark Petri

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 1

Debtor Name Petri Enterprises, LLC                         Case number 23-30247

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 7,074.46

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.         $ 61,558.43

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.         – $ 66,998.05

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -5,439.62

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 1,634.84

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                      $ 0.00
    (Exhibit E)

Debtor Name **Petri Enterprises, LLC**    Case number **23-30247**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    11
27. What is the number of employees as of the date of this monthly report?    11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 50,000.00 | − | $ 61,558.43 | = | $ -11,558.43 |
| 33. **Cash disbursements** | $ 45,000.00 | − | $ 66,998.05 | = | $ -21,998.05 |
| 34. **Net cash flow** | $ 5,000.00 | − | $ -5,439.62 | = | $ 439.62 |

35. Total projected cash receipts for the next month:    $ 50,000.00
36. Total projected cash disbursements for the next month:   − $ 45,000.00
37. Total projected net cash flow for the next month:    = $ 5,000.00

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 3

Debtor Name  Petri Enterprises, LLC                Case number 23-30247

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

PETRI ENTERPRISES LLC
% MARK D PETRI
PO BOX 531
MAYVILLE ND 58257-0531

Statement Date: **10/31/2023**  Account No.: ▮▮▮▮5275  Page: **1**

## COMMERCIAL CHECKING SUMMARY

Type: **REG**  Status: Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 09/29/23 | | 7,074.46 |
| Deposits | 3 | 4,723.17+ |
| Debits | 30 | 20,333.72 |
| Automatic Withdrawals | 47 | 45,737.72 |
| Automatic Deposits | 95 | 56,835.26+ |
| Card Activity | 5 | 926.61 |
| Ending Balance On 10/31/23 | | 1,634.84 |
| Average Balance (Ledger) | 3,609.83+ | |

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/03/23 | Deposit | 1,650.00 | 10/17/23 | Deposit | 1,873.17 | 10/27/23 | Deposit | 1,200.00 |

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | AMERICAN EXPRESS SETTLEMENT | 74.30 |
| 10/02/23 | STRIPE TRANSFER | 183.94 |
| 10/02/23 | AMERICAN EXPRESS SETTLEMENT | 450.29 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 599.35 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 636.49 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 923.23 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 966.46 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,462.70 |
| 10/03/23 | STRIPE TRANSFER | 24.02 |
| 10/03/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,857.88 |
| 10/04/23 | AMERICAN EXPRESS SETTLEMENT | 108.84 |
| 10/04/23 | STRIPE TRANSFER | 376.00 |
| 10/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 587.63 |
| 10/04/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,045.40 |
| 10/05/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,045.98 |
| 10/06/23 | AMERICAN EXPRESS SETTLEMENT | 30.17 |
| 10/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 536.21 |
| 10/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 539.64 |
| 10/06/23 | GLOBAL PAYMENTS GLOBAL DEP | 924.28 |
| 10/10/23 | STRIPE TRANSFER | 32.06 |
| 10/10/23 | AMERICAN EXPRESS SETTLEMENT | 71.84 |
| 10/10/23 | AMERICAN EXPRESS SETTLEMENT | 122.15 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 727.49 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,137.69 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,154.90 |

Continued   30/217/1

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**                                                                 Account No.:           5275  Page: **2**

