UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Bourbon Street LLC,<br>d/b/a La Cantina, et al.,<br><br>      Debtors, Jointly Administered.<br>_____/ | Bankruptcy No. 23-30246<br>Chapter 11 – Subchapter V |

## NOTICE OF TELEPHONIC HEARING

Please take notice that the Court will hold a telephonic hearing on **Tuesday, December 5, 2023, at 10:00 AM (CST)** to consider and act upon the following matters:

- **First Interim Application of Thomas J. Kapusta for Subchapter V Trustee Fees and Expenses filed November 1, 2023. (Doc. 111) (Bourbon Street LLC)**

- **First Interim Application of Thomas J. Kapusta for Subchapter V Trustee Fees and Expenses filed November 2, 2023. (Doc. 113) (Petri Enterprises, LLC)**

- **First Interim Application of Thomas J. Kapusta for Subchapter V Trustee Fees and Expenses filed November 3, 2023. (Doc. 114) (Gannett Peak, LLC)**

Please use the following instructions for the phone conference:
**Telephonic Conference Instructions:**
1) Call **701-297-7116**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

**Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.**

**NOTE:  Parties appearing by telephone are not permitted to offer evidence or cross examine witnesses at the hearing without Court approval and the opposing parties' consent.**  *If a party believes it will benefit by offering evidence at the hearing, the party may file exhibits or affidavits on the docket.  (If you plan to use schedules or other documents previously filed, please do NOT file the previously docketed document again.)  The docket number will serve as the exhibit number.  The Court will consider each party's request to offer exhibits at the hearing.  If a question of fact arises at the hearing, the Court may continue the hearing and reschedule it as a video conference or an in-person conference.  The parties are encouraged to stipulate to facts to avoid the need for numerous hearings.*

| | |
|---|---|
| Dated:  November 27, 2023. | Kay A. Melquist, Clerk<br>United States Bankruptcy Court<br>Quentin N. Burdick United States Courthouse<br>655 1st Avenue North, Suite 210<br>Fargo, ND 58102-4932<br><br>By:  */s/ Sharon Horsager*<br>Sharon Horsager, Deputy Clerk |

Copy served electronically November 27, 2023, to Electronic Mail Notice List for Case No. 23-30246.