# La Cantina 3783801

Bankruptcy

(/datalog/view/displayName:merchant/parent_id:3783801)

**PETRI ENTERPRISES, LLC**

## Contract Fundings

| ID | Released | Processed | Amount | Routing:Account | Account Type | Transfer Method | Note |
|---|---|---|---|---|---|---|---|
| 780771 | 05/03/2023 | 05/03/2023 | $19,560.49 | 6701 | Primary | ACH | Contract 10578731 funded on 05/03/23 by |
| 684441 | 10/06/2022 | 10/06/2022 | $43,387.50 | 6701 | Primary | ACH | Contract 8090971 funded on 10/06/22 by |

Exhibit 3