DocuSign Envelope ID: 6925B4B9-D9AA-4C06-8F6D-ED5C6607D0F0

Kapitus                                                                                                                May 03, 2023



May 03, 2023

Petri, Mark                                         Re: Renewal Balance Buy-out Form
PETRI ENTERPRISES, LLC                              Contract No: 10578731
DBA: La Cantina                                     Merchant ID: 3783801
24 Center Ave N
Mayville, ND 58257
Dear Petri, Mark,


Under Contract #10578731 dated and signed on May 03, 2023, PETRI ENTERPRISES, LLC DBA: La Cantina located at 24 Center Ave N, Mayville, ND 58257 agrees to use a portion of the proceeds to satisfy any remaining amounts due under Contract #8090971 dated 10-06-2022. The amount currently due under Contract #8090971 is $33492.00.
The renewal balance buyout of $31919.51 is eligible until May 04, 2023.




_Mark Petri_ (DocuSigned)                           05/03/2023
_____                      _____
**Signature**                                       **Date**

**Petri, Mark**
**Owner**