UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| Debtor, | ) | Subchapter V |
| | ) | Jointly Administered |
| | ) | |
| Petri Enterprises, LLC, | ) | Case No. 23-30247 |
| Dba La Cantina, | ) | Chapter 11 |
| Dba Heros and Legends Sports Bar, | ) | Subchapter V |
| Dba Heros and Legends, | ) | Jointly Administered |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Case No. 23-30248 |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | Jointly Administered |
| Debtor, | ) | |

MOTION TO APPEAR BY VIDEO CONFERENCE

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear by video conference Tuesday, December 5, 2023 at 10:00am on the Debtor's Confirmation Hearing (related doc. 108).

The Subchapter V Trustee has no objections to the confirmation of the plan. Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Trustee requests that he be allowed to appear by video conference.

Dated: November 29, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC

PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| Dba La Cantina, et al | ) | |
| | ) | Chapter 11 |
| Debtor, | ) | Subchapter V |
| | ) | Jointly Administered |
| | ) | |
| Petri Enterprises, LLC, | ) | Case No. 23-30247 |
| Dba La Cantina, | ) | Chapter 11 |
| Dba Heros and Legends Sports Bar, | ) | Subchapter V |
| Dba Heros and Legends, | ) | Jointly Administered |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | Case No. 23-30248 |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | Jointly Administered |
| Debtor, | ) | |

## CERTIFICATE OF SERVICE

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: November 29, 2023

/s/ Thomas Kapusta
Thomas Kapusta