IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>BOURBON STREET LLC<br>d/b/a La Cantina, et al<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-30246<br>(Chapter 11)<br>Jointly Administered |
| In re:<br><br>PETRI ENTERPRISES, LLC<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-30247<br>(Chapter 11)<br>Jointly Administered |
| In re:<br><br>GANNETT PEAK, LLC<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-30248<br>(Chapter 11)<br>Jointly Administered |

## MOTION TO APPEAR BY VIDEO CONFERENCE

JOHN D. SCHROEDER, attorney for Alerus Financial, N.A., respectively moves this Court to enter an Order under Local Rule 5001-2 allowing himself and Jackson Sussex of Alerus Financial, N.A. to appear by video conference at the hearing scheduled for **Tuesday, December 5, 2023 at 10:00 a.m.** (Central Time) on the Confirmation Hearing [Docket #85].

John D. Schroeder and Jackson Sussex are both located in Grand Forks, North Dakota, and the video appearance will avoid increased fees for Alerus Financial, N.A. and will not prejudice opposing parties.

**WHEREFORE,** Counsel respectfully requests that he and his client be allowed to appear by video conference.

Dated: November 29, 2023        */s/ John D. Schroeder*
**JOHN D. SCHROEDER, ND ID #07147**
Zimney Foster P.C.
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201
Phone: 701.772.8111  Fax: 701.772.7328
jschroeder@northdakotalaw.net
Attorneys for Alerus Financial, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>BOURBON STREET LLC<br>d/b/a La Cantina, et al<br><br>_____Debtor._____ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-30246<br>(Chapter 11)<br>Jointly Administered |
| In re:<br><br>PETRI ENTERPRISES, LLC<br><br>_____Debtor._____ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-30247<br>(Chapter 11)<br>Jointly Administered |
| In re:<br><br>GANNETT PEAK, LLC<br><br>_____Debtor._____ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-30248<br>(Chapter 11)<br>Jointly Administered |

**DECLARATION OF SERVICE**

**BRENDA R. DIPERSIO,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on November 29, 2023, she served the following:

1. **MOTION TO APPEAR BY VIDEO CONFERENCE**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: November 29, 2023 at Grand Forks, North Dakota

                                                   */s/ Brenda R. DiPersio*
                                                   **BRENDA R. DIPERSIO**