UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**BOURBON STREET LLC**  Bankr. No. 23-30246

Chapter 11

---

In re:

**PETRI ENTERPRISES, LLC**  Bankr. No. 23-30247

Chapter 11

---

In re:

**GANNETT PEAK, LLC**  Bankr. No. 23-30248

**Debtor.**  Chapter 11

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference at the Confirmation hearings on the subchapter V plans of reorganization and the U.S. Trustee's motion to dismiss or convert (Doc. 94) scheduled for Tuesday, December 5, 2023 at 10:00 a.m.

1.  The U.S. Trustee has objected to the plans filed by Petri Enterprises and Gannett Peak and has a pending motion to dismiss or convert the cases. The U.S. Trustee believes her objections are curable, and that Bourbon Street LLC will consent to conversion of its case.

2.  Travel to Fargo, North Dakota would be unduly burdensome and expensive.

      WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: November 30, 2023                      MARY R. JENSEN
                                                      ACTING U.S. TRUSTEE REGION 12

                                                      /s/ Sarah J. Wencil
                                                      Sarah J. Wencil
                                                      Office of the U.S. Trustee
                                                      Suite 1015 U.S. Courthouse
                                                      300 South Fourth St.
                                                      Minneapolis, MN 55415
                                                      Telephone: (612) 334-1366
                                                      Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **BOURBON STREET LLC** | Bankr. No. 23-30246 |
| | Chapter 11 |

In re:

| | |
|---|---|
| **PETRI ENTERPRISES, LLC** | Bankr. No. 23-30247 |
| | Chapter 11 |

In re:

| | |
|---|---|
| **GANNETT PEAK, LLC** | Bankr. No. 23-30248 |
| **Debtor.** | Chapter 11 |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: November 30, 2023

/s/ Sarah J. Wencil
Sarah J. Wencil