IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA
**(Fargo Division)**

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|           Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|           Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |

Debtor.
Confirmation Hearing: Tuesday, December 5, 2023

**LIST OF EXHIBITS**
**IN SUPPORT OF KAPITUS SERVICING INC., AS SERVICING AGENT FOR KAPITUS, LLC'S OBJECTION TO CONFIRMATION OF PETRI ENTERPRISES, LLC'S SUBCHAPTER V PLAN OF REORGANIZATION**

| EXHIBIT NO. | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Kapitus** | **Debtor** | **ECF #** **Lead Case No. 23-30246** | **DESCRIPTION** | **OFF** | **OBJ** | **RCVD** | **NOT RCVD** |
| | | **1** | **Chapter 11 Subchapter V Voluntary Petition Non-Individual** | | | | |
| | | **101** | **Small Business Monthly Operating Report for Filing Period August 2023 Filed by Interested Party Petri Enterprises, LLC** | | | | |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 104 | Small Business Monthly Operating Report for Filing Period September 2023 Filed by Interested Party Petri Enterprises, LLC | | | | |
| | | 108 | Chapter 11 Plan filed by Interested Party Petri Enterprises, LLC | | | | |
| | | 108-1 | Financial Projections | | | | |
| | | 108-2 | Creditor Classes | | | | |
| | | 108-3 | Promissory Note | | | | |
| | | 115 | Notice of Cessation of Operations Filed by Debtor Bourbon Street LLC | | | | |
| | | 117 | Small Business Monthly Operating Report for Filing Period October 2023 Filed by Interested Party Petri Enterprises, LLC | | | | |
| | | 119 | Kapitus' Objection to Confirmation of Plan Filed by Petri Enterprises, LLC | | | | |

| Kapitus | Debtor | ECF # | DESCRIPTION | OFF | OBJ | RCVD | DATE |
|---|---|---|---|---|---|---|---|
| | | 119-1 | Proof of Claim filed by Kapitus in Case No. 23-30247 (pp.1 to 36), including attachments to the same:<br><br>• May 2023 Agreement (pp. 8-29);<br><br>• Kapitus UCC-1 Financing Statement (pp. 32-36) | | | | |
| | | 119-2 | October 2022 Agreement (pp. 1 to 21) | | | | |
| | | 119-3 | Contract Funding Summary | | | | |
| | | 119-4 | Renewal Balance Buyout Dated May 3, 2023 | | | | |
| | | | | | | | |
| **Kapitus** | **Debtor** | **ECF #**<br><br>**Case No. 23-30247** | **DESCRIPTION** | **OFF** | **OBJ** | **RCVD** | **DATE** |
| | | **1** | **Chapter 11 Subchapter V Voluntary Petition Non-Individual** | | | | |
| | | **58** | **Scheduling Order Signed on 9/12/2023** | | | | |
| | | | | | | | |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA
### (Fargo Division)

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
| Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
| Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
| Debtor. | |

## CERTIFICATE OF SERVICE

    I, Elizabeth M. Lally, a Partner at the law firm of Spencer Fane LLP, and being of legal age, hereby certify that on December 1, 2023, a true and correct copy of the *Exhibit List In Support of Kapitus Servicing Inc., As Servicing Agent For Kapitus, LLC's Objection To Confirmation Of Petri Enterprises, LLC's Subchapter V Plan Of Reorganization* was electronically transmitted via CM/ECF. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing on counsel for the Debtor.

    Dated: December 1, 2023

                                              */s/ Elizabeth Lally*_____
                                              Elizabeth Lally