# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA
### (Fargo Division)

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|                   Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|                   Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|                   Debtor. | |

## WITNESS LIST
### IN SUPPORT OF KAPITUS SERVICING INC., AS SERVICING AGENT FOR KAPITUS, LLC'S OBJECTION TO CONFIRMATION OF PETRI ENTERPRISES, LLC'S SUBCHAPTER V PLAN OF REORGANIZATION

| Main Case No: 23-30246 | Name of Debtor: Petri Enterprises, LLC |
|---|---|
| Witness(es)*: | Judge: Honorable Shon Hastings |
| 1. | Hearing Date: December 5, 2023 |
| 2. | Hearing Time: 10:00 AM |
| 3. | Party's Name: Kapitus Servicing, LLC Servicing Agent for Kapitus, LLC ("Kapitus") |
| 4. | Attorney's Name: Elizabeth M. Lally |
| | Attorney's Phone: 402-800-2299 |
| *At this time, Kapitus does not plan to call any witnesses.  Kapitus reserves the right to cross-examine any witnesses called by the Debtor; Petri Enterprises, LLC, or any of its d/b/a's; and any witnesses call by any other party-in-interest. | Nature of Proceeding: Objection to Confirmation |

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA
### (Fargo Division)

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|       Debtor. | |
| _____/ | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|       Debtor. | |
| _____/ | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|       Debtor. | |

## **CERTIFICATE OF SERVICE**

    I, Elizabeth M. Lally, a Partner at the law firm of Spencer Fane LLP, and being of legal age, hereby certify that on December 1, 2023, a true and correct copy of the *Witness List In Support of Kapitus Servicing Inc., As Servicing Agent For Kapitus, LLC's Objection To Confirmation Of Petri Enterprises, LLC's Subchapter V Plan Of Reorganization* was electronically transmitted via CM/ECF. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing on counsel for the Debtor.

    Dated: December 1, 2023

                                                      */s/ Elizabeth Lally*_____
                                                      Elizabeth Lally