IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30246 |
| Bourbon Street LLC, ) | Chapter 11 – Subchapter V |
| d/b/a La Cantina, et al. ) | |
| ) | |
| Debtors, Jointly Administered. ) | |

## NOTICE OF CESSATION OF OPERATIONS

Please take notice that over this past weekend, Gannett Peak LLC d/b/a La Cantina ("Gannett Peak" or the "Debtor") generally ceased conducting business operations. Care has been taken to secure all personalty owned by the Debtor, with perishable food being removed so as to prevent rot but all other assets remaining in place.

Notwithstanding Gannett Peak having filed a plan of reorganization herein (DE #109), the Debtor is not in a position to seek confirmation of that plan in good faith and will not, at the currently scheduled hearing on December 5, 2023, ask the subject plan be confirmed. The Debtor will, instead, indicate an openness to (i) amending the plan, to be one of liquidation, focused on recovering monies through Chapter 5 claims (being cognizant of an agreement reached with one creditor, expressed in the current iteration of the plan), with an amended plan of liquidation to be filed within seven (7) days; (ii) having this case converted to Chapter 7; or (iii) having this case dismissed.

As was shared when Bourbon Street LLC indicated that it had closed for business, Gannett Peak wishes to express its gratitude to all involved in this bankruptcy case for allowing a productive, open, and encouraging environment in which to attempt reorganization. The efforts of this Honorable Court, the various attorneys in this case (together with their clients), and all other parties in interest are greatly appreciated. There is a sadness to this business having ceased

operations but, equally, a profound thankfulness for the Debtor having been given a chance to make its business work.

Respectfully submitted,

Dated: December 4, 2023   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for Gannett Peak LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of December, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2