IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30246 |
| Bourbon Street LLC, ) | Chapter 11 – Subchapter V |
| d/b/a La Cantina, et al. ) | |
| ) | |
| Debtors, Jointly Administered. ) | |

## NOTICE OF CESSATION OF OPERATIONS

Please take notice that shortly after 2:00 am this morning, Petri Enterprises LLC d/b/a La Cantina ("Petri Enterprises" or the "Debtor") generally ceased conducting business operations.

Notwithstanding Petri Enterprises having filed a plan of reorganization herein (DE #108), the Debtor is not in a position to seek confirmation of that plan in good faith and will not, at the currently scheduled hearing today, ask the subject plan be confirmed. The Debtor will, instead, indicate an openness to (i) amending the plan, to be one of liquidation, focused on recovering monies through Chapter 5 claims (being cognizant of an agreement reached with one creditor, expressed in the current iteration of the plan), with an amended plan of liquidation to be filed within seven (7) days; (ii) having this case converted to Chapter 7; or (iii) having this case dismissed.

As was shared when the two debtors with jointly administered cases indicated that they had closed for business, Petri Enterprises wishes to express its gratitude to all involved in this bankruptcy case for allowing a productive, open, and encouraging environment in which to attempt reorganization. The efforts of this Honorable Court, the various attorneys in this case (together with their clients), and all other parties in interest are greatly appreciated. There is a sadness to this business having ceased operations but, equally, a profound thankfulness for the Debtor having been given a chance to make its business work.

1

                                            Respectfully submitted,

Dated: December 5, 2023       By:    <u>/s/ Maurice B. VerStandig</u>
                                            Maurice B. VerStandig, Esq.
                                            The Dakota Bankruptcy Firm
                                            1630 1st Avenue N
                                            Suite B PMB 24
                                            Fargo, North Dakota 58102-4246
                                            Phone: (701) 394-3215
                                            mac@dakotabankruptcy.com
                                            *Counsel for Gannett Peak LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 5th day of December, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

                                            <u>/s/ Maurice B. VerStandig</u>
                                            Maurice B. VerStandig