UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                    Bankruptcy No. 23-30246
                                                          Chapter 11 – Subchapter V

Bourbon Street, LLC, d/b/a La Cantina, et al.
          Debtors, Jointly Administered.
_____/

### NOTICE OF CONTINUED HEARING BY VIDEO CONFERENCE

The Court will hold a continued hearing by video conference on **Wednesday, December 20, 2023, at 10:00 A.M.** to consider and act upon the following matters:

- **Motion by United States Trustee to Dismiss or Convert Chapter 11 Cases to Chapter 7 filed October 4, 2023. (Doc. 94)**

  **\*Not later than December 12, 2023, interested parties must file a pleading stating their position regarding whether the UST's Motion to Dismiss or Convert Chapter 11 Cases should be granted and, if so, whether they advocate for dismissal or conversion.**

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.** To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform. Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov. Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

Please be advised that all hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties must disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the Court to consider your views, you should file a written response to the action, if one has not been filed, and attend the hearing. If you do not take these steps, the Court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated:  December 5, 2023.                    Kay A. Melquist, Clerk
                                             United States Bankruptcy Court
                                             Quentin N. Burdick United States Courthouse
                                             655 1st Avenue North, Suite 210
                                             Fargo, ND 58102-4392

                                   By:    /s/  *Sharon Horsager*_____
                                          Sharon Horsager, Deputy Clerk
Copy served electronically December 5, 2023, to Electronic Mail Notice List for Case No. 23-30246.