## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|         Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|         Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|         Debtor. | |

## MOTION TO APPEAR BY VIDEO CONFERENCE

Elizabeth M. Lally, attorney for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC respectfully moves this Court to enter an Order pursuant to Local Rule 5001-2 allowing counsel to appear by video conference at the confirmation hearing scheduled for Tuesday, December 20, 2023, at 10:00 a.m. (Central time) [ECF #149].

Ms. Lally is located in Omaha, Nebraska, and, as such, a video appearance will avoid increased fees and costs for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC and will not prejudice opposing parties.

**WHEREFORE,** Ms. Lally respectfully requests that she be allowed to appear by video conference on Tuesday, December 20, 2023, at 10:00 a.m. (Central time).

1

Dated: December 11, 2023

Respectfully submitted,

*/s/ Elizabeth Lally*_____
Elizabeth Lally (admission to the United States District Court for the District of North Dakota granted 08/21/2023)

SPENCER FANE LLP
13815 FNB Parkway
Suite 200
Omaha, NE 68154
Telephone: 402.800.2299
Email: elally@spencerfane.com

**Attorney for Kapitus Servicing Inc., as Servicing Agent for Kapitus, LLC**

2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
|     Debtor. | |
| _____ / | |
| Petri Enterprises, LLC, | Bankruptcy No. 23-30247 |
| dba La Cantina, | Chapter 11 Subchapter V |
| dba Heros and Legends Sports Bar, | Jointly Administered |
| dba Heros and Legends, | |
|     Debtor. | |
| _____ / | |
| Gannett Peak, LLC, | Bankruptcy No. 23-30248 |
| dba La Cantina, | Chapter 11 – Subchapter |
| | Jointly Administered |
|     Debtor. | |

## **CERTIFICATE OF SERVICE**

I, Elizabeth M. Lally, a Partner at the law firm of Spencer Fane LLP, and being of legal age, hereby certify that on December 11, 2023, a true and correct copy of the *Motion to Appear by Video Conference* was electronically transmitted via CM/ECF. All attorneys and parties identified with the Court for electronic service on the record in this case were served by electronic service in accordance with the CM/ECF system on the date of filing on counsel for the Debtor.

    Dated: December 11, 2023

                              */s/ Elizabeth Lally*_____
                              Elizabeth Lally