UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30246 |
| | Chapter 11- Subchapter V |
| Bourbon Street LLC, | Jointly Administered |
| dba La Cantina, | |
| Debtor. | |

### STIPULATION TO DISMISS CASE

The undersigned parties hereby stipulate to the dismissal of the above-captioned case (In re Bourbon Street LLC, dba La Cantina).

Dated: December 13, 2023
/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
Attorney for Debtor, Bourbon Street LLC

Dated: December 13, 2023
/s/ John M. Krings, Jr.
John M. Krings, Jr. (ND Atty ID 06845)
KALER DOELING, PLLP
3429 Interstate Boulevard South
PO Box 9231
Fargo, ND 58106-9231
Telephone: (701) 232-8757
Email: john@kaler-doeling.com
Attorney for Choice Financial Group

Dated: December 13, 2023
/s/ Michael L. Gust
Michael L. Gust (ND #06468)
ABST Law, P.C.
4132 – 30th Avenue South, Suite 100
PO Box 10247
Fargo, ND 58106-0247
(701) 235-3300
mgust@abstlaw.net
Attorney for Cole Creek LLC

1