UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Bourbon Street LLC ) | Case No. 23-30246 |
| ) | |
| Dba La Cantina, ) | Chapter 11 |
| ) | Subchapter V |
| ) | |
| ) | |
| ) | |
| Debtor ) | |

**Chapter 11 Subchapter V Trustee's Report of No Distribution**

I, Thomas Kapusta, having been appointed Subchapter V Trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted with no plan confirmed and no plan payments made to said Trustee. Pursuant to 28 U.S.C. 586(e)(5) [or 11 U.S.C. § 330(a), as applicable], on 12/05/2023, the Court ordered compensation in fees, expenses and taxes of $4,794.09 be awarded to said Trustee. These funds have not yet been paid by the debtor to the Trustee. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal (or conversion, as applicable). I request that I be discharged from any further duties as trustee.

Date: 12/27/2023     By:     s/Thomas Kapusta
                                    Subchapter V Trustee
                                    PO Box 90624
                                    Sioux Falls, SD  57105
                                    605-376-6715
                                    tkapusta@aol.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Bourbon Street LLC | ) | Case No. 23-30246 |
| | ) | |
| Dba La Cantina, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: December 27, 2023

/s/ Thomas Kapusta

Thomas Kapusta