# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:  Bankruptcy No. 23-30246
Chapter 11 – Subchapter V

Bourbon Street LLC,
d/b/a La Cantina,

      Debtor.
_____/

## ORDER CLOSING DISMISSED CHAPTER 11 CASE

The Court dismissed this case on December 20, 2023.  There are no unpaid court costs.  Accordingly, **IT IS ORDERED** that the Subchapter V Trustee is discharged, and this case is closed.

Dated this 31st day of January, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court