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---|
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,419.96 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,432.92 |
| 10/10/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,491.33 |
| 10/11/23 | AMERICAN EXPRESS SETTLEMENT | 55.59 |
| 10/11/23 | STRIPE TRANSFER | 148.79 |
| 10/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 261.21 |
| 10/11/23 | GLOBAL PAYMENTS GLOBAL DEP | 416.33 |
| 10/12/23 | GLOBAL PAYMENTS GLOBAL DEP | 233.32 |
| 10/12/23 | GLOBAL PAYMENTS GLOBAL DEP | 371.36 |
| 10/12/23 | STRIPE TRANSFER | 490.03 |
| 10/13/23 | STRIPE TRANSFER | 71.80 |
| 10/13/23 | AMERICAN EXPRESS SETTLEMENT | 92.97 |
| 10/13/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,145.76 |
| 10/16/23 | AMERICAN EXPRESS SETTLEMENT | 39.93 |
| 10/16/23 | AMERICAN EXPRESS SETTLEMENT | 82.41 |
| 10/16/23 | STRIPE TRANSFER | 102.34 |
| 10/16/23 | AMERICAN EXPRESS SETTLEMENT | 279.18 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 479.70 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 551.73 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 619.17 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,013.36 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,341.05 |
| 10/16/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,451.61 |
| 10/17/23 | STRIPE TRANSFER | 42.56 |
| 10/17/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,029.13 |
| 10/18/23 | AMERICAN EXPRESS SETTLEMENT | 83.03 |
| 10/18/23 | STRIPE TRANSFER | 394.90 |
| 10/18/23 | GLOBAL PAYMENTS GLOBAL DEP | 739.11 |
| 10/19/23 | AMERICAN EXPRESS SETTLEMENT | 38.84 |
| 10/19/23 | STRIPE TRANSFER | 76.29 |
| 10/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 465.06 |
| 10/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 483.12 |
| 10/19/23 | GLOBAL PAYMENTS GLOBAL DEP | 916.11 |
| 10/20/23 | AMERICAN EXPRESS SETTLEMENT | 55.80 |
| 10/20/23 | STRIPE TRANSFER | 150.47 |
| 10/20/23 | GLOBAL PAYMENTS GLOBAL DEP | 2,371.84 |
| 10/23/23 | AMERICAN EXPRESS SETTLEMENT | 33.98 |
| 10/23/23 | AMERICAN EXPRESS SETTLEMENT | 59.89 |
| 10/23/23 | STRIPE TRANSFER | 67.41 |
| 10/23/23 | AMERICAN EXPRESS SETTLEMENT | 193.83 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 713.46 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 807.23 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 903.44 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 993.10 |

**Continued**                30/217/2

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**　　　　　　　　　　　　　　　Account No.:　　　5275　Page: 3

### ALL CREDIT ACTIVITY (cont.)

| Date | Description | Amount |
|---|---|---:|
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,024.87 |
| 10/23/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,698.55 |
| 10/24/23 | STRIPE TRANSFER | 103.93 |
| 10/24/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,235.93 |
| 10/25/23 | AMERICAN EXPRESS SETTLEMENT | 14.77 |
| 10/25/23 | STRIPE TRANSFER | 275.62 |
| 10/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 518.26 |
| 10/25/23 | GLOBAL PAYMENTS GLOBAL DEP | 530.53 |
| 10/26/23 | AMERICAN EXPRESS SETTLEMENT | 76.79 |
| 10/26/23 | STRIPE TRANSFER | 209.76 |
| 10/26/23 | GLOBAL PAYMENTS GLOBAL DEP | 491.97 |
| 10/26/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,155.43 |
| 10/27/23 | STRIPE TRANSFER | 39.82 |
| 10/27/23 | GLOBAL PAYMENTS GLOBAL DEP | 912.78 |
| 10/30/23 | AMERICAN EXPRESS SETTLEMENT | 16.51 |
| 10/30/23 | AMERICAN EXPRESS SETTLEMENT | 44.14 |
| 10/30/23 | STRIPE TRANSFER | 99.63 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 583.31 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 739.75 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 845.73 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 956.51 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,278.28 |
| 10/30/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,633.34 |
| 10/31/23 | AMERICAN EXPRESS SETTLEMENT | 38.54 |
| 10/31/23 | STRIPE TRANSFER | 43.54 |
| 10/31/23 | GLOBAL PAYMENTS GLOBAL DEP | 1,437.58 |

### ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---:|
| 10/02/23 | MOBILE TRANSFER FROM CHK 5275 TO CHK 0801 9167911 | 1,726.56 |
| 10/02/23 | SOUTHERN GLAZER' FINTECHEFT | 188.92 |
| 10/02/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 230929 171 | 247.10 |
| 10/02/23 | SECURA INSURANCE INS.PREM | 427.00 |
| 10/02/23 | GLOBAL PAYMENTS GLOBAL STL | 1,158.86 |
| 10/02/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 230929 161 | 2,417.73 |
| 10/03/23 | 3859 PUR WAL-MART 5806 GRAND FORKS ND | 114.03 |
| 10/03/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231002 161 | 60.19 |
| 10/03/23 | NDTAX TAX PYMT | 3,444.73 |
| 10/05/23 | 3859 MCD PUR ADT SECURITY 402257051 WWW.ADT.COM US | 81.67 |
| 10/05/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231004 161 | 2,851.20 |

Continued       30/217/3

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**　　　　　　　　　　　　　　　　　　Account No.: ▓▓▓▓5275  Page: **4**

### ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---:|
| 10/06/23 | BEVERAGEWHOLESAL CASH CON | 158.05 |
| 10/06/23 | BERGSETH DELIVERY | 317.40 |
| 10/10/23 | REPUBLIC NATIONA FINTECHEFT | 111.69 |
| 10/10/23 | JOHNSON BROTHERS PAYMENT | 391.07 |
| 10/10/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 231006 171 | 410.70 |
| 10/10/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231006 161 | 1,584.30 |
| 10/10/23 | XCEL ENERGY-MN XCELENERGY | 3,772.69 |
| 10/11/23 | JOHNSON BROTHERS PAYMENT | 103.60 |
| 10/12/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231011 161 | 2,790.47 |
| 10/13/23 | BEVERAGEWHOLESAL CASH CON | 145.75 |
| 10/13/23 | ND DHS-CSD ND3800001 | 153.24 |
| 10/13/23 | BERGSETH DELIVERY | 217.80 |
| 10/13/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231012 161 | 398.71 |
| 10/13/23 | IRS USATAXPYMT | 2,252.68 |
| 10/16/23 | SOUTHERN GLAZER' FINTECHEFT | 483.39 |
| 10/16/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 231013 171 | 507.80 |
| 10/16/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231013 161 | 2,173.89 |
| 10/18/23 | COKE HIGH COUNTR COKE HIGH | 397.55 |
| 10/19/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231018 160 | 2,740.28 |
| 10/20/23 | BEVERAGEWHOLESAL CASH CON | 169.45 |
| 10/20/23 | BERGSETH DELIVERY | 480.03 |
| 10/23/23 | 3859 MCD PUR JOINHOMEBASE.COM SAN FRANCISCO US | 59.95 |
| 10/23/23 | MIDWEST FAMILY PREMIUM | 319.98 |
| 10/23/23 | REPUBLIC NATIONA FINTECHEFT | 457.17 |
| 10/23/23 | JOHNSON BROTHERS PAYMENT | 846.95 |
| 10/23/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231020 160 | 2,809.26 |
| 10/24/23 | 3859 MCD PUR ECOLAB INC MF EAGAN US | 233.24 |
| 10/24/23 | JOHNSON BROTHERS PAYMENT | 103.61 |
| 10/24/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231023 160 | 210.84 |
| 10/26/23 | AFLAC INSURANCE | 169.72 |
| 10/26/23 | AFLAC INSURANCE | 212.15 |
| 10/26/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231025 160 | 1,899.04 |
| 10/27/23 | BERGSETH DELIVERY | 45.30 |
| 10/27/23 | BEVERAGEWHOLESAL CASH CON | 97.05 |

**Continued**　　　　30/217/4

**FIRST STATE BANK**
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**   Account No.: ████5275   Page: 5

## ELECTRONIC DEBITS (cont.)

| Date | Description | Amount |
|---|---|---|
| 10/27/23 | ND DHS-CSD ND3800001 | 153.24 |
| 10/27/23 | IRS USATAXPYMT | 2,234.45 |
| 10/30/23 | SOUTHERN GLAZER' FINTECHEFT | 145.88 |
| 10/30/23 | D-S BEVERAGES IN EDI PYMNTS ISA 00 00 ZZ ABDR ZZ WELLS FARGO 231027 172 | 833.90 |
| 10/30/23 | US FOODSERVICE VENDOR PAY ISA 00 00 01 621418185 01 048463400P 231027 160 | 2,469.65 |
| 10/31/23 | 3859 MCD PUR ARAMARK UNIFORM 800-504-0328 US | 437.72 |
| 10/31/23 | MIDCONTINENT WEB_PAY | 446.70 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/26/23 | 1004 | 76.71 | 10/25/23 | 10034 | 135.73 | 10/23/23 | 10045 | 698.00 |
| 10/20/23 | 1016* | 1,431.03 | 10/24/23 | 10035 | 211.67 | 10/23/23 | 10047* | 1,165.00 |
| 10/19/23 | 1030* | 3,000.00 | 10/10/23 | 10036 | 479.52 | 10/24/23 | 10048 | 335.00 |
| 10/10/23 | 10027* | 876.00 | 10/10/23 | 10037 | 488.00 | 10/25/23 | 10049 | 158.99 |
| 10/10/23 | 10028 | 146.29 | 10/16/23 | 10039* | 1,845.00 | 10/24/23 | 10050 | 73.41 |
| 10/10/23 | 10029 | 677.00 | 10/06/23 | 10040 | 436.00 | 10/23/23 | 10051 | 479.51 |
| 10/10/23 | 10030 | 621.00 | 10/11/23 | 10041 | 230.00 | 10/23/23 | 10052 | 479.44 |
| 10/10/23 | 10031 | 540.00 | 10/27/23 | 10042 | 805.00 | 10/30/23 | 10053 | 1,845.00 |
| 10/10/23 | 10032 | 1,115.00 | 10/23/23 | 10043 | 158.42 | 10/20/23 | 10054 | 346.00 |
| 10/17/23 | 10033 | 322.00 | 10/23/23 | 10044 | 857.00 | 10/24/23 | 10055 | 302.00 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 09/29/23 was 7,074.46

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/02/23 | 6,205.05 | 10/12/23 | 2,697.47 | 10/23/23 | 788.39 |
| 10/03/23 | 6,118.00 | 10/13/23 | 839.82 | 10/24/23 | 658.48 |
| 10/04/23 | 8,235.87 | 10/16/23 | 1,790.22 | 10/25/23 | 1,702.94 |
| 10/05/23 | 6,348.98 | 10/17/23 | 5,413.08 | 10/26/23 | 1,279.27 |
| 10/06/23 | 7,467.83 | 10/18/23 | 6,232.57 | 10/27/23 | 96.83 |
| 10/10/23 | 3,844.91 | 10/19/23 | 2,471.71 | 10/30/23 | 999.60 |
| 10/11/23 | 4,393.23 | 10/20/23 | 2,623.31 | 10/31/23 | 1,634.84 |

Continued   30/217/5

FIRST STATE BANK
2500 32ND AVE. S
GRAND FORKS, ND 58201
Tel: (701) 746-7766

Statement Date: **10/31/2023**                                    Account No.: ▮▮▮▮**5275**  Page: **6**

**This Statement Cycle Reflects 32 Days**

Direct Inquiries About Electronic Entries To:
Phone: (701) 746-7766

**Continued**                 30/217/6



PETRI ENTERPRISES LLC
Account No. :   11715275
Stmt. Date :    10/31/2023

Bank :    629
Images :  33
Page :    7

## IMAGE STATEMENT



AMT: 1,650.00 SEQ: 22600320
CK:   DT: 10/03/23  ST: Deposit



AMT: 1,873.17 SEQ: 23500200
CK:   DT: 10/17/23  ST: Deposit



AMT: 1,200.00 SEQ: 23700500
CK:   DT: 10/27/23  ST: Deposit



AMT: 76.71 SEQ: 80200940
CK: 1004  DT: 10/26/23  ST: Paid



AMT: 1,431.03 SEQ: 80101380
CK: 1016  DT: 10/20/23  ST: Paid



AMT: 3,000.00 SEQ: 80100040
CK: 1030  DT: 10/19/23  ST: Paid



AMT: 876.00 SEQ: 80201780
CK: 10027  DT: 10/10/23  ST: Paid



AMT: 146.29 SEQ: 80201830
CK: 10028  DT: 10/10/23  ST: Paid



AMT: 677.00 SEQ: 80101280
CK: 10029  DT: 10/10/23  ST: Paid



AMT: 621.00 SEQ: 80101300
CK: 10030  DT: 10/10/23  ST: Paid



AMT: 540.00 SEQ: 80200980
CK: 10031  DT: 10/10/23  ST: Paid



AMT: 1,115.00 SEQ: 80201810
CK: 10032  DT: 10/10/23  ST: Paid



AMT: 322.00 SEQ: 80001660
CK: 10033  DT: 10/17/23  ST: Paid



AMT: 135.73 SEQ: 80100270
CK: 10034  DT: 10/25/23  ST: Paid



AMT: 211.67 SEQ: 80100560
CK: 10035  DT: 10/24/23  ST: Paid




AMT: 479.52 SEQ: 80200910
CK: 10036  DT: 10/10/23  ST: Paid



AMT: 488.00 SEQ: 80201760
CK: 10037  DT: 10/10/23  ST: Paid



AMT: 1,845.00 SEQ: 22700670
CK: 10039  DT: 10/16/23  ST: Paid

Continued       30/217/7

DocuSign Envelope ID: 9E470166-69ED-4B18-8AEF-F90967EDCBB1



| | |
|---|---|
| PETRI ENTERPRISES LLC | Bank: 629 |
| Account No.: ####5275 | Images: 33 |
| Stmt. Date: 10/31/2023 | Page: 8 |

## IMAGE STATEMENT


AMT: 436.00 SEQ: 22701250
CK: 10040 DT: 10/06/23 ST: Paid


AMT: 230.00 SEQ: 80100760
CK: 10041 DT: 10/11/23 ST: Paid


AMT: 805.00 SEQ: 80200440
CK: 10042 DT: 10/27/23 ST: Paid


AMT: 158.42 SEQ: 80201100
CK: 10043 DT: 10/23/23 ST: Paid


AMT: 857.00 SEQ: 80100970
CK: 10044 DT: 10/23/23 ST: Paid


AMT: 698.00 SEQ: 80100900
CK: 10045 DT: 10/23/23 ST: Paid


AMT: 1,165.00 SEQ: 80201090
CK: 10047 DT: 10/23/23 ST: Paid


AMT: 335.00 SEQ: 80001210
CK: 10048 DT: 10/24/23 ST: Paid


AMT: 158.99 SEQ: 80100280
CK: 10049 DT: 10/25/23 ST: Paid


AMT: 73.41 SEQ: 80100550
CK: 10050 DT: 10/24/23 ST: Paid


AMT: 479.51 SEQ: 80200330
CK: 10051 DT: 10/23/23 ST: Paid


AMT: 479.44 SEQ: 80201040
CK: 10052 DT: 10/23/23 ST: Paid


AMT: 1,845.00 SEQ: 22900030
CK: 10053 DT: 10/30/23 ST: Paid


AMT: 346.00 SEQ: 22400030
CK: 10054 DT: 10/20/23 ST: Paid


AMT: 302.00 SEQ: 80100470
CK: 10055 DT: 10/24/23 ST: Paid

End Statement  30/217/8E